**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
JUN 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY,

Defendants.

C.A. NO. 02-053 S

**ORDER**

This matter was scheduled for hearing before the Court, Magistrate Judge Lovegreen presiding, on June 2, 2005, on Defendants', Liberty Mutual Insurance Company and North River Insurance Company, Motion to Bifurcate. Liberty Mutual Insurance Company has been dismissed with prejudice from the above matter. At this time, North River Insurance Company hereby withdraws its Motion to Bifurcate.

**ENTERED:**

Magistrate Judge Lovegreen
6/2/05

**PER ORDER:**

Clerk

**Submitted by:**

Kelly N. Michels (#6478)
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154 Telephone
(401) 521-7040 Facsimile

-and-

Mitchell L. Lathrop, Esq.
Michael A. Turschmann, Esq.
Duane Morris LLP
380 Lexington Avenue
New York, NY 10168

**PROOF OF SERVICE**

I, the undersigned, hereby certify that on the 7 day of June, 2005, I served a copy of the within upon the following:

Gerald J. Petros, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
Willcox, Pirozzolo & McCarthy
50 Federal Street
Boston, MA 02110

Robin L. Main, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Mark T. Nugent, Esq.
Morrison, Mahoney & Miller LLP
One Providence Washington Plaza, 6th Fl
Providence, RI 02903

Ralph T. Lepore, Esq.
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

Michael F. Aylward, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Lawrence A. Nathanson
Siegal & Napierkowski
220 Lake Drive East, Suite 304
Cherry Hill, NJ 08002

Kevin J. O'Connor, Esq.
Hermes, Netburn, O'Connor & Spearing, PC
111 Devonshire Street
Boston, MA 02109

Kurt Hirsch, Esq.
Baach, Robinson & Lewis, PLLC
1291 f. Street, N.W., Suite 500
Washington, DC 20004-1225

Richard W. MacAdams, Esq.
MacAdams & Wieck, Inc.
101 Dyer Street, Suite 400
Providence, RI 02903

Mitchell L. Lathrop, Esq.
Michael A. Turschmann, Esq.
Duane Morris LLP
380 Lexington Avenue
New York, NY 10168

Elizabeth Machado

Of Hanson Curran LLP