UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,

Defendants.

CIVIL ACTION
No. 02-053-S

## JOINT MOTION TO AMEND SCHEDULE FOR PRE-TRIAL PROCEEDINGS

Plaintiff, Emhart Industries, Inc. ("Emhart"), and defendants jointly move that the Court establish the following schedule for completion of pre-trial proceedings:

| Event | Proposed Date |
|---|---|
| Completion of supplemental discovery: | August 19, 2005 |
| Settlement Conference: | Date convenient for Court after September 6, 2005 |
| Filing of pretrial memorandum: | 20 days following Settlement Conference |

In support of this motion, the parties state that the schedule currently provides for the filing of the pre-trial memorandum thirty days following the Court's decision on the parties' summary judgment motions. On May 17, 2005, the Court ruled on the summary judgment motions by adopting the Report and Recommendation of Magistrate Lovegreen. Accordingly, the pre-trial memorandum is currently due on June 16, 2005.

During the May 13, 2005 hearing concerning the parties' objections to the Report and Recommendation of Magistrate Judge Lovegreen, the Court suggested that the parties conduct a settlement conference. The parties also agreed that certain limited supplemental discovery would be appropriate prior to trial. The proposed schedule set forth in this motion will allow the parties to complete supplemental discovery and engage in a Settlement Conference prior to the preparation of pre-trial memoranda. The parties believe that if the pre-trial memorandum is prepared after the completion of supplemental discovery and a settlement conference, it will be of greater assistance in addressing the issues that will be raised during trial.

By their attorneys,

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000

Jack R. Pirozzolo
Richard L. Binder
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Attorneys for Emhart Industries, Inc.

James T. Murphy (#1698)
Kelly N. Michels (#6478)
Hanson & Curran
146 Westminster Street
Providence, RI 02903
(401) 421-2154

Kevin J. O'Connor
Hermes, Netburn, O'Connor &
Spearing
111 Devonshire Street
Boston, Massachusetts 02109
(617) 728-0050

Attorneys for OneBeacon America Insurance Company

GRANTED

William E. Smith
U.S. District Judge