UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053-S |

ASSENTED-TO MOTION OF EMHART INDUSTRIES, INC.
TO RESCHEDULE MANDATORY SETTLEMENT CONFERENCE

Plaintiff, Emhart Industries, Inc. ("Emhart"), with the assent of defendants, moves that the Mandatory Settlement Conference, scheduled for October 19, 2005, be rescheduled to accommodate previously scheduled business commitments of Linda. H. Biagioni, the representative of Emhart who would attend the Mandatory Scheduling Conference. It is requested that the Mandatory Settlement Conference be rescheduled to a date convenient for the Court after December 7, 2005.

Ms. Biagioni has previously scheduled business commitments on the west coast and in foreign countries during the weeks of October 17 and October 24, 2005. In addition, Emhart is advised that Alexandra Zajac, the representative of defendant, Century Indemnity Company, planning to attend the Mandatory Scheduling Conference will be on vacation from November 12, 2005 through November 25, 2005 and that other representatives of the parties who are planning

to attend the Mandatory Scheduling Conference have conflicting commitments during the first two weeks of November or the beginning of December.

By its attorneys,

Gerald J. Petros (#2391)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000

Jack R. Pirozzolo
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Counsel for Plaintiff Emhart Industries, Inc.

## CERTIFICATION

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Michael T. Farley, Esq.
Morrison, Mahoney & Miller, LLP
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Mitchell L. Lathrop, Esq.
Duane Morris LLP
380 Lexington Avenue
New York, NY 10168

Michael F. Aylward, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

Lawrence A. Nathanson, Esq.
Siegal Napierkowski & Park
533 Fellowship Road
Suite 120
Mount Laurel, NJ 08054

Kevin J. O'Connor, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
111 Devonshire Street
Boston, MA 02109

I hereby certify that on the 24th day of August, 2005, a copy of the within document was served by first class mail, postage prepaid, upon the counsel of record listed above.

Cynthia Lomas

672075V1
(55451/115705)