UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
AUG 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,

Defendants.

Civil Action
No. 02-053-S

Referred to U.S.M.J. Lovegreen
☐ for findings & recommendation
☑ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date 8/24/05

ASSENTED-TO MOTION OF EMHART INDUSTRIES, INC.
TO RESCHEDULE MANDATORY SETTLEMENT CONFERENCE

Plaintiff, Emhart Industries, Inc. ("Emhart"), with the assent of defendants, moves that the Mandatory Settlement Conference, scheduled for October 19, 2005, be rescheduled to accommodate previously scheduled business commitments of Linda. H. Biagioni, the representative of Emhart who would attend the Mandatory Scheduling Conference. It is requested that the Mandatory Settlement Conference be rescheduled to a date convenient for the Court after December 7, 2005.

Ms. Biagioni has previously scheduled business commitments on the west coast and in foreign countries during the weeks of October 17 and October 24, 2005. In addition, Emhart is advised that Alexandra Zajac, the representative of defendant, Century Indemnity Company, planning to attend the Mandatory Scheduling Conference will be on vacation from November 12, 2005 through November 25, 2005 and that other representatives of the parties who are planning

Granted
Robert W. Lovegreen
Sr. USMJ 9/15/05