# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

# *NOTICE*

*EMHART INDUSTRIES, INC.*

*v.* *CA02-53S*

*HOME INSURANCE COMPANY, et al.*

*PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE ROBERT W. LOVEGREEN*

*TYPE OF PROCEEDING:*

*Motion of Emhart Industries, Inc. for a Protective Order Pursuant to Fed.R.Civ.P. 26(c)*

*PLACE:* *U.S. District Court*
*Courtroom C - Room 264*
*John O. Pastore Federal Building*
*Two Exchange Terrace*
*Providence, RI 02903*

*DATE:* *OCTOBER 18, 2005*
*TIME:* *2:00 P.M.*

*David A. DiMarzio, Clerk of Court*

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: October 3, 2005

**NOTICE SENT TO:** **AYLWARD, BERGMAN, BINDER, BROCK, BROWN, GLOWACKI, HIRSCH, LANE, LATHROP, LEVENS, MACADAMS, MCCORMICK, MICHELS, MURPHY, NATHANSON, NETBURN, NICKLAUS, NUGENT, O'CONNOR, PETROS, PIROZZOLO, SIEGAL, SLATER, WALLACH**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.