**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**EMHART INDUSTRIES, INC.,**
**Plaintiff,**

**v.**

**NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and CENTURY INDEMNITY COMPANY, ,**
**Defendants.**

**C.A. No. 02-053 S**

**JOINT MOTION BY ALL PARTIES TO STAY PRODUCTION OF ENTIRE SETTLEMENT AGREEMENT BETWEEN EMHART INDUSTRIES, INC. AND LIBERTY MUTUAL INSURANCE COMPANY**

Plaintiff, Emhart Industries, Inc. ("Emhart") and all of the remaining Defendants, North River Insurance Company, OneBeacon America Insurance Company and Century Indemnity Company (the "Defendants"), agree to this motion to stay production of the entire settlement agreement between Liberty Mutual Insurance Company and Emhart (the "Agreement"). Emhart has appealed the Magistrate's Memorandum and Order dated November 2, 2005, that denied, in part, Emhart's motion for protective order and ordered production of the entire Agreement by November 18, 2005. To avoid immediately filing a motion to stay production of the Agreement and allow time to attempt to resolve their differences, the parties have agreed to this extension to December 12, 2005, at which time Emhart either will inform that Court that the parties have resolved their differences or file a motion to stay production of the Agreement pending the outcome of the appeal. In support of this motion, the parties rely upon the memorandum submitted herewith.

Dated: 18 November 2005

**EMHART INDUSTRIES, INC.**
By its attorneys,

Gerald Petros /MKC

Gerald J. Petros, Esq. (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

**NORTH RIVER INSURANCE COMPANY and ONEBEACON AMERICA INSURANCE COMPANY**

By its attorneys,

Dated: ____________________

____________________

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

**CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to THE INSURANCE COMPANY OF NORTH AMERICA**
By its attorneys,

Dated: 11/17/05

James T. McCormick, Esq. 2614
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

# 3385896_v1

**EMHART INDUSTRIES, INC.**
By its attorneys,

Dated: ____________________

______________________________
Gerald J. Petros, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

**NORTH RIVER INSURANCE COMPANY and ONEBEACON AMERICA INSURANCE COMPANY**

By its attorneys,

Dated: 18 November 2005

Kelly N. Michels
James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

**CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to THE INSURANCE COMPANY OF NORTH AMERICA**
By its attorneys,

Dated: ____________________

______________________________
James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

# 3385896_v1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **EMHART INDUSTRIES, INC.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and CENTURY INDEMNITY COMPANY, ,**<br>**Defendants.** | **C.A. No. 02-053 S** |

**MEMORANDUM IN SUPPORT OF JOINT MOTION BY ALL PARTIES TO STAY PRODUCTION OF ENTIRE SETTLEMENT AGREEMENT BETWEEN EMHART INDUSTRIES, INC. AND LIBERTY MUTUAL INSURANCE COMPANY**

Plaintiff, Emhart Industries, Inc. ("Emhart"), and all of the remaining Defendants, North River Insurance Company, OneBeacon America Insurance Company and Century Indemnity Company (the "Defendants"), agree to stay production of the entire settlement agreement between Liberty Mutual Insurance Company and Emhart (the "Agreement") until December 12, 2005. Under a Memorandum and Order dated November 2, 2005, Magistrate Judge Lovegreen denied, in part, Emhart's motion for a protective order and ordered that the entire Agreement, which covers this action and numerous unrelated claims for insurance coverage, be produced by November 18, 2005. Emhart filed its Objection to the Magistrate's Report on November 17, 2005.

To avoid filing a motion to stay production of the Agreement by November 18 and allow time to attempt to resolve their differences, the parties have agreed to this stay of production of the Agreement. In return for the Defendants' assent to this motion, Emhart and Liberty Mutual

have agreed to provide the Defendants with the amount of the Centredale settlement under a confidentiality agreement so that the settlement conference process is not impeded.

For these reasons, the parties jointly request that this Court grant their motion to stay production of the entire Agreement until December 12, 2005, by which time the parties either will inform the Court that they have resolved their differences or Emhart will file a motion to stay production of the Agreement during the pendency of the appeal.

**EMHART INDUSTRIES, INC.**
By its attorneys,

Dated: 18 November 2005

Gerald Petros /MRE
Gerald J. Petros, Esq. (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

**NORTH RIVER INSURANCE COMPANY and ONEBEACON AMERICA INSURANCE COMPANY**

By its attorneys,

Dated: 18 November 2005

Kelly N. Michels
James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

**CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to THE INSURANCE COMPANY OF NORTH AMERICA**
By its attorneys,

Dated: 11/17/05

James T. McCormick, Esq. 2614
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

# 3385909_v1