UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.

V.                                              CA 02-053S

HOME INSURANCE COMPANY,
INSURANCE COMPANY OF NORTH AMERICA,
LIBERTY MUTUAL INSURANCE COMPANY,
NORTH RIVER INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE COMPANY, and
UNITED STATES FIRE INSURANCE COMPANY

### MEMORANDUM AND ORDER

Following the filing of this court's November 2, 2005 Memorandum and Order requiring the plaintiff to provide a copy of the full settlement agreement to the remaining defense counsel of record, the parties filed a joint motion to stay production of the agreement until December 12, 2005. The purpose for this joint motion is to "allow time to attempt to resolve their differences."[1]  Motion at 1. In return, the plaintiff agreed to provide the remaining defendants with the amount allocated to the Centredale settlement pursuant to a confidentiality agreement.

Both the motion and the supporting memorandum refer to the November 2, 2005 Memorandum and Order as "the Magistrate's Memorandum and Order" or "the Magistrate's Report." The correct term for the decision is the court's Memorandum and Order. It is not a Report and, further, the federal judiciary does not have the position of Magistrate. The position held by this writer is Magistrate Judge and counsel should be more accurate in referencing this position.

Since the joint motion does not seek any extension from that portion of the Memorandum and Order requiring the plaintiff to answer the disputed interrogatory on or before December 2, 2005, this court does not alter that obligation on plaintiff. The court does encourage the parties to discuss a complete settlement of the matter before December 14, 2005.

The court grants the joint motion to extend the time for

---

[1] A settlement conference with the court is scheduled for December 14, 2005.

production of the full settlement agreement to and including December 12, 2005.

So Ordered.

ENTER:                                          By Order of

*[signature]*                                   _____
Robert W. Lovegreen                             Deputy Clerk
United States Magistrate Judge
November 22, 2005