UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC., Plaintiff, v. HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY, Defendants. | CIVIL ACTION No. 02-053-S |

## ASSENTED TO MOTION TO AMEND SCHEDULE FOR PRE-TRIAL MEMORANDA

Plaintiff, Emhart Industries, Inc. ("Emhart"),with the consent of the defendants, asks the Court to amend the date for filing of pretrial memoranda from January 4, 2006 to January 18, 2006.

In support of this motion, Emhart states that this matter is scheduled for a Mandatory Settlement Conference on December 14, 2005, and the weeks between the conference and the present filing date are the heart of the holiday season. All counsel would appreciate this opportunity to spread some holiday cheer.

EMHART INDUSTRIES, INC.

Gerald J. Petros (#2391)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000

Jack R. Pirozzolo
Richard L. Binder
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Counsel for Plaintiff Emhart Industries, Inc.

CERTIFICATION

To:

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Michael T. Farley, Esq.
Morrison, Mahoney & Miller, LLP
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Mitchell L. Lathrop, Esq.
Duane Morris LLP
380 Lexington Avenue
New York, NY 10168

Michael F. Aylward, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

Lawrence A. Nathanson, Esq.
Siegal Napierkowski & Park
533 Fellowship Road
Suite 120
Mount Laurel, NJ 08054

Kevin J. O'Connor, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street
Boston, MA 02110

I hereby certify that on the 2nd day of December, 2005, a copy of the within document was served by first class mail, postage prepaid, upon the counsel of record listed above.

Cynthia Lomas

685726V1 (55451/115705)