UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

| | |
|---|---|
| EMHART INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 02-053S |

---

## DEFENDANTS' RESPONSE TO THE OBJECTION OF EMHART INDUSTRIES, INC. TO THE COURT'S MEMORANDUM AND ORDER REGARDING EMHART'S MOTION FOR A PROTECTIVE ORDER

Defendants Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), North River Insurance Company ("North River") and OneBeacon America Insurance Company ("OneBeacon") hereby respond to the objection of Plaintiff Emhart Industries, Inc. ("Emhart") to the Court's Memorandum and Order regarding Emhart's motion for a protective order as indicated in the attached memorandum of law.

EMHART032002ANSWER

Respectfully submitted on
behalf of the defendants

McKENNA & McCORMICK

By: ______________________________
James T. McCormick (#2614)
128 Dorrance Street, Suite 330
Providence, RI 02903

401-831-2970
401-751-1797 (facsimile)

and

Martin F. Siegal
Lawrence A. Nathanson
Scott E. Levens
SIEGAL, NAPIERKOWSKI & PARK
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

(856) 380-8910

DATED:

# CERTIFICATION

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorneys on the 5th day of December 2005:

Gerald J. Petros, Esq.
Christopher R. Bush, Esq.
**Hinckley, Allen & Snyder LLP**
1500 Fleet Center
Providence, RI 02903

Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
**Willcox, Pirozzolo & McCarthy**
50 Federal Street
Boston, MA 02110

Attorney Robin L. Main
**Holland & Knight LLP**
One Financial Plaza, Suite 1800
Providence, RI 02903

Mitchell L. Lathrop, Esq.
Attorney Kimball Ann Lane
**Duane Morris, LLP**
380 Lexington Avenue
New York, NY 10168

Mark T. Nugent, Esq.
**Morrison, Mahoney & Miller, LLP**
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

Ralph T. Lepore III, Esq.
Attorney Janice Rowan
**Holland & Knight, LLP**
10 St. James Avenue
Boston, MA 02116

Michael F. Aylward, Esq.
**Morrison, Mahoney & Miller, LLP**
250 Summer Street
Boston, MA 02210

James T. Murphy, Esq.
Attorney Kelly N. Michels
**Hanson Curran LLP**
146 Westminster Street
Providence, RI 02903

Larry A. Nathanson, Esq.
**Siegal, Napierkowski & Park**
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

Kevin J. O'Connor, Esq.
Peter Netburn, Esq.
**Hermes, Netburn, O'Connor & Spearing, P.C.**
111 Devonshire Street
Boston, MA 02109

Richard W. MacAdams, Esq.
**MacAdams & Wieck, Inc.**
101 Dyer Street, Suite 400
Providence, RI 02903