UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
DEC 9 2005

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

HOME INSURANCE COMPANY,
INSURANCE COMPANY OF NORTH AMERICA,
LIBERTY MUTUAL INSURANCE COMPANY,
NORTH RIVER INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE
COMPANY, and UNITED STATES FIRE
INSURANCE COMPANY,

Defendants.

CIVIL ACTION
No. 02-053-S

ASSENTED TO MOTION TO AMEND SCHEDULE FOR PRE-TRIAL MEMORANDA

Plaintiff, Emhart Industries, Inc. ("Emhart"),with the consent of the defendants, asks the Court to amend the date for filing of pretrial memoranda from January 4, 2006 to January 18, 2006.

In support of this motion, Emhart states that this matter is scheduled for a Mandatory Settlement Conference on December 14, 2005, and the weeks between the conference and the present filing date are the heart of the holiday season. All counsel would appreciate this opportunity to spread some holiday cheer.

EMHART INDUSTRIES, INC.

Gerald J. Petros (#2391)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000

Jack R. Pirozzolo
Richard L. Binder
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Counsel for Plaintiff Emhart Industries, Inc.

GRANTED

William E. Smith
U.S. District Judge
12/7/05