**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**EMHART INDUSTRIES, INC.,**
**Plaintiff,**

**v.**

**NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and CENTURY INDEMNITY COMPANY,**
**Defendants.**

**C.A. No. 02-053 S**

**JOINT MOTION BY ALL PARTIES TO STAY PRODUCTION OF ENTIRE SETTLEMENT AGREEMENT BETWEEN EMHART INDUSTRIES, INC. AND LIBERTY MUTUAL INSURANCE COMPANY**

Plaintiff, Emhart Industries, Inc. ("Emhart"), and all of the remaining defendants, North River Insurance Company, OneBeacon America Insurance Company and Century Indemnity Company ("Defendants"), agree to this motion to stay production of the entire settlement agreement between Liberty Mutual Insurance Company and Black & Decker, Inc. ("Agreement") pending the resolution of Emhart's appeal of the Magistrate Judge's Memorandum and Order dated November 2, 2005, that denied, in part, Emhart's motion for a protective order and ordered production of the entire Agreement by November 18, 2005. The parties had previously agreed to an extension to December 12, 2005, which the Magistrate Judge granted in a Memorandum and Order dated November 22, 2005. In the interim, Emhart has provided the Defendants with the amount of the Centredale settlement and a redacted version of the Agreement subject to a confidentiality agreement, and the Defendants have agreed to a stay of the date for production of the entire Agreement until Emhart's appeal is decided. In support of this motion, the parties rely upon the memorandum submitted herewith.

**EMHART INDUSTRIES, INC.**

By its attorneys,

Dated: 12/12/05 ______________________

Gerald J. Petros, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

**NORTH RIVER INSURANCE COMPANY and ONEBEACON AMERICA INSURANCE COMPANY**

By their attorneys,

Dated: 12 December 2005 ______________________

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

**CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to THE INSURANCE COMPANY OF NORTH AMERICA**

By its attorneys,

Dated: 12/12/05 ______________________

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

CERTIFICATION

To:

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Michael T. Farley, Esq.
Morrison, Mahoney & Miller, LLP
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Mitchell L. Lathrop, Esq.
Duane Morris LLP
380 Lexington Avenue
New York, NY 10168

Michael F. Aylward, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

Lawrence A. Nathanson, Esq.
Siegal Napierkowski & Park
533 Fellowship Road
Suite 120
Mount Laurel, NJ 08054

Kevin J. O'Connor, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street
Boston, MA 02110

I hereby certify that on the 12th day of December, 2005, a copy of the within document was served by first class mail, postage prepaid, upon the counsel of record listed above.

Cynthia Fones
_______________________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **EMHART INDUSTRIES, INC.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and CENTURY INDEMNITY COMPANY,**<br>**Defendants.** | **C.A. No. 02-053 S** |

**MEMORANDUM IN SUPPORT OF JOINT MOTION BY ALL PARTIES TO STAY PRODUCTION OF ENTIRE SETTLEMENT AGREEMENT BETWEEN EMHART INDUSTRIES, INC. AND LIBERTY MUTUAL INSURANCE COMPANY**

Plaintiff, Emhart Industries, Inc. ("Emhart"), and all of the remaining defendants, North River Insurance Company, OneBeacon America Insurance Company and Century Indemnity Company ("Defendants"), agree to stay production of the entire settlement agreement between Liberty Mutual Insurance Company and Black & Decker Inc. ("Agreement") until the resolution of Emhart's appeal of Magistrate Judge Lovegreen's Memorandum and Order dated November 2, 2005, which denied, in part, Emhart's motion for a protective order and ordered that the entire Agreement, which covers this action and numerous unrelated claims for insurance coverage, be produced by November 18, 2005. Emhart filed its Objection to the Magistrate Judge's Memorandum and Order on November 17, 2005, and the Defendants filed their Response to the Objection on December 5, 2005. The District Court has not yet considered Emhart's appeal.

By a Memorandum and Order dated November 22, 2005, the Magistrate Judge granted the parties' request to extend the time for production of the entire Agreement to the Defendants to December 12, 2005. Emhart has now provided the Defendants with the amount of the

Centredale settlement and a redacted copy of the Agreement subject to a confidentiality agreement in order to facilitate the settlement conference scheduled for December 14, 2005 and so that the Defendants may determine whether they need additional information not contained in the redacted Agreement. In good faith, Defendants, Emhart and Liberty Mutual Insurance Company are attempting to resolve the issues on appeal. To this end, the Defendants have agreed to a stay of the date for production of the entire Agreement until Emhart's appeal of the November 2, 2005 Memorandum and Order is decided.

For these reasons, the parties jointly request that this Court grant their motion to stay production of the entire Agreement until the resolution of Emhart's appeal of the November 2, 2005 Memorandum and Order.

**EMHART INDUSTRIES, INC.**

By its attorneys,

Dated: 12/12/05

Gerald J. Petros, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

**NORTH RIVER INSURANCE COMPANY and ONEBEACON AMERICA INSURANCE COMPANY**

By their attorneys,

Dated: 12 December 2005

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

**CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to THE INSURANCE COMPANY OF NORTH AMERICA**

By its attorneys,

Dated: 12/12/05

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

CERTIFICATION

To:

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Michael T. Farley, Esq.
Morrison, Mahoney & Miller, LLP
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Mitchell L. Lathrop, Esq.
Duane Morris LLP
380 Lexington Avenue
New York, NY 10168

Michael F. Aylward, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

Lawrence A. Nathanson, Esq.
Siegal Napierkowski & Park
533 Fellowship Road
Suite 120
Mount Laurel, NJ 08054

Kevin J. O'Connor, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street
Boston, MA 02110

I hereby certify that on the 12th day of December, 2005, a copy of the within document was served by first class mail, postage prepaid, upon the counsel of record listed above.

Cynthia Lomas