**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **EMHART INDUSTRIES, INC.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and CENTURY INDEMNITY COMPANY,**<br>**Defendants.** | **C.A. No. 02-053 S** |

Referred to U.S.M.J. Lovegreen
☐ for findings & recommendation
☑ for determination
☐ ____
William E. Smith, U.S. District Judge
Date 12/12/05

**JOINT MOTION BY ALL PARTIES TO STAY PRODUCTION OF ENTIRE SETTLEMENT AGREEMENT BETWEEN <u>EMHART INDUSTRIES, INC. AND LIBERTY MUTUAL INSURANCE COMPANY</u>**

Plaintiff, Emhart Industries, Inc. ("Emhart"), and all of the remaining defendants, North River Insurance Company, OneBeacon America Insurance Company and Century Indemnity Company ("Defendants"), agree to this motion to stay production of the entire settlement agreement between Liberty Mutual Insurance Company and Black & Decker, Inc. ("Agreement") pending the resolution of Emhart's appeal of the Magistrate Judge's Memorandum and Order dated November 2, 2005, that denied, in part, Emhart's motion for a protective order and ordered production of the entire Agreement by November 18, 2005. The parties had previously agreed to an extension to December 12, 2005, which the Magistrate Judge granted in a Memorandum and Order dated November 22, 2005. In the interim, Emhart has provided the Defendants with the amount of the Centredale settlement and a redacted version of the Agreement subject to a confidentiality agreement, and the Defendants have agreed to a stay of the date for production of the entire Agreement until Emhart's appeal is decided. In support of this motion, the parties rely upon the memorandum submitted herewith.

Granted
Robert W Lovegreen USMJ
12/14/05