UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Emhart Industries, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Home Insurance Company, Insurance Company of North America, Liberty Mutual Insurance Company, North River Insurance Company, OneBeacon America Insurance Company, and United States Fire Insurance Company,<br><br>Defendants. | ) | C.A. No. 02-053 S |

**ORDER**

Before this Court is Plaintiff's Objection to Magistrate Judge Lovegreen's November 2, 2005 Order denying its Motion for a Protective Order to the extent that Plaintiff is required to provide to Defendants a full copy of the settlement agreement between Black & Decker, Inc. and Liberty Mutual Insurance Company. After review of the Order, Plaintiff's Objection, and Defendants' Response, this Court finds that nothing in the Magistrate Judge's Order is "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); D.R.I. L.R. 32(b)(2). Accordingly, Plaintiff's Objection is

DENIED, and Plaintiff shall comply with the Magistrate Judge's Order on or before December 22, 2005.

ENTER:

Deputy Clerk

It is so ordered.

William E. Smith
United States District Judge
Date: 12/21/05