**1002-1373**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EMHART INDUSTRIES, INC.<br>*Plaintiff*<br>vs.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY<br>*Defendants* | **C.A. NO. 02-053S** |

**ENTRY OF APPEARANCE**

We, Mark T. Nugent, Michael Marcello and Michael T. Farley of the law firm of Morrison Mahoney LLP hereby enter our appearance on behalf of the Defendant, North River Insurance Company, in the above-referenced matter.

Respectfully Submitted,

**MORRISON MAHONEY LLP**

Mark T. Nugent, #2637
Michael J. Marcello, #5221
Michael T. Farley, #6196
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

Dated: January 25, 2006

## CERTIFICATION

I hereby certify that on this 25 day of January, 2006, a copy of the foregoing was mailed, postage prepaid, to:

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster St.
Providence. RI 02903

Mitchell L. Lathrop, Esq.
Duane Morris LL:
380 Lexington Avenue
New York, NY 10168

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Kevin J. O'Connor, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street
Boston, MA 02100

Lawrence A. Nathanson, Esq.
Siegal Napierkowski & Park
533 Fellowship Road
Suite 120
Mount Laurel, NJ 08054

Claudia Clouse



606160v1