**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC., Plaintiff, | ) | |
| v. | ) | C.A. NO. 02-053 S |
| HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY, Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Rule GEN 206(e), Mitchell L. Lathrop, and Kimball Ann Lane, of the law firm of Duane Morris, LLP, hereby withdraw their appearance on behalf of Defendant, North River Insurance Company in the above-referenced matter. Both counsel have previously entered their appearance *pro hoc vice.* In addition, please note that Ira S. Bergman and Lourdes M. Slater are no longer affiliated with Duane Morris, LLP and therefore their appearances are hereby withdrawn.

PLEASE TAKE FURTHER NOTICE that James T. Murphy and Kelly N. Michels of the law firm of Hanson Curran LLP remain as counsel for Defendant, North River Insurance Company and that Mark T. Nugent, Michael Marcello and Michael T. Farley of the law firm of Morrison Mahoney, LLP have entered their appearance on behalf of Defendant, North River Insurance Company.

Above-referenced counsel are familiar with the facts of the case and are fully prepared to address any pending matters, including trial, without delaying the case. Defendant, North River Insurance Company has been advised of and approves of the withdrawal and substitution of counsel.

Respectfully submitted,

**Duane Morris LLP**

Mitchell L. Lathrop
Kimball Ann Lane
380 Lexington Avenue
New York, NY 10168
Tel: (212) 692-1000
Fax: (212) 692-1020

**Hanson Curran LLP**

James T. Murphy #1698
Kelly N. Michels #6478
146 Westminster Street
Providence, RI 02903
Tel: (401) 421-2154
Fax: (401) 521-7040

Dated: February 6, 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served upon counsel of record by first class mail, postage prepaid on the 7th day of February, 2006:

| | |
|---|---|
| **Counsels for Emhart Industries, Inc.:**<br>Jack R. Pirozzolo, Esq.<br>Richard L. Binder, Esq.<br>Willcox, Pirozzolo & McCarthy<br>50 Federal Street<br>Boston, MA 02110<br>(617) 482-5470<br>(617) 423-1572 (fax) | **Counsel for Emhart Industries, Inc.:**<br>Gerald J. Petros, Esq.<br>Hinckley, Allen & Snyder, LLP<br>1500 Fleet Center<br>Providence, RI 02903<br>(401) 274-2000<br>(401) 277-9600 (fax) |
| **Counsel for North River Insurance Company**<br>Mark T. Nugent, Esq.<br>Michael Marcello, Esq.<br>Michael T. Farley, Esq.<br>Morrison, Mahoney & Miller, LLP<br>One Providence Washington Plaza, 6th Floor<br>Providence, RI 02903<br>(401) 331-4660<br>(401) 351-4420 (fax) | **Counsel for North River Insurance Company**<br>James T. Murphy, Esq.<br>Kelly N. Michels, Esq.<br>Hanson Curran LLP<br>146 Westminster Street<br>Providence, RI 02903<br>(401) 421-2154<br>(401) 521-7040 (fax) |
| **Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to the Insurance Company of North America:**<br>James T. McCormick, Esq.<br>McKenna & McCormick<br>128 Dorrance Street, Suite 330<br>Providence, RI 02903<br>(401) 831-2970<br>(401) 751-1797 (fax) | **Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to the Insurance Company of North America:**<br>Martin F. Siegel, Esq.<br>Lawrence A. Nathanson<br>Siegal & Napierkowski<br>220 Lake Drive East, Suite 304<br>Cherry Hills, NJ 08002<br>(856) 667-2080<br>(856) 667-2210 (fax) |
| **Counsel for OneBeacon America Insurance Company:**<br>Kevin J. O'Connor, Esq.<br>Peter Netburn, Esq.<br>Hermes, Netburn, O'Connor & Spearing, P.C.<br>111 Devonshire Street<br>Boston, MA 02109<br>(617) 728-0050<br>(617) 728-0052 (fax) | **Counsel for North River Insurance Company and OneBeacon America Insurance Company:**<br>James T. Murphy, Esq.<br>Kelly N. Michels, Esq.<br>Hanson Curran LLP<br>146 Westminster Street<br>Providence, RI 02903<br>(401) 421-2154<br>(401) 521-7040 (fax) |

| | |
|---|---|
| **Counsel for Liberty Mutual Insurance Company:**<br>Robin L. Main, Esq.<br>Holland & Knight LLP<br>One Financial Plaza, Suite 1800<br>Providence, RI 02903<br>(401) 751-8500<br>(401) 553-6850 (fax) | **Counsel for Liberty Mutual Insurance Company:**<br>Ralph T. Lepore III, Esq.<br>Holland & Knight, LLP<br>10 St. James Avenue<br>Boston, MA 02116 |
| **Counsel for United States Fire Insurance Company and North River Insurance Company:**<br>Kurt Hirsch, Esq.<br>Baach, Robinson & Lewis, PLLC<br>1201 f. Street, N.W., Suite 500<br>Washington, DC 20004-1225<br>(202) 833-8900<br>(202) 466-5738 (fax) | **Counsel for United States Fire Insurance' Company and North River Insurance Company:**<br>Richard W. MacAdams, Esq.<br>MacAdams & Wieck, Inc.<br>101 Dyer Street, Suite 400<br>Providence, RI 02903<br>(401) 454-8700<br>(401) 454-8755 (fax) |



DM1\554009.1