KNM:em 02-146 3/17/06

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC.<br>*Plaintiff,* | : | |
| v. | : | C.A. No. 02-053 ML |
| HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY,<br>*Defendants.* | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to local rule Gen. 206(e), James T. Murphy, Esquire, (#1698) and Kelly N. Michels, Esquire, (#6478) of the law firm of Hanson Curran LLP, hereby withdraw their appearance on behalf of Defendant, North River Insurance Company, as local counsel in the above-referenced matter. In addition, please note that John Harding, Esquire, Mark T. Nugent, Esquire, Michael Marcello, Esquire, and Michael T. Farley, Esquire of the law firm of Morrison Mahoney LLP have entered their appearance on behalf of North River Insurance Company.

Please take further notice that James T. Murphy, Esquire and Kelly N. Michels, Esquire, of the law firm of Hanson Curran LLP remain as local counsel for Defendant, One Beacon Insurance Company.

Kelly N. Michels, Esq. #6478
James T. Murphy, Esq. #1698
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 - Telephone
(401) 521-7040 - Fax

**PROOF OF SERVICE**

I hereby certify that on this 17th day of March, 2006, I served the within *Notice of Withdrawal of Appearance* by mailing copies of same to:

Gerald J. Petros, Esq.
Hickley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
Willcox, Pirozzolo & McCarthy
50 Federal Street
Boston, MA 02110

Martin F. Siegal, Esq.
Lawrence A. Nathanson
Siegal & Napierkowski
220 Lake Drive East, Suite 304
Cherry Hill, NJ 08002

Kevin J. O'Connor, Esq.
Peter Netburn, Esq.
Hermes, Netburn, O'Connor & Spearing, PC
265 Franklin Street, 7th Floor
Boston, MA 02110-3113

Kurt Hirsch, Esq.
Baach, Robinson & Lewis, PLLC
1291 f. Street, N.W., Suite 500
Washington, DC 20004-1225

Richard W. MacAdams, Esq.
MacAdams & Wieck, Inc.
101 Dyer Street, Suite 400
Providence, RI 02903

Mark Nugent, Esquire
Morrison Mahoney LLP
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

John T. Harding, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181

Elizabeth Machado

Of Hanson Curran LLP