UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC. | : | CIVIL ACTION |
| Plaintiff, | : | NO. CA 02-053S |
| v. | : | |
| HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY, | : | |
| Defendants. | : | |

**CENTURY INDEMNITY COMPANY'S AND ONEBEACON AMERICA INSURANCE COMPANY'S MOTION TO CORRECT DOCKET ENTRIES AND TO FILE DOCUMENTS UNDER SEAL**

Defendants Century Indemnity Company and OneBeacon America Insurance Company hereby move to correct docket entries pertaining to the filing of the following motions:

1. motion to bar the testimony of Robert Cattaneo, Esq., with supporting memorandum;

2. motion in *limine* to exclude expert testimony of J. Ronald Hass, with supporting memorandum.

Both of these motions referred to and included as exhibits certain information considered confidential under a prior order of this Court. These motions were filed with the Clerk's Office

in the normal course but should have been filed as confidential filings, pursuant to a prior order of this Court. To correct the misfiling, defendants now move to withdraw the filed motions, to correct any docket entries reflecting the same and to refile these motions as provided in paragraph 10 of the "Protective Order Regarding Confidentiality of Documents and Communications."

Counsel for plaintiff has been advised of this motion and has no objection.

**James R. Murphy**
146 Westminster Street
Providence, RI 02903

(401) 421-2154

**James T. McCormick**
128 Dorrance Street, Suite 330
Providence, RI 02903

(401) 831-2970

Kevin J. O'Connor
Peter C. Netburn
*Hermes, Netburn, O'Connor & Spearing, P.C.*
265 Franklin Street, Seventh Floor
Boston, MA 02110-3113

(617) 728-0050

Attorneys for OneBeacon America
Insurance Company

Lawrence A. Nathanson
Scott E. Levens
*Siegal, Napierkowski & Park*
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

(856) 380-8900

Attorneys for Century Indemnity
Company, as successor to CCI
Insurance Company, as successor
to Insurance Company of
North America

# CERTIFICATION

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorneys on the 24th day of May 2006:

Gerald J. Petros, Esq.
**Hinckley, Allen & Snyder LLP**
1500 Fleet Center
Providence, RI 02903

Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
**Willcox, Pirozzolo & McCarthy**
50 Federal Street
Boston, MA 02110

Mark T. Nugent, Esq.
Michael Marcello, Esq.
Michael T. Farley, Esq.
**Morrison, Mahoney & Miller, LLP**
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

John T. Harding, Esq.
**Morrison, Mahoney & Miller, LLP**
250 Summer Street
Boston, MA 02210

James T. Murphy, Esq.
Attorney Kelly N. Michels
**Hanson Curran LLP**
146 Westminster Street
Providence, RI 02903

Larry A. Nathanson, Esq.
**Siegal, Napierkowski & Park**
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

Kevin J. O'Connor, Esq.
Peter Netburn, Esq.
**Hermes, Netburn, O'Connor & Spearing, P.C.**
256 Franklin Street, 7th Floor
Boston, MA 02110

______________________