FILED
MAY 24 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC. | : | CIVIL ACTION |
| Plaintiff, | : | NO. CA 02-053S |
| v. | : | |
| HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY, | : | |
| Defendants. | : | |

**CENTURY INDEMNITY COMPANY'S AND ONEBEACON AMERICA INSURANCE COMPANY'S MOTION TO CORRECT DOCKET ENTRIES AND TO FILE DOCUMENTS UNDER SEAL**

Defendants Century Indemnity Company and OneBeacon America Insurance Company hereby move to correct docket entries pertaining to the filing of the following motions:

1. motion to bar the testimony of Robert Cattaneo, Esq., with supporting memorandum;
2. motion in *limine* to exclude expert testimony of J. Ronald Hass, with supporting memorandum.

Both of these motions referred to and included as exhibits certain information considered confidential under a prior order of this Court. These motions were filed with the Clerk's Office

GRANTED
William E. Smith
U.S. District Judge 5/25/06

in the normal course but should have been filed as confidential filings, pursuant to a prior order of this Court. To correct the misfiling, defendants now move to withdraw the filed motions, to correct any docket entries reflecting the same and to refile these motions as provided in paragraph 10 of the "Protective Order Regarding Confidentiality of Documents and Communications."

Counsel for plaintiff has been advised of this motion and has no objection.

**James R. Murphy**
146 Westminster Street
Providence, RI 02903

(401) 421-2154

Kevin J. O'Connor
Peter C. Netburn
*Hermes, Netburn, O'Connor & Spearing, P.C.*
265 Franklin Street, Seventh Floor
Boston, MA 02110-3113

(617) 728-0050

Attorneys for OneBeacon America Insurance Company

**James T. McCormick**
128 Dorrance Street, Suite 330
Providence, RI 02903

(401) 831-2970

Lawrence A. Nathanson
Scott E. Levens
*Siegal, Napierkowski & Park*
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

(856) 380-8900

Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America