**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EMHART INDUSTRIES, INC.<br><br>Plaintiff,<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICAN, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICAN INSURANCE COMPANY and United States FIRE INSURANCE COMPANY<br><br>Defendants | Civil Action No.: 02-53-S |

**NORTH RIVER INSURANCE COMPANY'S MOTION TO CORRECT DOCKET ENTRIES AND TO FILE DOCUMENTS UNDER SEAL**

Defendants, North River Insurance Company hereby move to correct docket entries pertaining to the filing of the following motion:[1]

> Docket Entry 274: MOTION in Limine to Exclude Expert Testimony of J. Ronald Hass WITH SUPPORTING MEMO by North River Insurance Co.

This motion referred to and included as exhibits certain information considered confidential under a prior order of this Court. This motion was filed with the Clerk's Office in the normal course but should have been filed as a confidential filing, pursuant to a prior order of this Court. To correct the misfiling, defendants now move to withdraw the filed motion (Docket entry number 274), to correct any docket entries reflecting the same and to refile this motion as provided in paragraph 10 of the "Protective Order Regarding Confidentiality of Documents and Communications."

[1] This motion is similar to the motion filed by codefendant Insurance Company of North America and OneBeacon to correct docket entry number 272. See docket entry number 283.

Counsel for plaintiff has been advised of this motion and has no objection.

Respectfully Submitted,
By their Attorneys,
MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Michael T. Farley, #6196
One Providence Washington Plaza, 6th Floor
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 31st day of May 2006, a copy of the foregoing was mailed, postage prepaid, to:

Jack R. Pirozzolo
Rick Binder
Willcox, Pirozzolo & McCarthy
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

James T. McCormick #2614
128 Dorrance Street - Suite 330
Providence, RI 02903
(401) 831-2970

John F. Glowacki
220 Lake Drive East, Suite 304
Cherry Hills, NJ 08002
(856) 667-2080

Ian Wallach
Kimball Ann Lane
Luce, Forward, Hamilton & Scripps LLP
153 East 53rd Street, 26th Floor
New York, NY 10022
(212) 744-1414

James T. Murphy #1698
Kelly N. Michels #6478
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154

Kevin J. O'Connor
Peter C. Netburn
Hermes, Netburn, O'Connor & Spearing, P.C.
111 Devonshire Street
Boston, MA 02109
(617) 728-0050

Jennifer Miller