UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

OPPOSITION OF EMHART INDUSTRIES, INC. TO MOTION
IN LIMINE OF THE NORTH RIVER INSURANCE COMPANY
TO EXCLUDE EXPERT TESTIMONY OF DR. J. RONALD HASS

Defendant The North River Insurance Company ("North River") has moved to preclude Emhart from offering a certain portion of the expert testimony of Dr. J. Ronald Hass, who has prepared four expert reports addressing various issues regarding analytical testing for dioxin at the site. North River has provided no basis for excluding Dr. Hass' testimony, and its motion should be denied.

The North River motion seeks to exclude Dr. Hass' opinion concerning the likelihood that dioxin was created by one of the fires which occurred at the Site in 1972. However, North River does not challenge the scientific principle that combustion of certain chemicals causes dioxin, Dr. Hass' expertise to provide the opinion that the combustion of certain chemicals causes dioxin, or that the major fire at the Site in 1972 resulted in burning the contents of hundreds of barrels. Dr. Hass' testimony provides information that will be useful to

the jury if it determines that the barrels that were burned during the fire contained some of the numerous compounds that create dioxin and so is admissible. An opinion applying scientific principles to facts that may be found by the jury is admissible. Walker v. Soo Lines R.R. Co., 208 F.3d 581, 590 (7th Cir. 2000).

In support of its opposition, Emhart relies upon the Memorandum of Law[1] and Appendix of Exhibits filed herewith and its opposition to the motion in limine filed by OneBeacon/Century seeking to preclude certain testimony by Dr. Hass.

Respectfully submitted,

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000

Jack R. Pirozzolo
Richard L. Binder
Willcox, Pirozzolo & McCarthy
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Dated: June 2, 2006

Counsel for Emhart Industries, Inc.

---

1 Defendants OneBeacon America Insurance Company and Century Indemnity Company ("OneBeacon/Century") have also filed a motion to preclude certain testimony by Dr. Hass. Emhart has filed a single memorandum of law in support of its oppositions to the OneBeacon/Century motion and the North River motion.

**CERTIFICATION**

To:

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Kevin J. O'Connor, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street, 7th Floor
Boston, MA 02110

Mark T. Nugent, Esq.
Michael Marcello, Esq.
Michael T. Farley, Esq.
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141

John T. Harding, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Lawrence A. Nathanson, Esq.
Siegal, Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

I hereby certify that on the 1st day of June, 2006, a copy of the within document was served by first class mail, postage prepaid, upon the counsel of record listed above.

718759v1 (55451/115705)