d UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

MOTION OF EMHART INDUSTRIES, INC. TO
FILE DOCUMENTS UNDER SEAL

Plaintiff, Emhart Industries, Inc., moves to file the following documents under seal: (1) Opposition of Emhart Industries, Inc. to Motion in Limine of the North River Insurance Company to Exclude Expert Testimony of Dr. J. Ronald Hass; (2) Opposition of Emhart Industries, Inc. to Motion in Limine of Century Indemnity Company and OneBeacon America Insurance Company to Exclude Expert Testimony of Dr. J. Ronald Haas (collectively "Oppositions"); (3) Memorandum of Law of Emhart Industries, Inc. in Opposition to Defendants' Motions in Limine to Exclude Expert Testimony of Dr. J. Ronald Hass ("Memorandum") and (4) Appendix of Exhibits to the Opposition of Emhart Industries, Inc. to Defendants' Motions in Limine to Exclude Expert Testimony of Dr. J. Ronald Hass ("Exhibits"). The Exhibits contain information that is confidential pursuant to the Protective Order Regarding Confidentiality of Documents and Communications, filed on January 30, 2006 ("Order"), and the

Memorandum and Oppositions refer to confidential information in the Exhibits. Accordingly, the Oppositions, Memorandum and Exhibits should be filed under seal, pursuant to paragraph 10 of the Order, Defendants assent to this motion.

Respectfully submitted,

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000

Jack R. Pirozzolo
Richard L. Binder
Willcox, Pirozzolo & McCarthy
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Dated: June 7, 2006

Counsel for Emhart Industries, Inc.

**CERTIFICATION**

To:

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Kevin J. O'Connor, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street, 7th Floor
Boston, MA 02110

Mark T. Nugent, Esq.
Michael Marcello, Esq.
Michael T. Farley, Esq.
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141

John T. Harding, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Lawrence A. Nathanson, Esq.
Siegal, Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

I hereby certify that on the 8th day of June, 2006, a copy of the within document was served by first class mail, postage prepaid, upon the counsel of record listed above.

Cynthia Lomas

721371v1
55261/115183