6/9/06; GRANTED ABSENT OBJECTION.

d UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 0 8 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

HOME INSURANCE COMPANY,
INSURANCE COMPANY OF NORTH AMERICA,
LIBERTY MUTUAL INSURANCE COMPANY,
NORTH RIVER INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE COMPANY
and UNITED STATES FIRE INSURANCE COMPANY,

Defendants.

Civil Action No. 02-053 S

MOTION OF EMHART INDUSTRIES, INC. TO
FILE DOCUMENTS UNDER SEAL

Plaintiff, Emhart Industries, Inc., moves to file the following documents under seal: (1) Opposition of Emhart Industries, Inc. to Motion in Limine of the North River Insurance Company to Exclude Expert Testimony of Dr. J. Ronald Hass; (2) Opposition of Emhart Industries, Inc. to Motion in Limine of Century Indemnity Company and OneBeacon America Insurance Company to Exclude Expert Testimony of Dr. J. Ronald Haas (collectively "Oppositions"); (3) Memorandum of Law of Emhart Industries, Inc. in Opposition to Defendants' Motions in Limine to Exclude Expert Testimony of Dr. J. Ronald Hass ("Memorandum") and (4) Appendix of Exhibits to the Opposition of Emhart Industries, Inc. to Defendants' Motions in Limine to Exclude Expert Testimony of Dr. J. Ronald Hass ("Exhibits"). The Exhibits contain information that is confidential pursuant to the Protective Order Regarding Confidentiality of Documents and Communications, filed on January 30, 2006 ("Order"), and the

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ____________
William E. Smith, District Judge
Date: 6/8/06