UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

MOTION TO EXTEND TIME

Plaintiff, Emhart Industries, Inc. ("Emhart"), moves that the period within which the parties may file reply memoranda in support of the motions in limine filed on June 2, 2006 be extended from June 16, 2006 to June 21, 2006. Emhart seeks the extension due to the death of a relative of Richard L. Binder, an attorney actively involved in preparation of Emhart's reply memoranda, which will result in Mr. Binder attending a funeral in the Midwest.

In support of this motion, Emhart relies on the accompanying memorandum.

By its attorneys,

Gerald Petros / MRC

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000

Jack R. Pirozzolo
Richard L. Binder
Willcox, Pirozzolo & McCarthy
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Dated: June 14, 2006

Counsel for Emhart Industries, Inc.

**CERTIFICATION**

To:

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Michael Marcello, Esq.
Michael T. Farley, Esq.
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Kevin J. O'Connor, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street, 7th Floor
Boston, MA 02110

John T. Harding, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Lawrence A. Nathanson, Esq.
Siegal, Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

I hereby certify that on the 14th day of June, 2006, a copy of the within document was served by facsimile and first class mail, postage prepaid, upon the counsel of record listed above.

Jean M. Christiansen

#722832

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME

Plaintiff, Emhart Industries, Inc. ("Emhart"), has moved that the period within which the parties may file reply memoranda in support of the motions in limine filed on June 2, 2006 be extended from June 16, 2006 to June 21, 2006. Emhart seeks the extension due to the death of a relative of Richard L. Binder, an attorney actively involved in preparation of Emhart's reply memoranda, which will result in Mr. Binder attending a funeral in the Midwest.

The brief extension sought in the motion will enable Mr. Binder to participate in the final preparation of the reply memoranda and will not materially delay resolution of the motions. Defendants will not suffer any disadvantage as the motion, if allowed, would also

extend the period in which defendants may file their reply memoranda.

Respectfully submitted,

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000

Jack R. Pirozzolo
Richard L. Binder
Willcox, Pirozzolo & McCarthy
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Dated: June 14, 2006

Counsel for Emhart Industries, Inc.

**CERTIFICATION**

To:

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Michael Marcello, Esq.
Michael T. Farley, Esq.
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Kevin J. O'Connor, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street, 7th Floor
Boston, MA 02110

John T. Harding, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Lawrence A. Nathanson, Esq.
Siegal, Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

I hereby certify that on the 14th day of June, 2006, a copy of the within document was served by facsimile and first class mail, postage prepaid, upon the counsel of record listed above.

#722831