UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 14 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

HOME INSURANCE COMPANY,
INSURANCE COMPANY OF NORTH AMERICA,
LIBERTY MUTUAL INSURANCE COMPANY,
NORTH RIVER INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE COMPANY
and UNITED STATES FIRE INSURANCE COMPANY,

Defendants.

Civil Action No. 02-053 S

6/14/06: GRANTED. [signature] USMJ

MOTION TO EXTEND TIME

Plaintiff, Emhart Industries, Inc. ("Emhart"), moves that the period within which the parties may file reply memoranda in support of the motions in limine filed on June 2, 2006 be extended from June 16, 2006 to June 21, 2006. Emhart seeks the extension due to the death of a relative of Richard L. Binder, an attorney actively involved in preparation of Emhart's reply memoranda, which will result in Mr. Binder attending a funeral in the Midwest.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ________
William E. Smith, District Judge
Date: 6/14/06