UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br>NO. CA 02-053S |

**MOTION OF THE NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY AND CENTURY INDEMNITY COMPANY TO MODIFY EXTENSION OF TIME**

Defendants The North River Insurance Company ("North River") , OneBeacon America Insurance Company ("OneBeacon") and Century Indemnity Company ("Century")[1] (collectively, "the Defendants") do not oppose Emhart's motion to extend the period within which the parties may file replies in response to the oppositions to motions in limine that were filed on June 2, 2006. That motion was allowed by the Court on June 14, 2006, the same day it was filed. However, for the reasons stated in the memorandum filed with this motion, the duration of the extension of time within which to file reply memoranda should be determined by the Court at the conference to be scheduled by the Court to address the issues raised in the parties' Joint Statement of Issues, filed on May 16, 2006.

[1] As successor to CCI Insurance Company, as successor to Insurance Company of North America.

WHEREFORE, the Defendants request that the date for filing such reply memoranda be extended until a date to be determined by the Court at the conference regarding the Joint Statement, or, in the alternative, that the Court grant such other relief in favor of the Defendants as is appropriate.

Respectfully submitted,

Kelly N. Michels
James T. Murphy #1698
Kelly N. Michels #6478
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154
- and -
Kevin J. O'Connor
Peter C. Netburn
Hermes, Netburn, O'Connor
& Spearing, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
(617) 728-0050

Attorneys for OneBeacon America Insurance Company

Mark T. Nugent by Kelly N. Michels w/assent
Mark T. Nugent
Michael Marcello
Michael T. Farley
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660
- and –
John T. Harding
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7558

Attorneys for The North River Insurance Company

James T. McCormick by Kelly N. Michels w/assent
James T. McCormick
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970
-and-
Lawrence A. Nathanson
Scott E. Levens
Siegal, Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054
(856) 380-8900

Attorneys for Century Indemnity Company,
as successor to CCI Insurance Company,
as successor to Insurance Company of
North America

Dated: June 15, 2006

**PROOF OF SERVICE**

I hereby certify that on this 16th day of June, 2006, I served the within by mailing or hand delivering copies of same to the following counsel of record: **Gerald J. Petros, Esq.**, Hinckley, Allen & Snyder, LLP, 1500 Fleet Center, Providence, RI 02903; **James T. McCormick, Esq.**, McKenna & McCormick, 128 Dorrance Street, Suite 330, Providence, RI 02903; **Mark T. Nugent, Esq., Michael T. Farley, Esq.**, Morrison, Mahoney & Miller, LLP, One Providence Washington Plaza, Providence, RI 02903; **Lawrence A. Nathanson, Esq.**, Siegal & Napierkowski, 220 Lake Drive East, Suite 304, Cherry Hill, NJ 08002; **John T. Harding, Esquire**, Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210-1181; **Jack R. Pirozzolo, Esq., Richard L. Binder, Esq.**, Willcox, Pirozzolo & McCarthy, 50 Federal Street, Boston, MA 02110; and **Kevin J. O'Connor, Esq., Peter Netburn, Esq.**, Hermes, Netburn, O'Connor & Spearing, PC, 265 Franklin Street, 7th Floor, Boston, MA 02110-3113;

of Hanson Curran LLP

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br>NO. CA 02-053S |

**MEMORANDUM IN SUPPORT OF THE MOTION OF THE NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY AND CENTURY INDEMNITY COMPANY TO MODIFY EXTENSION OF TIME**

Defendants The North River Insurance Company ("North River") , OneBeacon America Insurance Company ("OneBeacon") and Century Indemnity Company ("Century")[1] (collectively, "the Defendants") do not oppose Emhart's motion to extend the period within which the parties may file replies in response to the oppositions to motions in limine that were filed on June 2, 2006. That motion was allowed by the Court on June 14, 2006, the same day it was filed. However, for the reasons stated below, the duration of the extension of time within which to file reply memoranda should be determined by the Court at the conference to be scheduled by the Court to address the issues raised in the parties' Joint Statement of Issues, filed on May 16, 2006.

