UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUN 16 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC., Plaintiff, v. HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY, Defendants. | CIVIL ACTION NO. CA 02-053S |

**MOTION OF THE NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY AND CENTURY INDEMNITY COMPANY TO MODIFY EXTENSION OF TIME**

Defendants The North River Insurance Company ("North River") , OneBeacon America Insurance Company ("OneBeacon") and Century Indemnity Company ("Century")[1] (collectively, "the Defendants") do not oppose Emhart's motion to extend the period within which the parties may file replies in response to the oppositions to motions in limine that were filed on June 2, 2006. That motion was allowed by the Court on June 14, 2006, the same day it was filed. However, for the reasons stated in the memorandum filed with this motion, the duration of the extension of time within which to file reply memoranda should be determined by the Court at the conference to be scheduled by the Court to address the issues raised in the parties' Joint Statement of Issues, filed on May 16, 2006.

[1] As successor to CCI Insurance Company, as successor to Insurance Company of North America.

WHEREFORE, the Defendants request that the date for filing such reply memoranda be extended until a date to be determined by the Court at the conference regarding the Joint Statement, or, in the alternative, that the Court grant such other relief in favor of the Defendants as is appropriate.

Respectfully submitted,

James T. Murphy #1698
Kelly N. Michels #6478
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154
- and -
Kevin J. O'Connor
Peter C. Netburn
Hermes, Netburn, O'Connor
& Spearing, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
(617) 728-0050

Attorneys for OneBeacon America Insurance Company

Mark T. Nugent
Michael Marcello
Michael T. Farley
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660
- and –
John T. Harding
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7558

Attorneys for The North River Insurance Company

James T. McCormick
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970
-and-
Lawrence A. Nathanson
Scott E. Levens
Siegal, Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054
(856) 380-8900