UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY<br><br>Defendants. | ) | C.A. No. 02-53S |

**ORDER**

The Court has received the parties' Joint Statement. The parties have also filed numerous Daubert motions which must be decided by the Court before trial. A supplemental pretrial conference has been scheduled for **August 3, 2006**.

In order to expedite pretrial disposition of the legal issues identified by the parties, the Court orders as follows:

1. By **July 21, 2006**, the parties shall file simultaneous motions for summary judgment on issues 1 through 7 of Section I of the Joint Statement. The parties may file a stipulated set of facts or separate Rule 12.1 Statements. Separate briefs of no greater than five pages for each issue may be submitted on each of the seven issues. No responsive briefs will be allowed. The Court intends to refer two issues

to Magistrate Judge Almond for expedited Reports and Recommendations. The parties should expect to receive bench rulings on all seven issues on **August 3, 2006,** prior to the pretrial conference.

2. At the pretrial conference on **August 3, 2006**, the parties shall be prepared to address the following issues:

A. How resolution of each of the seven issues may impact the additional issues outlined in Sections II and III of the Joint Statement;

B. If some of the issues in Sections II and III involve limited factual disputes, would the parties be willing to consent to expedited judicial fact finding in order to facilitate the pretrial disposition of the legal issues; and

C. If further issues can be resolved pretrial, a proposed expedited briefing schedule.

3. <u>Scheduling of all Daubert motions</u>. The Court anticipates hearing evidence/argument on all <u>Daubert</u> motions in the **first two weeks of August, 2006**. Some motions will be referred to Magistrate Judge Almond for determination and some will be ruled upon by Judge Smith. So that the Court may reserve time appropriately, the parties are directed to inform the Clerk, by **July 21, 2006,** as to whether evidentiary

hearings are required on these motions, and if so, how much time should be allotted.

BY ORDER:

[signature]

ENTER:

William E. Smith

William E. Smith
United States District Judge
Date: 6/28/06