UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.
Plaintiff(s)

v.
HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY.
Defendant(s)

Dkt. No. 02-053S

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant ONEBEACON AMERICA INSURANCE COMPANY hereby moves that Michael S. Batson be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

ONEBEACON AMERICA INS. CO.
(Plaintiff/Defendant)

By: Kelly N. Michels
Bar ID No.: 6478
Address: Hanson Curran LLP
146 Westminster St.
Providence, RI 02903

DATED: August 2, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) U.S. District Court, MA, and my eligibility to practice before those courts has not been restricted in any way. First Circuit Court of Appeals

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant
Michael S. Batson, #648151
Print Name State Bar ID #
Hermes, Netburn, O'Connor & Spearing, PC
Firm Name
265 Franklin Street, Seventh Floor
Business Address
Boston, MA 02110
(617) 728-0050 (617) 728-0052
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel
Kelly N. Michels 6478
Print Name R.I. Bar ID #

Hanson Curran LLP
Firm and Business Address
146 Westminster Street
Providence, RI 02903
knm@hansoncurran.com
Tel. # (401) 421-2154 Fax # (401) 521-7040

---

**ORDER**

This motion is hereby ______________________

______________________
District Judge

Date:

8314

**HERMES, NETBURN, O'CONNOR, & SPEARING P.C.**
OPERATING ACCOUNT
265 FRANKLIN STREET
BOSTON, MA 02110-3113

5-234/110

DATE August 1, 2006

PAY TO THE ORDER OF Board of Bar ~~Overseers~~ Examiners $ 50.00

Fifty and 00/100 DOLLARS

Security Features Included. Details on Back.

Boston Private Bank & Trust Company
30
www.bostonprivatebank.com
Boston, Massachusetts 02116

FOR 15035

MP

⑈008314⑈ ⑆011002343⑆ 4013522⑈

## PROOF OF SERVICE

I hereby certify that on this 2nd day of August, 2006, I served the within by mailing or hand delivering copies of same to the following counsel of record: **Gerald J. Petros, Esq.**, Hinckley, Allen & Snyder, LLP, 1500 Fleet Center, Providence, RI 02903; **James T. McCormick, Esq.**, McKenna & McCormick, 128 Dorrance Street, Suite 330, Providence, RI 02903; **Mark T. Nugent, Esq., Michael T. Farley, Esq.**, Morrison, Mahoney & Miller, LLP, One Providence Washington Plaza, Providence, RI 02903; **Lawrence A. Nathanson, Esq.**, Siegal, Napierkowski & Park, 533 Fellowship Road, Suite 120, Mt. Laurel, NJ 08054-3412; **John T. Harding, Esquire**, Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210-1181; **Jack R. Pirozzolo, Esq., Richard L. Binder, Esq.**, Willcox, Pirozzolo & McCarthy, 50 Federal Street, Boston, MA 02110; and **Kevin J. O'Connor, Esq., Peter Netburn, Esq.**, Hermes, Netburn, O'Connor & Spearing, PC, 265 Franklin Street, 7th Floor, Boston, MA 02110-3113;

Elizabeth Machado

of Hanson Curran LLP