UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.

Plaintiff,

v. C.A. No. 02-53S

HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY

Defendants.

**ORDER**

For the reasons stated in the bench ruling of the Court on August 3, 2006, the following Orders are hereby entered:

- Century's Motion for Partial Summary Judgment on whether the EPA's Administrative Proceeding is a "Suit" (doc. 308) is DENIED.
- Motion for Summary Judgment of Emhart Industries, Inc. concerning the Suit Issue (doc. 324) is GRANTED.
- Motion for Summary Judgment of Emhart Industries, Inc. concerning the Duty to Defend under Century Policy GAL 36597 (doc. 323) is DENIED.
- Century's Motion for Partial Summary Judgment on whether it has a Duty to Defend under Its 1969 Primary Policy (doc. 327) is DENIED.

- OneBeacon America Insurance Company's Motion (No Right to Jury Trial) for Partial Summary Judgment (doc. 306) is DENIED.
- Defendant North River Insurance Company's Joinder in Motion for Partial Summary Judgment (No Right to Jury Trial) (doc. 316) is DENIED.
- Motion for Summary Judgment of Emhart Industries, Inc. concerning Its Right to a Jury Trial on Counts 5 and 8 (doc. 322) is GRANTED.

- OneBeacon America Insurance Company's Motion (Proration of Aggregate Limits) for Partial Summary Judgment (doc. 305) is DENIED.
- Motion for Summary Judgment of Emhart Industries, Inc. that the Policy Limits of the OneBeacon Policy are Not Reduced by Proration (doc. 320) is GRANTED.

- Defendants' Motion for Partial Summary Judgment on the Burden and Standard for Proving an "Occurrence" under Rhode Island Law (doc. 312) is GRANTED to the extent that Emhart bears the burden of proving that there was an "occurrence" at the Centerdale Manor Superfund Site and DENIED regarding the applicable standard.
- Motion for Summary Judgment of Emhart Industries, Inc. concerning the "Expected or Intended" Issue under Rhode Island Law (doc. 318) is DENIED regarding who bears the burden of proof and GRANTED as to the subjective standard.

- Defendant North River Insurance Company's Motion for Partial Summary Judgment on the "Occurrence" Issue (doc. 314) is GRANTED to the extent that Emhart bears the burden of proving that there was an "occurrence" at the Centerdale Manor Superfund Site and DENIED regarding the applicable standard.
- Motion for Summary Judgment of Emhart Industries, Inc. concerning the "Expected or Intended" Issue under New York Law (doc. 319) is GRANTED.

BY ORDER:

ENTER:

William E. Smith
United States District Judge
Date: 8/4/06