UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,

Defendants.

CIVIL ACTION NO.: CA 02-053S

**ONEBEACON AMERICA INSURANCE COMPANY'S MOTION**
**(TRIGGER) FOR PARTIAL SUMMARY JUDGMENT**

OneBeacon America Insurance Company ("OneBeacon"), as successor-in-interest to Employers Surplus Lines Insurance Company, hereby joins in Century Indemnity Company's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and seeks the entry of an order declaring that Emhart Industries, Inc. is not entitled to coverage under the OneBeacon umbrella policy because the coverage provided by the underlying policy to which it followed form was not triggered.

In support of this Motion, OneBeacon relies on the following documents:

1. Statement of Undisputed Facts in Support of Century's Motion for Partial Summary Judgment Under Its 1969 Primary Policy Based on Trigger of Coverage;

2. Century's Motion for Partial Summary Judgment Under Its 1969 Primary Policy Based on Trigger of Coverage; and

3. Memorandum of Law in Support of Century's Motion for Partial Summary Judgment Under Its 1969 Primary Policy Based on Trigger of Coverage.

**ONEBEACON AMERICA INSURANCE COMPANY**
By its attorneys,

/s/ Peter C. Netburn

James T. Murphy #1698
Kelly N. Michels #6478
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154

Kevin J. O'Connor
Peter C. Netburn
Michael S. Batson
Hermes, Netburn, O'Connor
& Spearing, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110
(617) 728-0050

Dated: August 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 9, 2006.

/s/ Peter C. Netburn

Peter C. Netburn

G:\DOCS\MSB\Clients\OneBeacon\Emhart - 15035\Pleadings\motion - trigger.doc