UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION NO.: CA 02-053S |

**ONEBEACON AMERICA INSURANCE COMPANY'S MOTION**
**(POLLUTION EXCLUSION) FOR PARTIAL SUMMARY JUDGMENT**

OneBeacon America Insurance Company ("OneBeacon"), as successor-in-interest to Employers Surplus Lines Insurance Company, hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for the entry of an order declaring that the pollution exclusion contained in the INA Crown Metro Policy, to which the OneBeacon Policy follows form, excludes coverage for Emhart.

In support of this Motion, OneBeacon relies on the following documents:

1. Memorandum of Law in Support of OneBeacon America Insurance Company's Motion (Pollution Exclusion) for Partial Summary Judgment; and

2. Statement of Undisputed Facts in Support of OneBeacon America Insurance Company's Motion (Pollution Exclusion) for Partial Summary Judgment.

**ONEBEACON AMERICA INSURANCE COMPANY**
By its Attorneys,

/s/ Peter C. Netburn
________________________________

James T. Murphy #1698
Kelly N. Michels #6478
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154

Kevin J. O'Connor
Peter C. Netburn
Michael S. Batson
Hermes, Netburn, O'Connor
& Spearing, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110
(617) 728-0050
(617) 728-0052 (f)

Dated: August 9, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 9, 2006.

/s/ Peter C. Netburn
________________________________
Peter C. Netburn

G:\DOCS\MSB\Clients\OneBeacon\Emhart - 15035\Pleadings\motion - pollution exclusion.doc