UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br>NO. CA 02-053S<br><br>DEFENDANT NORTH RIVER INSURANCE COMPANY'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE ADMISSIBILITY OF THE SETTLEMENT AGREEMENT BETWEEN BLACK AND DECKER, INC. AND LIBERTY MUTUAL INSURANCE COMPANY |

Now comes the Defendant North River Insurance Company, by its attorneys, pursuant to Fed.R.Civ.P. 72(b) and LR Cv 72, and objects to the Report and Recommendation of United States Magistrate Judge Lincoln D. Almond, dated August 2, 2006, recommending that Emhart's motion be granted and that the defendants' motion be denied with respect to the admissibility at trial of the settlement agreement between Black and Decker, Inc. and Liberty Mutual Insurance Company (the "Settlement Agreement").

As grounds for this motion, North River Insurance Company incorporates by reference the motion and memorandum of law filed by Century Indemnity Company on this issue, and further incorporates the Defendants' Motion and Memorandum Requesting Permission to Use Settlement Agreement at Trial, filed on July 24, 2006.

WHEREFORE, North River respectfully requests that the Court sustain its objections to the Report and Recommendation, and then grant its motion and deny Emhart's motion with respect to the admissibility of the Settlement Agreement.

Respectfully submitted,
**THE NORTH RIVER INSURANCE COMPANY,**
By its attorneys,

/s/ Mark T. Nugent

Mark T. Nugent, RI Bar# 2637
**MORRISON MAHONEY LLP**
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-1660

John T. Harding, *pro hac vice*
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

August 8, 2006

**CERTIFICATION**

I hereby certify that on this _9_________ day of __Aug_______ 2006, a copy of the foregoing was via ECF/mailed, postage prepaid, to:

Jack R. Pirozzolo
Rick Binder
Willcox, Pirozzolo & McCarthy
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

James T. McCormick #2614
128 Dorrance Street - Suite 330
Providence, RI 02903
(401) 831-2970

John F. Glowacki
220 Lake Drive East, Suite 304
Cherry Hills, NJ 08002
(856) 667-2080

Ian Wallach
Kimball Ann Lane
Luce, Forward, Hamilton & Scripps LLP
153 East 53rd Street, 26th Floor
New York, NY 10022
(212) 744-1414

James T. Murphy #1698
Kelly N. Michels #6478
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154

Kevin J. O'Connor
Peter C. Netburn
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street, 7th Floor
Boston, MA 02110-3113
(617) 728-0050

Lawrence Nathanson
Siegal, Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054-3412
(856) 380-8900

________/s/ Mark T. Nugent_________