UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC., Plaintiff, v. HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY, Defendants. | CIVIL ACTION NO. CA 02-053S<br><br>DEFENDANT CENTURY INDEMNITY COMPANY'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON WHETHER CENTURY'S ALLEGED DUTY TO DEFEND EXTENDS TO EMHART'S COSTS INCURRED PURSUING CLAIMS AGAINST OTHER POTENTIALLY RESPONSIBLE PARTIES |

Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), by its attorneys, pursuant to Fed.R.Civ.P. 72(b) and LR Cv 72, objects to the Report and Recommendation of United States Magistrate Judge Lincoln D. Almond, dated August 2, 2006, recommending that Emhart's motion for partial summary judgment be granted and Century's motion for partial summary judgment be denied with respect to whether Century's alleged duty to defend extends to Emhart's costs incurred pursuing claims against other potentially responsible parties, for the following reasons:

1. The Report and Recommendation ignores the plain language of Century's policies, pursuant to which Century's duty to defend only extends to a "suit against the insured." A claim seeking affirmative relief against a third-party is not a "suit against the insured."

2. The Report and Recommendation incorrectly concludes that Century's alleged duty to defend extends to claims that are "defensive in nature [Report and

Recommendation at 3]." The policies, however, do not require Century to defend claims that are "defensive in nature"--only a "suit against the insured." The Court should resist the urge to rewrite the parties' contract in order to achieve a result that it finds more desirable.

3. The Report and Recommendation improperly distinguishes the cases Century relies upon on the basis that they do not deal "with this particular issue in the context of CERCLA's unique liability scheme or third-party claim for contribution arising under analogous circumstances [Report and Recommendation at 3-4]." Century's policies, however, also do not distinguish between claims under CERCLA and other types of claims. Thus, the Court should follow the cases that Century relies upon.

WHEREFORE, Century respectfully requests that the Court sustain its objections to the Report and Recommendation, and then grant Century's motion for partial summary judgment and deny Emhart's motion for partial summary judgment with respect to whether Century's alleged duty to defend extends to Emhart's costs incurred in pursuing claims against other potentially responsible parties.

Dated: August 9, 2006

McKENNA & McCORMICK

By: ______________________

James T. McCormick
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970

- and -

Lawrence A. Nathanson
Scott E. Levens
SIEGAL, NAPIERKOWSKI & PARK
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054
(856) 380-8910

Attorneys for Defendant Century
Indemnity Company, as successor to CCI
Insurance Company, as successor to
Insurance Company of North America

## CERTIFICATION

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorneys on the 9th day of August 2006:

Gerald J. Petros, Esq.
**Hinckley, Allen & Snyder LLP**
1500 Fleet Center
Providence, RI 02903

Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
**Willcox, Pirozzolo & McCarthy**
50 Federal Street
Boston, MA 02110

Mark T. Nugent, Esq.
Michael Marcello, Esq.
Michael T. Farley, Esq.
**Morrison, Mahoney & Miller, LLP**
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

John T. Harding, Esq.
**Morrison, Mahoney & Miller, LLP**
250 Summer Street
Boston, MA 02210

James T. Murphy, Esq.
Attorney Kelly N. Michels
**Hanson Curran LLP**
146 Westminster Street
Providence, RI 02903

Larry A. Nathanson, Esq.
**Siegal, Napierkowski & Park**
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

Kevin J. O'Connor, Esq.
Peter Netburn, Esq.
**Hermes, Netburn, O'Connor & Spearing, P.C.**
256 Franklin Street, 7th Floor
Boston, MA 02110

Kerri A. Vecoli

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br>NO. CA 02-053S<br><br>MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT CENTURY INDEMNITY COMPANY'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON WHETHER CENTURY'S ALLEGED DUTY TO DEFEND EXTENDS TO EMHART'S COSTS INCURRED PURSUING CLAIMS AGAINST OTHER POTENTIALLY RESPONSIBLE PARTIES |

Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, incorporates by reference its Memorandum of Law in Support of Century's Motion for Partial Summary Judgment on Whether Century's Alleged Duty to Defend Extends to Costs Incurred Pursuing Other Potentially Responsible Parties, filed on July 24, 2006, in support of its objections to the Magistrate Judge's Report and Recommendation on whether Century's alleged duty to defend extends to Emhart's costs incurred pursuing claims against other potentially responsible parties.

Dated: August 9, 2006

McKENNA & McCORMICK

By: ______________________

James T. McCormick
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970

- and -

Lawrence A. Nathanson
Scott E. Levens
SIEGAL, NAPIERKOWSKI & PARK
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054
(856) 380-8910

Attorneys for Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America

## CERTIFICATION

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorneys on the 9th day of August 2006:

Gerald J. Petros, Esq.
**Hinckley, Allen & Snyder LLP**
1500 Fleet Center
Providence, RI 02903

Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
**Willcox, Pirozzolo & McCarthy**
50 Federal Street
Boston, MA 02110

Mark T. Nugent, Esq.
Michael Marcello, Esq.
Michael T. Farley, Esq.
**Morrison, Mahoney & Miller, LLP**
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

John T. Harding, Esq.
**Morrison, Mahoney & Miller, LLP**
250 Summer Street
Boston, MA 02210

James T. Murphy, Esq.
Attorney Kelly N. Michels
**Hanson Curran LLP**
146 Westminster Street
Providence, RI 02903

Larry A. Nathanson, Esq.
**Siegal, Napierkowski & Park**
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

Kevin J. O'Connor, Esq.
Peter Netburn, Esq.
**Hermes, Netburn, O'Connor**
**& Spearing, P.C.**
256 Franklin Street, 7th Floor
Boston, MA 02110

Kerri A. Vecoli