UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**ASSENTED-TO MOTION OF EMHART INDUSTRIES, INC. TO EXTEND DATE BY WHICH TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT FILED BY NORTH RIVER INSURANCE COMPANY**

Plaintiff, Emhart Industries, Inc. ("Emhart"), moves that the date for Emhart to respond to the two motions for summary judgment filed by defendant The North River Insurance Company ("North River") be extended from Wednesday, August 16, 2006 to Monday, August 21, 2006. As grounds for this motion, Emhart states:

1. On August 3, 2006, the Court entered an Order that all further motions for summary judgment be filed by August 9, 2006, with responses to those motions due by August 16, 2006.

2. On August 9, 2006, defendants Century Indemnity Company ("Century") and OneBeacon America Insurance Company ("OneBeacon") filed motions for summary judgment regarding trigger of coverage, reformation of the OneBeacon insurance policy, and the applicability of the pollution exclusion that OneBeacon asserts is contained in its policy. In

addition, North River filed a motion for summary judgment regarding allocation ("Allocation Motion").

3. On August 11, 2006, North River filed an additional motion for summary judgment regarding the applicability of the pollution exclusion contained in the North River insurance policy ("Pollution Exclusion Motion").

4. As North River filed its Pollution Exclusion Motion two days after the deadline set by the Court in its August 3 Order, Emhart requests that the deadline for its response to the Pollution Exclusion Motion, as well as its response to the Allocation Motion, be extended from August 16 to August 21. This will facilitate the preparation of Emhart's responses to the five pending summary judgment motions. Emhart will respond to the Century and OneBeacon motions for summary judgment by the August 16 deadline set by the August 3 Order.

5. North River has assented to this motion.

Respectfully submitted,

/s/Gerald J. Petros
Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Counsel for Plaintiff
Emhart Industries, Inc.

Jack R. Pirozzolo
Richard L. Binder
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Dated: August 15, 2006

Granted in part. Responses to be filed by 8/18/06
WSmith
USDJ
8/15/06