UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**OPPOSITION OF EMHART INDUSTRIES, INC. TO OBJECTIONS TO REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE CONCERNING ADMISSIBILITY OF SETTLEMENT AGREEMENT BETWEEN BLACK & DECKER, INC. AND LIBERTY MUTUAL**

Plaintiff ("Emhart") opposes the following objections to the Report and Recommendation of the Magistrate Judge regarding the admissibility of the settlement agreement between Black & Decker, Inc. (the corporate parent of Emhart) and Liberty Mutual Insurance Co (Docket Index ("D.I.") 329, entered August 2, 2006):

1. Defendant North River Insurance Company's Objections to the Magistrate Judge's Report and Recommendation on the Admissibility of the Settlement Agreement between Black & Decker, Inc. and Liberty Mutual Insurance Company (D.I. 341); and

2. Defendant Century Indemnity Company's Objections to the Magistrate Judge's Report and Recommendation on the Admissibility of the Settlement Agreement between Black & Decker, Inc. and Liberty Mutual Insurance Company (D.I. 347).

In support of this opposition, Emhart relies upon the following:

1. Memorandum in Support of Opposition of Emhart Industries, Inc. to Objections to Report and Recommendation of the Magistrate Judge Concerning Admissibility of Settlement Agreement between Black & Decker, Inc. and Liberty Mutual, filed herewith, and

2. Motion for Summary Judgment of Emhart Industries, Inc. Concerning Admissibility of Settlement Agreement between Black & Decker, Inc. and Liberty Mutual and supporting memorandum, (D.I. 321), previously filed and incorporated herein.

For the reasons stated, the Report and Recommendation should be adopted in its entirety and the objections of North River and Century denied.

Respectfully submitted,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Counsel for Plaintiff, Emhart Industries, Inc.

Jack R. Pirozzolo
Richard L. Binder
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Dated: August 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2006, a copy of the foregoing Opposition of Emhart Industries, Inc. to Objections to Report and Recommendation of the Magistrate Judge Concerning Admissibility of Settlement Agreement between Black & Decker, Inc. and Liberty Mutual was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com