UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**OPPOSITION OF EMHART INDUSTRIES, INC. TO OBJECTION TO REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE CONCERNING RECOVERY OF CERTAIN DEFENSE COSTS**

Plaintiff ("Emhart") opposes the following objection to the Report and Recommendation of the Magistrate Judge regarding the recovery of certain PRP costs (Docket Index ("D.I.") 330, entered August 2, 2006):

1. Defendant Century Indemnity Company's Objections to the Magistrate Judge's Report and Recommendation on Whether Century's Alleged Duty to Defend Extends to Emhart's Costs Incurred Pursuing Claims Against Other Potentially Responsible Parties (D.I. 346, filed August 9, 2006).

In support of this opposition, Emhart relies upon the following:

1. Memorandum in Support of Opposition of Emhart Industries, Inc. to Objection to Report and Recommendation of the Magistrate Judge Concerning Recovery of Certain Defense Costs, filed herewith, and

2. Motion for Summary Judgment of Emhart Industries, Inc. Concerning Recovery of Certain Costs and supporting memorandum (D.I. 317), previously filed and incorporated herein.

For the reasons stated, the Report and Recommendation should be adopted in its entirety and the objection of Century denied.

Respectfully submitted,

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Jack R. Pirozzolo
Richard L. Binder
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Dated: August 16, 2006

Counsel for Plaintiff, Emhart Industries, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2006, a copy of the foregoing Opposition of Emhart Industries, Inc. to Objection to Report and Recommendation of the Magistrate Judge Concerning Recovery of Certain Defense Costs was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com