UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

HOME INSURANCE COMPANY,
INSURANCE COMPANY OF NORTH AMERICA,
LIBERTY MUTUAL INSURANCE COMPANY,
NORTH RIVER INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE COMPANY
and UNITED STATES FIRE INSURANCE COMPANY,

Defendants.

Civil Action No. 02-053 S

**OBJECTION OF EMHART INDUSTRIES, INC. TO**
**ONEBEACON AMERICA INSURANCE COMPANY'S MOTION**
**(REFORMATION) FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, Emhart Industries, Inc. ("Emhart"), opposes the motion for partial summary judgment filed by OneBeacon America Insurance Company ("OneBeacon") for reformation of its policy. The OneBeacon motion should be denied for the following reasons.

1. OneBeacon makes the same argument now as it made two and a half years ago to Magistrate Judge Lovegreen and this Court. Both Magistrate Judge Lovegreen and this Court rejected that argument, and OneBeacon presents no compelling reason why the Court's earlier rulings should be revisited.

2. Under Rhode Island law, a mistake must be mutual to warrant reformation and must be proven by clear and convincing evidence. OneBeacon lacks evidence sufficient to meet its high burden of proof on this issue and has not shown that it has any admissible evidence whatsoever to support an essential element of such a claim, mistake by Crown Metro.

In support of its objection, Emhart relies on its Memorandum of Law and its Statement of Disputed Facts, both filed herewith and incorporated herein

Respectfully submitted,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Jack R. Pirozzolo
Richard L. Binder
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Dated: August 16, 2006

Counsel for Plaintiff, Emhart Industries, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2006, a copy of the foregoing Objection Of Emhart Industries, Inc. To OneBeacon America Insurance Company's Motion (Reformation) For Partial Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com