UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**NOTICE OF MANUAL FILING**

Please take notice that Emhart Industries, Inc. has manually filed the Appendix of Exhibits to the Objections of Emhart Industries, Inc. to Defendant The North River Insurance Company's Renewed Motion for Summary Judgment on the "Pollution Exclusion."

This document has not been filed electronically because:

- The electronic file size of the document exceeds 2.5mb.

The document has been manually served on all parties.

Respectfully submitted,

Gerald Petros/MKE

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Counsel for Plaintiff
Emhart Industries, Inc.

Jack R. Pirozzolo
Richard L. Binder
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Dated: August 18, 2006

**Certificate of Service**

I hereby certify that on August 18, 2006, a copy of foregoing Notice of Manual Filing was filed manually and served by mail.

| | |
|---|---|
| Richard L. Binder<br>Wilcox, Pirozzolo & McCarthy<br>50 Federal Street<br>Boston, MA 02110 | Stephen F. Brock<br>Siegal & Napierkowski<br>220 Lake Drive East, Suite 304<br>Cherry Hill, NJ 08002 |
| Craig R. Brown<br>Luce, Forward, Hamilton & Scripps LLP<br>153 East 53rd Street<br>26th Floor<br>New York, NY 10022 | John F. Glowacki, Jr.<br>Siegal & Napierkowski<br>220 Lake Drive East, Suite 304<br>Cherry Hill, NJ 08002 |
| Kimball Ann Lane<br>Duane Morris LLP<br>380 Lexington Avenue<br>New York, NY 10168-0002 | Scott E. Levens<br>Siegal Napierkowski & Park<br>533 Fellowship Road<br>Suite 120<br>Mt. Laurel, NJ 08054 |
| Michael T. Farley<br>Michael J. Marcello<br>Mark T. Nugent<br>Morrison, Mahoney & Miller<br>121 South Main Street<br>Suite 600<br>Providence, RI 02903-7141 | Lawrence A. Nathanson<br>Siegal Napierkowski & Park<br>533 Fellowship Road<br>Suite 120<br>Mt. Laurel, NJ 08054 |
| James J. Nicklaus<br>Wilcox, Pirozzolo & McCarthy<br>50 Federal Street<br>Boston, MA 02110 | Jack R. Pirozzolo<br>Wilcox, Pirozzolo & McCarthy<br>50 Federal Street<br>Boston, MA 02110 |
| Martin F. Siegal<br>Siegal Napierkowski & Park<br>533 Fellowship Road<br>Suite 120<br>Mt. Laurel, NJ 08054 | Ian Wallach<br>Luce, Forward, Hamilton & Scripps LLP<br>153 East 53rd Street<br>26th Floor<br>New York, NY 10022 |
| James T. Murphy, Esq.<br>Kelly N. Michels, Esq.<br>Hanson Curran LLP<br>146 Westminster Street<br>Providence, RI 02903 | Kevin J. O'Connor, Esq.<br>Hermes, Netburn, O'Connor & Spearing, P.C.<br>265 Franklin Street, 7th Floor<br>Boston, MA 02110 |
| John T. Harding, Esq.<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210 | |

Kandy M. Marchand

#743020