UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br>NO. CA 02-053S<br><br>DEFENDANT CENTURY INDEMNITY COMPANY'S OBJECTION TO THE MOTION OF EMHART INDUSTRIES, INC. FOR RECONSIDERATION REGARDING THE COURT'S RULING ON THE DUTY TO DEFEND UNDER CENTURY POLICY GAL 36597 |

Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), by its attorneys, objects to the Motion of Emhart Industries, Inc. for Reconsideration Regarding the Court's Ruling on the Duty to Defend Under Century Policy GAL 36597 for the reasons set forth in the accompanying Memorandum of Law in Support of Defendant Century Indemnity Company's Objection to the Motion of Emhart Industries, Inc. for Reconsideration Regarding the Court's Ruling on the Duty to Defend Under Century Policy GAL 36597.

Dated: August 21, 2006

McKENNA & McCORMICK

By: /s/ James T. McCormick

James T. McCormick (#2614)
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970

- and -

Lawrence A. Nathanson
Scott E. Levens
SIEGAL, NAPIERKOWSKI & PARK
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054
(856) 380-8910

Attorneys for Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2006, a copy of the foregoing Century Indemnity Company's Objection to the Motion of Emhart Industries, Inc. for Reconsideration Regarding the Court's Ruling on the Duty to Defend Under Century Policy GAL 36597 was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ James T. McCormick

James T. McCormick (#2614)
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970