UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, ET AL.<br><br>Defendants. | C.A. No. 02-53S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 2, 2006 (Document No. 329), in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion for Summary Judgment Concerning Admissibility of Settlement Agreement (Document No. 321) and Defendants, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, North River Insurance Company and OneBeacon America Insurance Company's Motion Requesting Permission to Use Settlement Agreement at Trial (Document No.

307) are DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 8/23/06