UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, ET AL.<br><br>Defendants. | C.A. No. 02-53S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 2, 2006 (Document No. 330), in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion for Summary Judgment Concerning Recovery of Certain Costs (Document No. 317) is GRANTED and Defendant, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America's Motion for Partial Summary Judgment

(Document No. 310) is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 8/23/06