**DOCUMENT REMOVED**

**SHOULD NOT HAVE BEEN ELECTRONICALLY FILED**