UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**ENTRY OF APPEARANCE**

I, Alexandra K. Callam, hereby enter my appearance on behalf of the Plaintiff, Emhart Industries, Inc.

Respectfully submitted,

Jack R. Pirozzolo
Richard L. Binder
Wilcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

/s/Alexandra K. Callam
Gerald J. Petros (#2931)
Mitchell R. Edwards (#6942)
Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com
medwards@haslaw.com
acallam@haslaw.com

Dated: August 30, 2006

Counsel for Plaintiff
Emhart Industries, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2006, a copy of foregoing Entry of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/Alexandra K. Callam
Gerald J. Petros (#2931)
Mitchell R. Edwards (#6942)
Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (FAX)
gpetros@haslaw.com
medwards@haslaw.com
acallam@haslaw.com

745887v1 (55451-115705)