UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY<br><br>Defendants. | ) | C.A. No. 02-53S |

**ORDER**

Before the Court is a Motion of Emhart Industries, Inc. ("Emhart") for Reconsideration Regarding the Court's Ruling on the Duty to Defend under Century Indemnity Company ("Century") Policy GAL 36597. (Dkt. 350.) On August 4, 2006, the Court, referencing the reasons stated in the previous day's bench ruling, entered an Order, inter alia, denying Emhart's Motion for Summary Judgment concerning the Duty to Defend under said policy. (Dkt. 333.) For the reasons stated in the Court's bench ruling on August 3, 2006, Emhart's Motion for Reconsideration is DENIED. The Court notes,

however, that this issue may be reexamined if the facts developed at trial support a renewed motion for summary judgment.

BY ORDER:

ENTER:

William E. Smith
United States District Judge
Date: 8/29/06