UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC., Plaintiff, v. HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY, Defendants. | CIVIL ACTION NO. CA 02-053S |

**MEMORANDUM OF LAW IN SUPPORT OF ONEBEACON AMERICA INSURANCE COMPANY'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON ITS MOTION (TRIGGER) FOR PARTIAL SUMMARY JUDGMENT**

OneBeacon, as successor-in-interest to Employers Surplus Lines Insurance Company ("ESLIC"),[1] incorporates by reference OneBeacon America Insurance Company's Motion (Trigger) for Partial Summary Judgment, filed on August 9, 2006, in support of its objections to the Magistrate Judge's Report and Recommendation on OneBeacon's Motion for Summary Judgment concerning trigger of coverage (Document No. 337).

1 OneBeacon and ESLIC are hereinafter collectively referred to as OneBeacon.

WHEREFORE, OneBeacon respectfully requests that the Court sustain its objections to the Report and Recommendation, and then grant OneBeacon's Motion for Summary Judgment concerning trigger of coverage.

**ONEBEACON AMERICA INSURANCE COMPANY**

By its Attorneys,

/s/ Kevin J. O'Connor

James T. Murphy #1698
Kelly N. Michels #6478
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154

Kevin J. O'Connor
Peter C. Netburn
Michael S. Batson
Hermes, Netburn, O'Connor,
& Spearing, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110
(617) 728-0050
(617) 728-0052

September 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 1, 2006.

/s/ Kevin J. O'Connor

Kevin J. O'Connor

G:\DOCS\MSB\Clients\OneBeacon\Emhart - 15035\Pleadings\obj - trigger - memo.doc