UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br>NO. CA 02-053S |

**ONEBEACON AMERICA INSURANCE COMPANY'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON ITS MOTIONS (REFORMATION AND POLLUTION EXCLUSION) FOR PARTIAL SUMMARY JUDGMENT**

OneBeacon, as successor-in-interest to Employers Surplus Lines Insurance Company ("ESLIC"),[1] pursuant to Fed. R. Civ. P. 72(b) and LR Cv 72, objects to the Report and Recommendation of United States Magistrate Judge Lincoln D. Almond, dated August 22, 2006, recommending that OneBeacon's Motions for Summary Judgment concerning Reformation (Document No. 343) and the Pollution Exclusion (Document No. 339) be denied for the following reasons:

1. The Report and Recommendation incorrectly concludes that United States Magistrate Judge Robert W. Lovegreen fully addressed reformation of undisputed clerical errors in his February 15, 2005 Report and Recommendation. (Report and Recommendation at p. 6-7).

1 OneBeacon and ESLIC are hereinafter collectively referred to as OneBeacon.

While Magistrate Judge Lovegreen did provide a summary of OneBeacon's argument, it did not provide any analysis on the reformation of undisputed clerical errors.

2. The Report and Recommendation incorrectly adopted the opinion of Magistrate Judge Lovegreen and stated that "Judge Lovegreen properly applied Rule 56 standards of review and concluded that Emhart presented sufficient evidence to show a genuine 'trialworthy issue remains' on this issue." (Report and Recommendation at p. 7). In fact, Emhart presented no evidence disputing the facts submitted by OneBeacon, meaning there is no issue to be tried.

3. Because Magistrate Judge Almond recommends denial of OneBeacon's reformation motion, the Report and Recommendation does not reach OneBeacon's argument that the pollution exclusion incorporated into OneBeacon's policy from the underlying policy bars coverage for Emhart. (Report and Recommendation at p. 7-8). OneBeacon objects to the Report and Recommendation for the same reasons as set forth above. OneBeacon's motion should be allowed because the pollution exclusion incorporated into the reformed OneBeacon policy applies to bar coverage.

WHEREFORE, OneBeacon respectfully requests that the Court sustain its objections to the Report and Recommendation, and then grant OneBeacon's Motions for Summary Judgment concerning Reformation and the Pollution Exclusion.

**ONEBEACON AMERICA INSURANCE COMPANY**

By its Attorneys,

/s/ Kevin J. O'Connor
________________________________

James T. Murphy #1698
Kelly N. Michels #6478
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154

Kevin J. O'Connor
Peter C. Netburn
Michael S. Batson
Hermes, Netburn, O'Connor,
& Spearing, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110
(617) 728-0050
(617) 728-0052

September 1, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 1, 2006.

/s/ Kevin J. O'Connor
________________________________
Kevin J. O'Connor

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br>NO. CA 02-053S |

**MEMORANDUM OF LAW IN SUPPORT OF ONEBEACON AMERICA INSURANCE COMPANY'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON ITS MOTIONS (REFORMATION AND POLLUTION EXCLUSION) FOR PARTIAL SUMMARY JUDGMENT**

OneBeacon, as successor-in-interest to Employers Surplus Lines Insurance Company ("ESLIC"),[2] incorporates by reference the Memorandum of Law in Support of OneBeacon America Insurance Company's Motion (Reformation) for Partial Summary Judgment and the Memorandum of Law in Support of OneBeacon America Insurance Company's Motion (Pollution Exclusion) for Partial Summary Judgment, which were both filed on August 9, 2006, in support of its objections to the Magistrate Judge's Report and Recommendation on OneBeacon's Motions for Summary Judgment concerning Reformation (Document No. 343) and the Pollution Exclusion (Document No. 339)

2 OneBeacon and ESLIC are hereinafter collectively referred to as OneBeacon.

WHEREFORE, OneBeacon respectfully requests that the Court sustain its objections to the Report and Recommendation, and then grant OneBeacon's Motions for Summary Judgment concerning Reformation and the Pollution Exclusion.

**ONEBEACON AMERICA INSURANCE COMPANY**

By its Attorneys,

/s/ Kevin J. O'Connor

James T. Murphy #1698
Kelly N. Michels #6478
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154

Kevin J. O'Connor
Peter C. Netburn
Michael S. Batson
Hermes, Netburn, O'Connor,
& Spearing, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110
(617) 728-0050
(617) 728-0052

September 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 1, 2006.

/s/ Kevin J. O'Connor

Kevin J. O'Connor

G:\DOCS\MSB\Clients\OneBeacon\Emhart - 15035\Pleadings\obj - reformation - memo.doc