UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**OPPOSITION OF EMHART INDUSTRIES, INC. TO OBJECTIONS OF ONEBEACON AMERICA INSURANCE COMPANY TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON ITS MOTIONS (REFORMATION AND POLLUTION EXCLUSION) FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Emhart Industries, Inc. ("Emhart") opposes OneBeacon America Insurance Company's Objections To The Magistrate Judge's Report And Recommendation On Its Motions (Reformation And Pollution Exclusion) For Partial Summary Judgment (Docket Index ("D.I.") 397). The Magistrate Judge correctly recommended that the OneBeacon motions for summary judgment regarding reformation of the OneBeacon policy and the pollution exclusion purportedly contained in the OneBeacon policy as a result of the reformation of the policy that OneBeacon seeks be denied. As the Magistrate Judge determined, OneBeacon raised no new law or facts in its motions, which were "nearly verbatim" copies of the objections to the Report and Recommendation issued by Magistrate Judge Lovegreen on February 15, 2005. See Report and Recommendation ("Report") dated August 22, 2006 (D.I. 378) at 7. On May 17, 2005, the Court adopted Magistrate Judge Lovegreen's Report and Recommendation and denied

OneBeacon's previous motion for summary judgment based on the reformation issue (D.I. 238). This Court has already determined that the evidence cited by OneBeacon is insufficient under the applicable legal principles to warrant reformation of its insurance policy. OneBeacon's present motion regarding reformation, based on the same evidence and case law, should be denied. OneBeacon's motion regarding the pollution exclusion should likewise be denied because it is dependent on the reformation of its policy. Even if the policy were reformed, it would not contain the exclusion upon which OneBeacon relies.

In support of its opposition, Emhart relies on the Memorandum of Law filed herewith, the Memorandum Of Law Of Emhart Industries, Inc. In Support Of Its Objection To OneBeacon America Insurance Company's Motion (Reformation) For Partial Summary Judgment (D.I. 360) filed on August 16, 2006 and the Memorandum Of Law Of Emhart Industries, Inc. In Support Of Its Objection To OneBeacon America Insurance Company's Motion (Pollution Exclusion) For Partial Summary Judgment (D.I. 362) filed on August 16, 2006, all incorporated herein.

Respectfully submitted,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Counsel for Plaintiff, Emhart Industries, Inc.

Jack R. Pirozzolo
Richard L. Binder
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Dated: September 5, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2006, a copy of the foregoing Opposition Of Emhart Industries, Inc. To Objections Of OneBeacon America Insurance Company To The Magistrate Judge's Report And Recommendation On Its Motions (Reformation And Pollution Exclusion) For Partial Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

HOME INSURANCE COMPANY,
INSURANCE COMPANY OF NORTH AMERICA,
LIBERTY MUTUAL INSURANCE COMPANY,
NORTH RIVER INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE COMPANY
and UNITED STATES FIRE INSURANCE COMPANY,

Defendants.

Civil Action No. 02-053 S

**MEMORANDUM OF LAW OF EMHART INDUSTRIES, INC. IN SUPPORT OF ITS OPPOSITION TO OBJECTIONS OF ONEBEACON AMERICA INSURANCE COMPANY TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON ITS MOTIONS (REFORMATION AND POLLUTION EXCLUSION) FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Emhart Industries, Inc. ("Emhart") incorporates by reference the Memorandum Of Law Of Emhart Industries, Inc. In Support Of Its Objection To OneBeacon America Insurance Company's Motion (Reformation) For Partial Summary Judgment (D.I. 360) filed on August 16, 2006 and the Memorandum Of Law Of Emhart Industries, Inc. In Support Of Its Objection To OneBeacon America Insurance Company's Motion (Pollution Exclusion) For Partial Summary Judgment (D.I. 362) filed on August 16, 2006 in support of its opposition to the objections of OneBeacon America Insurance Company ("OneBeacon") to the Report and Recommendation of the Magistrate Judge (D.I. 378) regarding the OneBeacon motions for summary judgment regarding reformation of the OneBeacon policy and the pollution exclusion

purportedly contained in the OneBeacon policy as a result of the reformation of the policy that OneBeacon seeks.

Respectfully submitted,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Counsel for Plaintiff, Emhart Industries, Inc.

Jack R. Pirozzolo
Richard L. Binder
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Dated: September 5, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2006, a copy of the foregoing Memorandum Of Law Of Emhart Industries, Inc. In Support Of Its Opposition To Objections Of OneBeacon America Insurance Company To The Magistrate Judge's Report And Recommendation On Its Motions (Reformation And Pollution Exclusion) For Partial Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

746795v1