UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**OPPOSITION OF EMHART INDUSTRIES, INC. TO DEFENDANT THE NORTH RIVER INSURANCE COMPANY'S OBJECTIONS TO THE REPORT AND RECOMMENDATION ON ITS RENEWED MOTION FOR SUMMARY JUDGMENT ON THE "POLLUTION EXCLUSION"**

Plaintiff Emhart Industries, Inc. ("Emhart") opposes Defendant The North River Insurance Company's Objections To The Report And Recommendation On Its Renewed Motion For Summary Judgment On The "Pollution Exclusion" (Docket Index ("D.I.") 400). The Magistrate Judge correctly recommended that the North River motion be denied because this issue "has already been fully briefed, argued and decided in Emhart's favor." See Report and Recommendation ("Report") dated August 22, 2006 (D.I. 380) at 7. As the Magistrate Judge noted, Magistrate Judge Lovegreen and this Court determined that disputed issues of fact exist which preclude summary judgment (Report at 8). The additional evidence upon which North River relies in its "renewed" motion – the additional testimony of Dr. Hass – is insufficient to warrant revisiting the issue (Report at 8-9). The North River motion should be denied.

In support of its opposition, Emhart relies on the Memorandum of Law filed herewith and the Memorandum Of Law Of Emhart Industries, Inc. In Support Of Its Objection To Defendant The North River Insurance Company's Renewed Motion For Summary Judgment On The "Pollution Exclusion" (D.I. 368) filed on August 18, 2006, both incorporated herein.

Respectfully submitted,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Counsel for Plaintiff, Emhart Industries, Inc.

Jack R. Pirozzolo
Richard L. Binder
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Dated: September 5, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2006, a copy of the foregoing Opposition Of Emhart Industries, Inc. To Defendant The North River Insurance Company's Objections To The Report And Recommendation On Its Renewed Motion For Summary Judgment On The "Pollution Exclusion" was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**MEMORANDUM OF LAW OF EMHART INDUSTRIES, INC. IN SUPPORT OF ITS OPPOSITION TO DEFENDANT THE NORTH RIVER INSURANCE COMPANY'S OBJECTIONS TO THE REPORT AND RECOMMENDATION ON ITS RENEWED MOTION FOR SUMMARY JUDGMENT ON THE "POLLUTION EXCLUSION"**

Plaintiff Emhart Industries, Inc. ("Emhart") incorporates by reference the Memorandum Of Law Of Emhart Industries, Inc. In Support Of Its Objection To Defendant The North River Insurance Company's Renewed Motion For Summary Judgment On The "Pollution Exclusion" (D.I. 368) filed on August 18, 2006 in support of its opposition to the objections of The North River Insurance Company ("North River") to the Report and Recommendation of the Magistrate Judge (D.I. 380) regarding the North River renewed motion for summary judgment regarding the pollution exclusion.

Respectfully submitted,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Jack R. Pirozzolo
Richard L. Binder
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Dated: September 5, 2006

Counsel for Plaintiff, Emhart Industries, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, a copy of the foregoing Memorandum Of Law Of Emhart Industries, Inc. In Support Of Its Opposition To Defendant The North River Insurance Company's Objections To The Report And Recommendation On Its Renewed Motion For Summary Judgment On The "Pollution Exclusion" was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

746794v1