UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**OPPOSITION OF EMHART INDUSTRIES, INC. TO OBJECTIONS OF ONEBEACON AMERICA INSURANCE COMPANY AND CENTURY INDEMNITY COMPANY TO REPORT AND RECOMMENDATION ON TRIGGER OF COVERAGE**

Plaintiff Emhart Industries, Inc. ("Emhart") opposes OneBeacon America Insurance Company's Objections To The Magistrate Judge's Report And Recommendation On Its Motion (Trigger) For Partial Summary Judgment (Docket Index ("D.I.") 395) and Defendant Century Indemnity Company's Objections To The Magistrate Judge's Report And Recommendation On Trigger Of Coverage Under Century's 1969 Primary Policy (D.I. 398). The Magistrate Judge correctly recommended that the OneBeacon and Century motions regarding trigger be denied because there are material issues of disputed fact precluding summary judgment. See Report and Recommendation ("Report") dated August 22, 2006 (D.I. 382) at 8-9. As the Magistrate Judge noted, OneBeacon objected to the Report and Recommendation concerning the parties' summary judgment motions filed in 2004 based on the trigger issue, and the Court overruled that objection and denied OneBeacon's motion for summary judgment (Report at 8-9). The Court likewise

found disputed issues of fact regarding the trigger issue which precluded summary judgment on the duty to defend under a Century policy (id. at 7-8). Material issues of fact remain as to whether the contamination at the Site was "discoverable." The OneBeacon and Century motions should be denied.

In support of its opposition, Emhart relies on the Memorandum of Law filed herewith and the Memorandum Of Law Of Emhart Industries, Inc. In Support Of Its Objections To Defendants' Motions For Summary Judgment Based On Trigger Of Coverage (D.I. 365) filed on August 16, 2006, both incorporated herein.

Respectfully submitted,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Counsel for Plaintiff, Emhart Industries, Inc.

Jack R. Pirozzolo
Richard L. Binder
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Dated: September 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, a copy of the foregoing Opposition Of Emhart Industries, Inc. To Objections Of OneBeacon America Insurance Company And Century Indemnity Company To Report And Recommendation On Trigger Of Coverage was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**MEMORANDUM OF LAW OF EMHART INDUSTRIES, INC. IN SUPPORT OF ITS OPPOSITION TO OBJECTIONS OF ONEBEACON AMERICA INSURANCE COMPANY AND CENTURY INDEMNITY COMPANY TO REPORT AND RECOMMENDATION ON TRIGGER OF COVERAGE**

Plaintiff Emhart Industries, Inc. ("Emhart") incorporates by reference the Memorandum Of Law Of Emhart Industries, Inc. In Support Of Its Objections To Defendants' Motions For Summary Judgment Based On Trigger Of Coverage (D.I. 365) filed on August 16, 2006 in support of its opposition to the objections of OneBeacon America Insurance Company ("OneBeacon") and Century Indemnity Company ("Century") to the Report and Recommendation of the Magistrate Judge (D.I. 382) regarding the OneBeacon and Century motions for summary judgment regarding trigger.

Respectfully submitted,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Jack R. Pirozzolo
Richard L. Binder
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Dated: September 5, 2006

Counsel for Plaintiff, Emhart Industries, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2006, a copy of the foregoing Memorandum Of Law Of Emhart Industries, Inc. In Support Of Its Opposition To Objections Of OneBeacon America Insurance Company And Century Indemnity Company To Report And Recommendation On Trigger Of Coverage was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

746699v1