UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

HOME INSURANCE COMPANY,
INSURANCE COMPANY OF NORTH AMERICA,
LIBERTY MUTUAL INSURANCE COMPANY,
NORTH RIVER INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE COMPANY
and UNITED STATES FIRE INSURANCE COMPANY,

Defendants.

Civil Action No. 02-053 S

**OPPOSITION OF EMHART INDUSTRIES, INC. TO DEFENDANT THE NORTH RIVER INSURANCE COMPANY'S MOTION *IN LIMINE* TO PRECLUDE REFERENCES TO DUTY TO INDEMNIFY**

Plaintiff Emhart Industries, Inc. ("Emhart") opposes Defendant The North River Insurance Company's Motion *In Limine* To Preclude References To Duty To Indemnify (Docket Index ("D.I.") 393) for the reasons stated in the memorandum in support of its opposition, filed herewith.

Respectfully submitted,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Jack R. Pirozzolo
Richard L. Binder
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Counsel for Plaintiff, Emhart Industries, Inc.

Dated: September 5, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2006, a copy of the foregoing Opposition Of Emhart Industries, Inc. To Defendant The North River Insurance Company's Motion *In Limine* To Preclude References To Duty to Indemnify was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**MEMORANDUM OF EMHART INDUSTRIES, INC. IN OPPOSITION TO DEFENDANT THE NORTH RIVER INSURANCE COMPANY'S MOTION *IN LIMINE* TO PRECLUDE REFERENCES TO DUTY TO INDEMNIFY**

Plaintiff Emhart Industries, Inc. ("Emhart") opposes Defendant The North River Insurance Company's Motion *In Limine* To Preclude References To Duty To Indemnify (Docket Index ("D.I.") 393). While the title of the motion refers to references to a "duty to indemnify", North River seeks to preclude references to a "claimed present obligation of North River to indemnify Emhart". Emhart seeks a declaration that North River will have an obligation to indemnify Emhart once the attachment point of its policy has been reached. The attachment point has not yet been reached. Accordingly, while Emhart does not a claim that North River has a present obligation to indemnify Emhart, Emhart should not be precluded from referring to its claim that North Rive will have a future duty to indemnify once the attachment point of the North River policy is met. The prelcusion that North River seeks is overly broad. The motion should be denied.

Respectfully submitted,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Counsel for Plaintiff, Emhart Industries, Inc.

Jack R. Pirozzolo
Richard L. Binder
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Dated: September 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, a copy of the foregoing Memorandum Of Emhart Industries, Inc. To Defendant The North River Insurance Company's Motion *In Limine* To Preclude References To Duty to Indemnify was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

747043v1