UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**OPPOSITION OF EMHART INDUSTRIES, INC. TO DEFENDANT THE NORTH RIVER INSURANCE COMPANY'S MOTION *IN LIMINE* TO PRECLUDE REFERENCES TO "CLAIM HANDLING"**

Plaintiff Emhart Industries, Inc. ("Emhart") opposes Defendant The North River Insurance Company's Motion *In Limine* To Preclude References To "Claim Handling" (Docket Index ("D.I.") 392) for the reasons stated in its memorandum of law, filed herewith and incorpoated herein.

Respectfully submitted,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Counsel for Plaintiff, Emhart Industries, Inc.

Jack R. Pirozzolo
Richard L. Binder
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Dated: September 5, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2006, a copy of the foregoing Response Of Emhart Industries, Inc. To Defendant The North River Insurance Company's Motion *In Limine* To Preclude References To "Claim Handling" was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**MEMORANDUM IN OF EMHART INDUSTRIES, INC. IN OPPOSITION TO DEFENDANT THE NORTH RIVER INSURANCE COMPANY'S MOTION *IN LIMINE* TO PRECLUDE REFERENCES TO "CLAIM HANDLING"**

Plaintiff Emhart Industries, Inc. ("Emhart") opposes Defendant The North River Insurance Company's Motion *In Limine* To Preclude References To "Claim Handling" (Docket Index ("D.I.") 392). Emhart has no current plans to offer any evidence of "improper 'claim handling'" by North River or to suggest that North River handled Emhart's claim in bad faith. If developments at trial warrant, e.g., in response to evidence or argument by North River regarding notice or other issues regarding North River's response to the submission of the claim under the North River policy, Emhart may wish to offer evidence regarding the manner in which North River handled the claim, and Emhart should be free to do so. Emhart agrees that if it plans to offer such evidence, it will give advance notice to North River and the Court before doing so.

Respectfully submitted,

/s/ Gerald J. Petros

Jack R. Pirozzolo
Richard L. Binder
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Dated: September 5, 2006

Counsel for Plaintiff, Emhart Industries, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2006, a copy of the foregoing Memorandum Of Emhart Industries, Inc. In Response To Defendant The North River Insurance Company's Motion *In Limine* To Preclude References To "Claim Handling" was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

747065v1