UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**NOTICE OF MANUAL FILING**

Please take notice that Emhart Industries, Inc. has manually filed the Appendix of Exhibits to the Memorandum in support of Plaintiff's Motion *In Limine* to Exclude Certain Statements Contained in the Interim Final Remedial Investigation Report.

This document has not been filed electronically because:

- The electronic file size of the document exceeds 2.5mb.

The document has been manually served on all parties.

Respectfully submitted,

_/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

Counsel for Plaintiff
Emhart Industries, Inc.

Jack R. Pirozzolo
Richard L. Binder
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-7146

Dated: September7, 2006

**Certificate of Service**

I hereby certify that on September 7, 2006, a copy of foregoing Notice of Manual Filing was filed electronically and served by mail.

Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

Michael T. Farley, Esq.
Michael J. Marcello, Esq.
Mark T. Nugent, Esq.
Morrison, Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

Martin F. Siegal, Esq.
Scott E. Levens, Esq.
Lawrence A. Nathanson, Esq.
Siegal Napierkowski & Park
533 Fellowship Road
Suite 120
Mt. Laurel, NJ 08054

John T. Harding, Esq.
Michael F. Aylward, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Kimball Ann Lane, Esq.
Duane Morris LLP
380 Lexington Avenue
New York, NY 10168-0002

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Kevin J. O'Connor, Esq.
Peter C. Netburn, Esq.
Michael S. Batson, Esq.
Hermes, Netburn, O'Connor & Spearing, PC
265 Franklin Street, 7th Floor
Boston, MA 02110

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

_/s/ Gerald J. Petros_
Gerald J. Petros

747372v1