UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br>NO. CA 02-053S |

**ONEBEACON AMERICA INSURANCE COMPANY'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON ITS MOTIONS (REFORMATION AND POLLUTION EXCLUSION) FOR PARTIAL SUMMARY JUDGMENT**

OneBeacon, as successor-in-interest to Employers Surplus Lines Insurance Company ("ESLIC"),[1] pursuant to Fed. R. Civ. P. 72(b) and LR Cv 72, objects to the Report and Recommendation of United States Magistrate Judge Lincoln D. Almond, dated August 22, 2006, recommending that OneBeacon's Motions for Summary Judgment concerning Reformation (Document No. 343) and the Pollution Exclusion (Document No. 339) be denied for the following reasons:

1. The Report and Recommendation incorrectly concludes that United States Magistrate Judge Robert W. Lovegreen fully addressed reformation of undisputed clerical errors in his February 15, 2005 Report and Recommendation. (Report and Recommendation at p. 6-7).

---

1 OneBeacon and ESLIC are hereinafter collectively referred to as OneBeacon.

WHEREFORE, OneBeacon respectfully requests that the Court sustain its objections to the Report and Recommendation, and then grant OneBeacon's Motions for Summary Judgment concerning Reformation and the Pollution Exclusion.

ONEBEACON AMERICA INSURANCE COMPANY

By its Attorneys,

/s/ Kevin J. O'Connor

James T. Murphy #1698
Kelly N. Michels #6478
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154

Kevin J. O'Connor
Peter C. Netburn
Michael S. Batson
Hermes, Netburn, O'Connor,
& Spearing, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110
(617) 728-0050
(617) 728-0052

September 1, 2006

Denied
[illegible]
USDJ
9/6/06

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 1, 2006.

/s/ Kevin J. O'Connor

Kevin J. O'Connor