UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.

Plaintiff,

v. C.A. No. 02-53S

HOME INSURANCE COMPANY, ET AL.

Defendants.

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 22, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America's Motion for Partial Summary Judgment (Document No. 348) is DENIED and OneBeacon America Insurance Company's Motion for Partial Summary Judgment (Document No. 337)

is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 9/8/06