UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC. )
)
Plaintiff, )
)
v. ) C.A. No. 02-53S
)
HOME INSURANCE COMPANY, ET AL. )
)
Defendants. )

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 22, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant, OneBeacon America Insurance Company's Motions for Partial Summary Judgment (Document Nos. 339 and 343) are DENIED.

By Order,

/s/ *signature*
Deputy Clerk

ENTER:

/s/ *signature*
William E. Smith
United States District Judge

Date: 9/8/06