UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Local Rule Gen 206(e), James J. Nicklaus of the law firm of Willcox, Pirozzolo & McCarthy, Professional Corporation, hereby withdraws his appearance on behalf of plaintiff, Emhart Industries, Inc. ("Emhart"), in the above-referenced matter. Mr. Nicklaus previously entered his appearance *pro hac vice*. Emhart continues to be represented in this matter by Jack R. Pirozzolo and Richard L. Binder of the law firm of Foley Hoag LLP (formerly of the law firm of Willcox, Pirozzolo & McCarthy, Professional Corporation) and by Gerald J. Petros, Mitchell R. Edwards and Alexandra K. Callam of the law firm of Hinckley, Allen & Snyder LLP. These counsel are familiar with the facts of the case and are fully prepared to address any pending matters, including trial, without delaying the case.

Respectfully submitted,

/s/ James J. Nicklaus
James J. Nicklaus
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470
(617) 423-1572
jnicklaus@wpmlaw.com

Dated: September 8, 2006

Counsel for Plaintiff, Emhart Industries, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2006, a copy of the foregoing Notice of Withdrawal of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James J. Nicklaus
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470
(617) 423-1572
jnicklaus@wpmlaw.com

747641v1