UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| EMHART INDUSTRIES, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOME INSURANCE COMPANY, ) <br> ET AL. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 02-53S |

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 22, 2006 (Document No. 377), in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant, North River's Motion for Summary Judgment on the "Allocation" Issue (Document No. 334) is DENIED.

By Order,

/s/ signature
Deputy Clerk

ENTER:

/s/ William E. Smith
_____
William E. Smith
United States District Judge

Date: