UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, ET AL.<br><br>Defendants. | C.A. No. 02-53S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 22, 2006 (Document No. 377), in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant, North River's Motion for Summary Judgment on the "Allocation" Issue (Document No. 334) is DENIED.

By Order,

Deputy Clerk

ENTER:

/s/ William E. Smith

William E. Smith
United States District Judge

Date: