UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 02-53S |
| | ) | |
| HOME INSURANCE COMPANY, | ) | |
| ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 22, 2006 (Document No. 380), in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant, North River's Renewed Motion for Summary Judgment on the "Pollution Exclusion" (Document No. 352) is DENIED.

By Order,

_____
Deputy Clerk

ENTER:

/s/ William E. Smith
_____
William E. Smith
United States District Judge

Date: