UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.

Plaintiff,

v.

HOME INSURANCE COMPANY, ET AL.

Defendants.

C.A. No. 02-53S

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 22, 2006 (Document No. 380), in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant, North River's Renewed Motion for Summary Judgment on the "Pollution Exclusion" (Document No. 352) is DENIED.

By Order,

Deputy Clerk

ENTER:

/s/ William E. Smith

William E. Smith
United States District Judge

Date: