UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC., Plaintiff, | ) | |
| v. | ) | Civil Action No. 02-053 S |
| HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY, Defendants. | ) | |

**NOTICE OF MANUAL FILING**

Please take notice that Emhart Industries, Inc. has manually filed the Appendix of Exhibits to the Opposition of Emhart Industries, Inc. to Defendant The North River Insurance Company's Motion *in Limine* to Preclude Emhart from Introducing Newspaper Articles into Evidence.

This document has not been filed electronically because:

- The electronic file size of the document exceeds 2.5mb.

The document has been manually served on all parties.

Respectfully submitted,

/s/Alexandra K. Callam

Alexandra K. Callam (5358)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
acallam.haslaw.com

Counsel for Plaintiff
Emhart Industries, Inc.

Jack R. Pirozzolo
Richard L. Binder
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Dated: September 15, 2006

## Certificate of Service

I hereby certify that on September 15, 2006, a copy of foregoing Notice of Manual Filing was filed manually and served by mail.

Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

Michael T. Farley, Esq.
Michael J. Marcello, Esq.
Mark T. Nugent, Esq.
Morrison, Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

Martin F. Siegal, Esq.
Scott E. Levens, Esq.
Lawrence A. Nathanson, Esq.
Siegal Napierkowski & Park
533 Fellowship Road
Suite 120
Mt. Laurel, NJ 08054

John T. Harding, Esq.
Michael F. Aylward, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Kimball Ann Lane, Esq.
Duane Morris LLP
380 Lexington Avenue
New York, NY 10168-0002

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Kevin J. O'Connor, Esq.
Peter C. Netburn, Esq.
Michael S. Batson, Esq.
Hermes, Netburn, O'Connor & Spearing, PC
265 Franklin Street, 7th Floor
Boston, MA 02110

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

/s/Alexandra K. Callam___________

Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (FAX)
acallam@haslaw.com