[1] As successor to CCI Insurance Company, as successor to Insurance Company of North America.

1. At the April 11, 2006 pretrial conference, the Court determined that further pretrial case management would facilitate the successful resolution of this case and issued a schedule (subsequently amended) for (a) the filing by the parties of motions in limine with respect to expert witnesses, (b) the filing by the parties of oppositions to those motions, (c) the filing of a joint statement of issues for possible pretrial resolution ( the "Joint Statement") and (d) a further conference with the Court to address the issues raised in the Joint Statement and to determine a schedule for further proceedings in this case. The schedule did not set a date for filing memoranda in reply to the motion in limine oppositions. That further conference with the Court was scheduled to be held before any such reply memoranda would have been due under L.R. Cv. 7(b)(2).

2. In their memoranda in opposition to Plaintiff's motions in limine, the Defendants have requested that the Court should either deny Plaintiff's motions or, at the very least, defer any further action on the motions until after the issues raised in the Joint Statement have been resolved. Accordingly, the Defendants suggest that the filing of any further memoranda relating to the motions in limine be deferred until after the Court has considered whether it intends to resolve any of the motions in limine at this time.

3. The Court has continued the conference to consider further proceedings with respect to the Joint Statement, which had been scheduled for June 8, 2006. A new date for that conference has not yet been determined. As a result of this continuance, the due date under L.R. Cv. 7(b)(2) for reply memoranda with respect to the motions in limine is scheduled before the conference to consider the issues raised in the Joint Statement will be held.

4. The timing and substance of future proceedings on the expert witness motions in limine, including the need for and filing of reply memoranda, should be determined by the Court

in the context of its consideration of how this case will proceed at the conference to consider the matters raised in the Joint Statement. Therefore, the Defendants request that the date for filing such reply memoranda be extended until a date to be determined by the Court at the conference regarding the Joint Statement.

Respectfully submitted,

Kelly N. Michels

James T. Murphy #1698
Kelly N. Michels #6478
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154
- and -
Kevin J. O'Connor
Peter C. Netburn
Hermes, Netburn, O'Connor
& Spearing, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
(617) 728-0050

Attorneys for OneBeacon America Insurance Company

Mark T. Nugent by Kelly N. Michels w/assent

Mark T. Nugent
Michael Marcello
Michael T. Farley
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660
- and –
John T. Harding
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7558

Attorneys for The North River Insurance Company

James T. McCormick by Kelly N. Michels w/assent

James T. McCormick
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970
-and-
Lawrence A. Nathanson
Scott E. Levens
Siegal, Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054
(856) 380-8900

Attorneys for Century Indemnity Company,
as successor to CCI Insurance Company,
as successor to Insurance Company of
North America

Dated: June 15, 2006

**PROOF OF SERVICE**

I hereby certify that on this 16th day of June, 2006, I served the within by mailing or hand delivering copies of same to the following counsel of record: **Gerald J. Petros, Esq.**, Hinckley, Allen & Snyder, LLP, 1500 Fleet Center, Providence, RI 02903; **James T. McCormick, Esq.**, McKenna & McCormick, 128 Dorrance Street, Suite 330, Providence, RI 02903; **Mark T. Nugent, Esq., Michael T. Farley, Esq.**, Morrison, Mahoney & Miller, LLP, One Providence Washington Plaza, Providence, RI 02903; **Lawrence A. Nathanson, Esq.**, Siegal & Napierkowski, 220 Lake Drive East, Suite 304, Cherry Hill, NJ 08002; **John T. Harding, Esquire**, Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210-1181; **Jack R. Pirozzolo, Esq., Richard L. Binder, Esq.**, Willcox, Pirozzolo & McCarthy, 50 Federal Street, Boston, MA 02110; and **Kevin J. O'Connor, Esq., Peter Netburn, Esq.**, Hermes, Netburn, O'Connor & Spearing, PC, 265 Franklin Street, 7th Floor, Boston, MA 02110-3113.

Kelly N. Michel

of Hanson Curran LLP