UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br>No. 02-053-S |

PLAINTIFF'S SUBMITTAL OF NEWSPAPER ARTICLES

Emhart is submitting herewith copies of newspaper articles that have been redacted pursuant to the Court's Orders regarding the admissibility of certain trial exhibits. The redacted articles are submitted herewith. They correspond to the exhibits as originally offered, except that extraneous material, such as certifications from libraries, are not included and the best available copy of each article is attached. For convenience, each of the attached exhibits bears the number of the original trial exhibit, followed by a suffix. The attached exhibits are 100A, 101A, 115A, 117A, 119A, 120A, 123A, 124A and 194C.

**A. The Newspaper Articles Are Ancient Documents and Admissible Pursuant to Fed. R. Evid. 803(16).**

All of these articles are admissible as "ancient documents" pursuant to Fed. R. Evid. 803(16). They are all more than twenty years old and Emhart has authenticated all of the

## CONCLUSION

For the foregoing reasons, the Court should admit each of the attached newspaper articles in its redacted form.

Respectfully submitted,

Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
acallam@haslaw.com
Counsel for Plaintiff, Emhart Industries, Inc.

Jack R. Pirozzolo
Richard L. Binder
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000
Dated: September 21, 2006





HOW TWO ALL-AMERICAN FOOTBALL STARS TACKLED THE TEXTILE CHEMICAL INDUSTRY— RUNNING UP AN $8,000 INVESTMENT INTO A $6,000,000 ANNUAL BUSINESS:

# This is Metro-Atlantic

BENEFICENT fate, hard human labor and determination, and scientific imagination and daring — these are the basic ingredients with which an original investment of less than $8,000 hardly more than a decade and a half ago has been built up to the approximately $6,000,000-a-year business enjoyed today by Metro-Atlantic, Inc., one of the most important producers and distributors of chemicals and dyestuffs for the textile industry.

The record, which shows a phenomenal boost of over 700 per cent in sales during just the 11 years that have elapsed since the end of World War II, is all the more striking when it is realized that the founders of the enterprise had barely seen the inside of a chemical manufacturing plant before they set up their own, practically all with their own hands, in an 8,500 square foot building at East Providence, Rhode Island, in 1940.

They are Joseph E. Buonanno, president, and Hugh J. Bonino, secretary and treasurer, later joined by Henry Papini, executive vice president, of Metro-Atlantic, Inc. The company itself now owns, operates, or holds financial interest in extensive and elaborate production plants, laboratories, sales offices and warehouses located in Centredale, Rhode Island, West Warwick, Rhode Island, Greenville, South Carolina, Fairlawn, New Jersey, New York City, Canada and Cuba.

It sells a comprehensive line of dyes and chemicals, some of them the products of its own experimentation, perfection and application, to leading textile plants throughout the world. Among these products are compositions and processes that constitute revolutionary departures and advances in the realm of modern chemistry. Metro-Atlantic's is truly an American success story, based on the old-fashioned traditions of individual initiative and indefatigable effort and thought — traditions that have become altogether uncommon in this era of big business management concentrated in the hands of impersonal boards of directors.

Not that "Joe" Buonanno, "Hug"

Original plant of Metro-Atlantic in 1940.



Metro-Atlantic, Inc., Chemical Plant, Centredale, R. I.



CONFIDENTIAL BD 00600

Plaintiff's Exhibit 100A

Bonino and Henry Papini still run the entire, constantly expanding business by themselves. Bernard Buonanno, brother of Joe and first vice president and assistant treasurer and secretary, and James C. Shore, second assistant vice president and technical director, make up the remainder of the Board of Directors, which is one of the youngest and most progressive management and executive teams in the industry at the present time.

#### Early Association Continues

Fate played a felicitous role in the first place when it brought Joe Buonanno and Hug Bonino together as team-mates on the professional Providence Steam Rollers football club. Joe had been an All-American quarterback and captain of the varsity squad at Brown University, from which he was graduated with a Bachelor of Philosophy degree in 1934. Afterwards he coached football at Massanutten Military Academy in Virginia and later at Brown, with the celebrated Tuss McLaughry and as head coach.

Hug Bonino, who also had received All American mention as a tackle at Washington and Lee University, and who was also an intercollegiate heavyweight wrestling champion, received a Bachelor of Science degree in 1936. He was employed for a brief period in the chemical laboratories of a leading chemical manufacturer before, becoming New England representative for the sale of textile chemicals to the textile industry.

Together the two Providence Steam Roller stars put up about $8,000 to set themselves up in a small East Providence building 16 years ago. Their total equipment consisted of one metal kettle and one wooden kettle which they lined with lead. Because of lack of capital, they traded two drums of pine oil in order to obtain two small copper mixers.

This was starting from scratch with a vengeance. It was also a challenge calculated to arouse the competitive spirit fostered in the two business neophytes by many a hard-fought football game. They accepted it willingly and resolutely.

Employing but one helper, Joe and Hug installed all their equipment, as it was acquired, and performed all the essential maintenance work. They had only one prospective customer definitely pledged to use their initial production if it was up to standards. The first products were a boil-off compound and a sulphonated oil for the textile finishing trade.

The two partners and their sole employe did plenty of manual work — cutting and threading pipe, stoking the boiler they had converted from a home to a pressure type, loading kettles with tallow, crushing resin with a shovel, making simple soaps and sulphonations, coopering barrels, barreling the products, loading trucks for shipment and typing out billings.

It was fundamental experience that would prove valuable in times to come. Their working hours were often from seven o'clock in the morning to two or three o'clock the next morning, sometimes seven days a week. Forenoons and nights would find them hard at labor in the plant. Afternoons they would be out soliciting orders and calling on prospects.

Despite the handicaps under which they had to operate, but attesting to their industry and resourcefulness, they achieved a remarkable sales volume of $87,000 in their very first year. From then on, the growth of Metro-Atlantic was sensational and inexorable.

With added equipment now and more help employed, Metro-Atlantic converted during World War II to the manufacture of products for the war effort, notably products for processing Army and Navy uniforms, parachute cloth, tank webbing, tenting, sand bags, camouflage cloth, etc.

#### Expansion

The old Centredale Worsted Plant, comprising 20 acres of land and more than 100,000 square feet of building floor space, was almost completely vacated in 1944. Buonanno and Bonino approached the owners with an offer to buy the property. The owners set a price, the partners suggested a lower one, the owners said no and the deal was promptly closed on the owners' terms in probably the shortest exchange of words ever to take place in such a transaction. Since then this property has become very valuable in a rapidly expanding community.

Equipment was moved to Centredale from East Providence without interrupting production. In 1945, new machinery was installed and Metro-Atlantic, which had been making only wartime products and a few products for essential civilian use, embarked on the manufacture of newer and more complex chemicals for the textile industry.

The firm was incorporated under Rhode Island law in 1946. That year Joe Buonanno's brother, Bernard, joined the organization as general plant manager. He now handles purchasing and personnel as well. The same year, Metro-Atlantic set up sales facilities in Havana, Cuba, and is today the leader



Metro Dyestuff Corp. plant, West Warwick, R. I.



Joseph E. Buonanno



Hugh J. Bonino



Henry Papini

in sales of textile auxiliaries in the Cuban market.

By this time, Metro-Atlantic salesmen were covering all parts of the United States and Metro-Atlantic products were being exported all over the world.

The Roxbury Chemical Works of Roxbury, Massachusetts, were acquired by Metro-Atlantic in 1948 and the operations absorbed by Metro-Atlantic. The same year, a sales office, warehouse and laboratory were established in Granby, Quebec, to serve the Canadian textile industry. This branch has now been incorporated under the name of Metro-Atlantic (Canada) Ltd., and serves every part of Canada. The next year, in conjunction with the Nova Chemical Company, Metro-Atlantic bought the old B. B. & R. Knight mill in the village of Coventry, town of West Warwick, Rhode Island, comprising 13 acres of land and 120,000 square feet of floor space.

There, at a cost of over one-half million dollars, the plant was modernized and new equipment installed, under the supervision of Dr. H. W. Grimmel. Dr. Grimmel, former vice president and general manager of General Aniline Works at Rensselaer, New York, is one of the outstanding dye chemists in the world, and with the cooperation of Joe Buonanno and Hug Bonino, the plant was in production in record time.

The Metro Dyestuff Corporation was formed to operate the Coventry establishment, with Dr. Grimmel as president and by 1949 it was producing some of the most intricate dyestuffs manufactured. It was one of the few plants in the United States producing Anthraquinone vat colors for textile dyeing and printing. This plant expanded rapidly in size, production and variety of dyestuffs produced and is today a million-dollar plant.

### New Faces

In the meantime, Jim Shore and Dr. Gerard Sprenger had joined Metro-Atlantic, the former as technical director and the latter as chemical director. Jim Shore previously had been connected with the U. S. Finishing Company, Milton Harris Research, Southbridge Finishing and the Glenlyon Print Works Division of Sayles Finishing. He currently heads Metro-Atlantic's applications and development activities at Centredale and supervises the New England sales operations and the company's technical advertising.

Dr. Sprenger, a graduate of the University of Berlin, was previously associated with American Cyanamid Company and General Aniline Works and is well known for some outstanding patents in the surfactant field. He is currently in charge of Metro-Atlantic's research and development program.

During the 1949-52 period, Metro-Atlantic constructed a completely fireproof building at Centredale for the manufacture of ethylene oxide condensates and installed new equipment to manufacture methyl taurine and its condensates. Large reactors were also installed for the production of urea formaldehyde resins.

A new plant was established, also at Centredale, for the reconditioning of barrels and steel drums, and the New England Container Corporation was formed as a Metro-Atlantic affiliate to operate it. Possessing the most modern reconditioning equipment in existence, New England Container not only services drums for Metro-Atlantic, but sells drums on the open market.

Up to this time Metro-Atlantic had operated as Atlantic Chemical Co., Inc., but in 1952 it changed its name to Metro-Atlantic, Inc. The same year, Henry Papini, formerly with Sun Chemical Company, and one of the foremost textile chemical salesmen in the nation, became a stockholder, officer, and board member of Metro-Atlantic. Immediately, he set up a manufacturing, warehousing and sales branch at Greenville, South Carolina, with its own laboratory and a fleet of trucks including Diesel trailers to service the South.

### Dispersion

Very shortly after, Hug Bonino transferred his base of operations to Fairlawn, New Jersey, where he also set up warehouse, office and laboratory facilities to better service the N. Y. Metropolitan area and the Middle Atlantic states. Realizing the value of each of the sales efforts, this enabled each of the three principals to foster sales in each of the three key textile centers of the country. Metro-Atlantic acquired 80 per cent control of the Metro Dyestuff Corporation in 1953, but the following year sold its controlling interest in Metro Dyestuff Corporation to the Intercontinental Corporation, an affiliate of Farbwerke-Hoechst, A.G., of Frankfurt, Germany, one of the oldest and largest chemical and dyestuff manufacturers in the world.

Retaining a minority interest in Metro Dyestuff Corporation, Metro-Atlantic functions as a sales represen-



CONFIDENTIAL BD 00602



**Centredale plant showing some of the most modern equipment in the textile chemical industry.**

tative for Metro Dyestuff Corporation and also handles a line of dyestuffs and auxiliaries imported into this country from Farbwerke-Hoechst. This combination provides Metro-Atlantic with a diversified line of dyestuffs which, in conjunction with its own line of textile chemical auxiliaries, allows it to service practically every phase of the textile printing, dyeing, and finishing industry.

It sells its own complete line of textile processing chemicals under the trademark of *ATCO* and Metro Dyestuff's under the brand name of *METRO*. The latter's products include vats, leuco vat esters, insoluble Azos, Naphthols, water phase and oil phase pigment emulsions, and a line of special colors for simultaneous embossing and printing. Farbwerke-Hoechst supplies a very complete line of colors, many of which are not manufactured in this country at all.

A sales, advertising and promotion office is maintained in New York City at 10 East 39th Street, with Stuart Sperber as director. From this office, a constant advertising and promotional program helps Metro-Atlantic in its sales efforts. Today, Metro-Atlantic has become known, and bids fair to grow rapidly more and more widely noted, as a trail blazer in the development of new processes and the production and distribution of new chemicals and dyes to help advance the textile industry. In these times, merely to keep abreast of technological and scientific progress is a *sine qua non.*

In the last few years, the most modern equipment has been installed at Metro-Atlantic. Glass and stainless steel reactors that can operate at extremely high temperatures and under vacuum or high pressures allow it to operate as one of the most diversified and efficient plants in the industry. Huge storage tanks have been installed, allowing raw materials to be purchased economically in volume. A fleet of modern Diesel trailer trucks transports the products rapidly to its branches all through the United States and Canada.

### Products

The company is outstanding in the field of water repellents and manufactures both a resin and a silicone type water repellent offered to the trade as *Ranedare*. Along with its line of non-durable repellents, these products make it a leader in this field. It also manufactures an outstanding line of urea formaldehyde resins. A series of modified urea formaldehyde resins marketed under the trade name *Emboset* supplies a type of resin for practically every resin finishing operation. The latest in this series, *Emboset Z*, is a cyclic resin that can be applied to cottons with virtually no danger of chlorine retention.

Also manufactured is a line of synthetic detergents and wetting agents which in variety and quality probably have no equal in the textile chemical manufacturing trade. Other staple items for the textile trade, such as synthetic softeners, dye mixing agents, gas inhibitors, mercerizing assistants, dullers, weighting compounds, sulphonated oils and print gums, are produced. Along with its line of dyestuffs, Metro-Atlantic can supply the textile industry with complete lines of textile dyestuffs and auxiliaries.

About six years ago, the company was the first to use radio-activity in textile applications. This was displayed at the AATCC Meeting in New Hampshire. A year or so later, it introduced water phase gold printing for textiles. About four years ago, it led the way to inlay printing colors for achieving three-dimensional fabric surface effects.

Most recently, it developed and patented what is said to be the first and, so far, the only water repellent in the world that insures fabrics for water repellency. Trade-named Ranedare, this durable water repellent was launched with a tagging, advertising and promotional campaign that has fast made it one of the products in greatest demand in its field.

Within the past few weeks, Metro-Atlantic opened a newly erected and equipped dyestuff application and service laboratory, complete with the latest in scientific and technical installations. This, in conjunction with the auxiliary application laboratory, the research laboratory and the analytical and control laboratory, embraces an entire wing of the Centredale Plant.

Obviously Metro-Atlantic sees the challenging need for yet more new textile chemicals and dyes, finishes and treatments, processes and products as intra-industry and extra-industry competition intensifies. In the imaginative and purposeful spirit of its founders, Metro-Atlantic is still advancing confidently to meet and surmount those challenges and any others that may arise as time and progress come rushing on.

*Reprinted from APPAREL MANUFACTURER, Issue of December, 1956*

The Providence Journal

Founded as a semi-weekly in 1820, as a daily in 1829

VOLUME CXXVIII. NO. 280. PROVIDENCE, RHODE ISLAND, THURSDAY, NOVEMBER 22, 1956 72 PAGES FIVE CENTS

## Greater Providence

# State Engr. Disclaims Public Health Menace

Tests by the state Division of Sanitary Engineering did not indicate that industrial wastes discharged into the mill tailrace of the Woonasquatucket River in Centredale have been injurious to the health of residents, Carleton A. Maine, senior sanitary engineer, said yesterday.

Mr. Maine also said that the Division of Sanitary Engineering "has issued no orders" to Metro-Atlantic Co., whose plant is on the tailrace, to stop dumping chemicals. He said, "We have advised Metro-Atlantic Co. to discharge wash waters into the town sewerage system."

Mr. Maine said investigation revealed a "nuisance condition" caused by "intermittent discharge of wastes by Metro-Atlantic Co." The wastes have made the canal unsightly and have caused an odor, he said.

Moreover, since the wastes are organic, they have tended to remove oxygen from the Woonasquatucket River on which fish life depends, he said.

He added, however, "I cannot say that the wastes have been injurious to residents near the river in the matter of health."

Mr. Maine said that, intermittently, workers rinse out vats at Metro-Atlantic Co. and the rinse waters are then dumped into the tailrace. But he said, "All of Metro-Atlantic's washing wastes have not been going into the river."

Generally, he said, washing wastes are collected in drums and disposed of in other areas. "Occasionally something goes wrong and the wash waters are dumped into the tailrace. The actual volume has been very small," he said.

Mr. Maine said Metro-Atlantic Co. has indicated willingness to put washing waters into the sewerage system. He said, "This is the positive way of getting rid of these wastes." He said he hopes further action by the Division of Sanitary Engineering will not be necessary.

In a report to the North Providence Town Council on Monday, Michael A. Abatuno, town solicitor, said the Division of Sanitary Engineering had ordered Metro-Atlantic Co. to "cease and desist" from dumping chemicals.

Mr. Abatuno said he was repeating a verbal report made to him by Walter J. Shea, chief of the Division of Sanitary Engineering.

Plaintiff's Exhibit 101A

**The Providence Journal**

CITY EDITION

● Becoming Partly Sunny and Cold Today....... Page 38

● R.I. Reds Win on Road Again................ Page 14

Published Daily Since 1829 in Providence, R.I. | Wednesday, January 10, 1968 | 40 PAGES | TEN CENTS

# Tank Explosion Hurls Chemical

An explosion of a tank containing liquid formaldehyde blew out several windows and a penthouse wall at Metro-Atlantic Inc., a North Providence chemical firm, yesterday, spreading the chemical over a large area.

Police and state health officials warned that the chemical is dangerous if taken internally. Three ounces of the pure chemical is fatal, officials said.

Two persons, one about a quarter-mile away when the blast occurred at 3:05 p.m., were treated at Roger Williams General Hospital after what was described as a "giant mushroom" of formaldehyde and rust particles settled to the ground.

Steven Iozzi, 14, of 8 Justice St., North Providence, who was playing in the St. Lawrence School yard, and Richard L. Klein, 43, of 5 Falmouth Road, Cranston, who was in a Centredale parking lot, were treated at the hospital for contact with the chemical.

Traces of the yellow dust traveled in a southeasterly direction from the plant at 2072 Smith St. in the Centredale section. Some particles were found as far as the Allendale Baptist Church, about a half-mile away.

The explosion was reported to have shaken buildings in the immediate area and could be heard a half-mile away.

A company spokesman said the explosion occurred when a deliveryman mistook a full tank of formaldehyde for an empty one. The continued pressure of the pumping caused the top of the tank to blow off. The tank was not shattered and the deliveryman was not hurt, the spokesman said.

A number of persons reportedly called police shortly after the blast, complaining that they had come in contact with the chemical dust. They were told the chemical would cause minor skin irritation if not washed off immediately, police said.

Chief John P. Murphy of Centredale Fire Company said the blast blew out several third-floor windows on the east side of the chemical plant, where the

Continued on Page 12, Col. 7

Plaintiff's Exhibit 115A

# Tank Explosion Hurls Chemical

Continued From Page One

tank was located, and the east wall of a small penthouse on the roof of the three-story building.

Joseph Buonanno Jr., assistant company manager, said the blast caused no injuries and aside from the tank, did not damage equipment. An estimate of the building damage had not been made last night.

Chief Murphy, who toured the area after the explosion with state and food and drug specialists, and Sgt. Joseph Godin assistant state fire marshal, said the exact cause of the explosion has not been officially determined.

One resident, Edward Ricci of 427 George Waterman Rd., Johnston, said he was home when the blast occurred. He said he "thought it was a jet overhead" and that it "shook my whole house."

Chief Murphy said the fire company had just finished at a house fire at 1856 Mineral Spring Ave., about a quarter-mile away, when they heard the blast and some firefighter reported seeing the yellow cloud of dust.

The fire company went directly to the chemical plant, the chief said.

Providence Evening Bulletin, Mon., July 10, 1972 21

THIS IS TO CERTIFY THAT THIS IS A TRUE COPY OF P July 10 1972 OF THE Prov. Journal (RIHS) (DS/cm) FOR [illegible]

# Vacant Plant Ruined By Fire in Centredale

A fire, dam- aged two floors of the annex of the vacant Metro Atlantic Chemical building in the downtown Centredale section of North Providence last night,

The flames, were leaping on the ground floor and basement windows of an office annex and spreading to a four-story tower adjoining the main building when firemen arrived minutes later.

About 80 permanent and volunteer firemen from companies in Marieville, Centredale, Fruit Hill and Lymansville battled the blaze for about an hour before bringing it under control.

North Providence Fire Chief Joseph T. Morrissey said the main concern of the firemen was to cut the fire off before it reached the main building.

The building had been partially in use a month ago, but was said to have been completely abandoned since. There are no chemicals at the site now.

The walls, ceiling and floor of the all-wooden office annex were heavily charred on the first two floors. The tower also received some damage.

The firemen had the blaze completely out about 15 minutes after getting it under control.

Plaintiff's Exhibit 117A

The Providence Journal
CITY EDITION
● Sunny and Warm Today .................. Page 50
● Red Sox Lose to Chicago, 6-4 .............. Page 30
Published Daily Since 1829 in Providence, R.I. Tuesday, August 29, 1972 64 PAGES FIFTEEN CENTS

# Explosions Punctuate Blaze

A spectacular fire engulfed two storage buildings at the former Metro Atlantic Chemical Dye Works Co. plant in the Centredale section of North Providence early today.

The fire, which broke out shortly before 1 a.m., created billows of flame and smoke, visible for miles. No injuries were reported.

Explosions, believed to have been caused by drums of chemicals in the two large buildings, triggered a rash of telephone calls from alarmed residents of North Providence and Johnston.

Both of the storage buildings had been destroyed as of 1:15 a.m. as firemen fought to keep the blaze from spreading to other buildings in the area.

A crowd estimated at more than 1,000 persons gathered to watch the inferno.

Every available piece of fire alarm apparatus in North Providence was sent to fight the fire which was first reported at 12:49 a.m. by a North Providence policeman.

Patrolman Angelo Rotundo, who reported the fire, said he saw a huge mass of flames beginning to sweep through the buildings. As he was reporting the blaze, there were three distinct explosions which sent several 50-gallon drums as much as 150 feet into the air, he said.

The fire immediately erupted into a major conflagration that engulfed the buildings, he said.

A dispatcher at the Johnston Fire Department was unable to say what additional equipment had been sent to the fire from other communities. "It's a very big job; it's a mass of confusion," he said. "Everybody is helping out." At least 15 pieces of ap-

Continued on Page 23, Col. 5

Plaintiff's Exhibit 119A

# Explosions Punctuate Blaze

Continued From Page One
paratus were at the scene at 1:45 a.m.

The chemical plant, which has been closed for about a year, includes at least five cinder-block buildings. The site occupies about 10 acres on the banks of the Woonasquatucket River on the southwestern edge of the Centredale shopping district.

North Providence Police Chief John Leyden ordered all available patrolmen into the Centredale section to control the crowd.

Most of the flames were knocked down by about 1:50 a.m. and the fire appeared to be under control.

Among the 15 pieces of fire apparatus were aerial ladders which directed streams of water onto the fire from the opposite side of the river.

The Providence Gas Company was called to investigate a heavy odor of natural gas in the vicinity.

On July 9, a fire, believed set, damaged two floors of the annex of one of the vacant buildings.

At that time, Metro Associates, the owners of the building, had requested a zoning exception that would have permitted the demolition of the structures and the construction of a twin-tower 10-story apartment building for the elderly on the site.

North Providence Fire Chief Joseph T. Morrissey told the town council about two weeks ago that the buildings represented a serious fire and safety hazard and asked that they be torn down.

The fire on July 9, Chief Morrissey said the following day, apparently had become a hangout for youths.

That fire heavily charred the walls, ceiling and floor of the all-wooden annex but firefighters managed to cut the fire off before it reached the main building of the vacant plant.

On Jan. 10, 1968, when the plant was still in operation, an explosion of a tank containing liquid formaldehyde blew out several windows and a penthouse wall at the chemical firm.

At that time, two persons, one about a quarter-mile away when the blast occurred, were treated at a hospital after what was described as a "giant mushroom" of formaldehyde and rust particles settled to the ground.

Another fire, on Dec. 4, 1963, destroyed part of a Metro-Atlantic building that housed drying equipment and chemicals.

Providence Journal Evening Bulletin August 29, 1972

# Explosion and Fire Light Up Centredale

An explosion-punctuated fire destroyed two storage buildings and heavily damaged a third early today at the closed Metro-Atlantic Chemical Dye Works plant in the Centredale section of North Providence.

First reported at 12:49 a.m., the fire wrecked two of the structures within five minutes.

A general alarm was signalled, bringing 20 fire trucks and 200 firefighters from North Providence and surrounding communities.

Local officials said the state fire marshal would be asked to investigate.

The plant has been closed for about a year.

On July 9, fire damaged two floors of a wooden annex to the plant's main building.

The blaze today was knocked down within half an hour, but firemen stayed for three hours. Area residents left their homes to watch a wall of flame 100 feet high.

The initial alarm was given by Patrolman Angelo Rotondo, who was cruising in the downtown area. Seeing a glow, he went to check.

"When I got there, I saw a wall of flames," the policeman said. "Just as I was calling headquarters, the whole place went up. There were three explosions. The heat was terrific."

Early watchers said they saw 50-gallon drums blown 150 feet by the first explosion. Some off-duty firemen heard the blasts and left their homes without waiting for the general alarm.

John Murphy, town superintendent of fire alarms, said he was watching a late movie on television, heard the explosions and thought at first it was thunder.

"I looked out the front door and all Centredale was lighted," Mr. Murphy said.

The fire apparently started in a 50-by-50 foot cinder block building once used for cleaning used steel barrels. It spread to a wood frame storage building. Both were destroyed and an adjacent

Turn to Page 10, Col. 6
Fire

THIS IS TO CERTIFY THAT THIS IS A TRUE COPY OF P. Aug 29, 1972 OF THE Prov Journal RIHS (Dsm) FOR 6 Apr. 2006

Plaintiff's Exhibit 120A

# Explosion and Fire Light Up Centredale

## Fire

Continued from Page One

downtown area. Seeing a glow, he went to check.

"When I got there, I saw a wall of flames," the policeman said. "Just as I was calling headquarters, the whole place went up. There were three explosions. The heat was terrific."

Early watchers said they saw 50-gallon drums blown 150 feet by the first explosion. Some off-duty firemen heard the blasts and left their homes without waiting for the general alarm.

John Murphy, town superintendent of fire alarms, said he was watching a late movie on television, heard the explosions and thought at first it was thunder.

"I looked out the front door and all Centredale was lighted," Mr. Murphy said.

The fire apparently started in a 50-by-50-foot cinder block building once used for cleaning used steel barrels. It spread to a wood frame storage building. Both were destroyed and an adjacent cinder block warehouse was badly damaged.

A large number of empty barrels were lying around the 10-acre site. Residue in them apparently helped feed the fire. Firemen said there was a tar-like coating on the walls and floor of the storage shed, left by a chemical that was sprayed on renovated barrels.

The firm's barrel reconditioning activity was moved to a new plant off Washington Highway in Smithfield more than a year ago.

While the fire was raging, a gas odor was detected. A crew from the Providence Gas Co. was called and shut off a main valve on Smith Street at the front of the site.

Engine 1 from the Centredale station arrived first. Its driver called for a general alarm. Units of the Woonasquatucket Valley Firemen's League responded under a mutual aid pact. Johnston, Smithfield and Harmony sent equipment.

Police Chief John T. Leyden brought in all available men to patrol downtown, where more than 1,000 spectators crowded streets and sidewalks.

The closed plant is owned by Metro Associates. Its principals are Joseph E. Buonanno and Edward W. Ricci of Providence, and Centredale Properties Corp., whose partners are John Rao Jr. of Providence and Peter Arden of Franklin, Mass.

Mr. Buonanno is president of Metro-Atlantic, which was created after the Atlantic Chemical Co. purchased the Centredale Mill, one of the town's oldest textile plants. Atlantic then bought the Metro Chemical Co. of Coventry, and all operations were consolidated in Centredale.

The bright flames and the explosions early today led to a flood of telephone calls from alarmed residents of North Providence and Johnston.

THIS IS TO CERTIFY THAT THIS IS A TRUE COPY OF P. Aug 29, 1972 OF THE Prov. Journal
RIHS (pcm) FOR made 6 Apr 2006

Tuesday, March 19, 1968 68 PAGES Delivered Price 60 Cents Per Week TEN CENTS



Providence firemen evacuate a man, woman and dog on Valley Street near Atwells Avenue late yesterday afternoon.
Journal-Bulletin Photo by MICHAEL J. B. KELLY

# Many Forced to Evacuate Homes By Rain-Caused Floods in State

—A relentless rainstorm caused serious flooding in Rhode Island yesterday, forcing many families to evacuate heir homes and causing emergency conditions at dam sites and bridges.

Flood conditions at Waterman's Reservoir led officials to evacuate families from their homes in Greenville, where water from the reservoir threatened to burst through the Greenville Dam off Putnam Pike.

Nearly 100 families had to be evacuated from their homes elsewhere in the state. The largest exodus occurred in Olneyville, where nearly 60 families left their houses and firemen had to use boats to rescue some of the residents.

Many streets and bridges in Rhode Island and nearby Massachusetts were blocked off, some schools were closed, and business and industrial establishments reported that flooding caused extensive damage to supplies and equipment.

Two Jamestown men suffered heart attacks as they tried to bail water out of their homes, but no other serious injuries were reported. Both men were hospitalized.

A definite threat to lives and property persisted throughout the day and early this morning, however, as officials expected the Blackstone River to crest

Full Page of Flood Pictures — Page 34

and feared that dams might not hold.

In the afternoon, after the heaviest 24-hour March rainfall in the state's history had brought a 4.62-inch measure of rain, the Blackstone River rose 11 feet above the normal level. Robert B. Russ, Woonsocket's public works director, said this was the maximum height reached by waters of the Blackstone in the 1938 hurricane, and the river was expected to reach nearly 15 feet above normal this morning.

A small stone dam in Blackstone, Mass., above Woonsocket, burst at 5:30 a.m. yesterday, causing floods in a small rural area, but a spokesman for the Army Corps of Engineers' New England division said the 11-million-dollar local flood protection system on the Blackstone, built after the 1955 hurricane floods damaged Woonsocket, was "working like a charm."

The forecast from the U.S. Weather Bureau station at Hillsgrove predicted that the rain would taper off early today, with very light rain or drizzle ending early this afternoon.

Emergency crews yesterday raised sandbag barriers in areas threatened by overflowing rivers and streams, and fire departments around the state were swamped with calls to pump out flooded cellars.

The Pawtucket Water Department faced an emergency as water from the Blackstone River flooded its water purification plant in Cumberland and stopped the plant's three motors, which had to be removed for repairs.

John A. McManus, water superintendent, said the motors might be back in operation sometime today, but in any case, he said, the plant's customers in Pawtucket, Central Falls, parts of Cumberland and Marieville were being served with pure reserve supplies that can last up to three days in an emergency.

Early this morning, emergency workers were pumping water from the East Providence water works in a race against the Ten-Mile River in Rumford, which threatened to flood the pumping station and put the station's electric pumps out of commission—along with the city's water supply system.

Three fire department pumpers were being used to remove water from the plant.

Winds of 25 miles an hour exacerbated conditions yesterday, whipping water into low areas and homes. At the same time weather officials said the storm itself was moving unusually slowly, about seven or eight miles an hour due south of Rhode Island. This slow movement was the reason for the extended rainfall, which broke a Hillsgrove record for March. Weather officials said such storms usually pass the state moving at 35 or 40 miles an hour during this time of

Continued on Page 18, Col. 1

Plaintiff's Exhibit 123A

18 The Providence Journal
Tuesday, March 19, 1968

# Many Evacuate Rain-Flooded Homes in State

Continued From Page One

year, and prolonged rainfall is more likely to occur in late summer and early fall.

The rain began at 1:10 p.m. Sunday and finally began to taper off last night as the storm moved northeast toward Nova Scotia.

The area of Providence which suffered the worst flooding was Olneyville, where the Woonasquatucket River overflowed its banks and flooded out families living along parts of Valley, Amherst, Helme, Tippecanoe and De Soto Streets and Tuxedo Avenue.

Many residents were taken out of the area in trucks, and the city's fire department used three rescue squad boats to evacuate others. Families in all of these flooded areas had been ordered to leave their homes. Most of them said they planned to spend the night with friends or relatives.

However, seven persons planned to spend the night at a disaster shelter area provided by the Providence Chapter of the American Red Cross at the Oliver Hazard Perry Junior High School. The Red Cross also provided dinners for 50 firemen working on the rescue crews.

Fifty extra firemen were ordered to duty on both the day and night shifts, raising the total force to 170 men in the city.

A spokesman for the Narragansett Electric Company said the rain caused only one regional power failure yesterday, and the power was quickly restored. The failure hit the Fox Point area when rain caused a short circuit in a transformer on Williams Street at 9:25 p.m., creating a blackout in the homes of about 1,800 customers. Power to most of these customers was restored by 9:35 p.m., the spokesman said.

Flooding forced Fire Chief James T. Killilea to order the evacuation of the Atwells Avenue fire station yesterday morning. Apparatus was transferred to the La Salle Square headquarters.

At least five families were evacuated from their homes last night in the Norwood section of Warwick as water from the Pawtuxet River flooded streets in the area. Red Cross and civil defense authorities designated the Pontiac School as an emergency shelter for that area.

North Cumberland firemen helped evacuate two families from the town's Colonial Village section when water from Silvy's Brook, usually a quiet trout stream, threatened homes there.

Several families were evacuated from their homes along the Blackstone River in Central Falls, including three families that were forced to leave houses on Crown Street, where sandbag barriers erected by public works crews failed to stem all of the flood. River Street and Cortland and New Haven Avenues in that area, as well as Crown Street, were sealed off from traffic.

At least two houses were evacuated on Centennial Street, Bridgeton, in Burrillville.

A total of 2.18 inches of rain fell during the day, according to the U.S. Weather Station at Hillsgrove. Added to the 2.78 inches that fell Sunday, the total for the storm by midnight was 4.96 inches.

In Johnston, firemen used a rescue boat yesterday morning to take seven persons and three dogs from a house at 31 River Ave. Water near the house was nearly four feet deep. North Providence officials advised three families on Wentworth Street to leave their homes, but only children were evacuated.

In Coventry, Fire Chief Stanley Mruk of the Anthony Fire Department said four homes on Read Avenue were evacuated.

And in Plainville, Mass., police reported that over 85 homes had to be abandoned because of flooding in that town.

The two Jamestown men who suffered heart attacks yesterday were the Rev. J. Edgar Tebbetts, 56, of 67 Narragansett Ave., rector of St. Matthews Episcopal Church in Jamestown, and Thomas Carr, 45, of Carr's Lane. It was reported that they were stricken as they bailed water out of their flooded homes. The clergyman was reported in good condition at South County Hospital, while Mr. Carr was reported in fair condition at the same hospital with his name on the danger list.

Two volunteer firemen from Wakefield, John H. Richmond, 45, of 2 Edgewood Drive, a member of the Wakefield Fire Co., and Byron Love, 34, of Victory Street, a member of the Peace Dale Fire Co., were overcome by carbon monoxide fumes in separate incidents while they were helping to pump water from flooded cellars. Both men were treated at South County Hospital.

Bridges made impassable by flooding streams and rivers included the Boom Bridge on the Boom Bridge Road over the Pawcatuck River, the only link between Westerly and North Stonington, the Burdickville Bridge at the Charlestown-Hopkinton town line, the Martin Street Bridge in Cumberland and the Quinnville Bridge in L... [illegible]



**Greenville residents** took refuge in Winsor School last night when waters from Waterman Reservoir threatened.
—Journal-Bulletin Photo by WILLIAM L. ROONEY

es of the Capitol Heel Lining Co. of 725 Branch Ave. were sent home after the Woonasquatucket rose in the plant.

The cellar of the Atantic Mills thrift center at 120 Manton Ave. was flooded and the store closed. A fireman said the water in the cellar was six feet deep. Heavy flooding also occurred at Eddy and Fisher, Inc., wholesale liquor dealers at 386 Charles St. The president of the firm, Lawrence Paley, said thousands of liquor bottles stored in the building were under water.

Police said the New England Poultry Co. on Route 6 in Seekonk was flooded and the electricity failed there.

At 1 o'clock this morning, Raymond Laurans, general manager of the Roger Williams Grocery Co. in Cumberland, reported that his warehouse was flooded.

Mr. Laurans said that the water from the Blackstone River had risen within an inch of the top of a sandbag barricade at the front of the warehouse, and that the water was at least four feet deep at the rear of the 140,000 square feet warehouse. Most of the stock has been removed.

Many telephone lines were out of service for varying periods yesterday because of water seepage into many cables in the New England Telephone Company system, a spokesman reported. The troubles were scattered throughout the state and there was no single major breakdown. Underground facilities were being watched for flood damage as line crews worked to dry out and seal the leaking cables.

Smithfield schools will be closed today for the second straight day. In Narragansett and South Kingstown, all schools were shut down ... [illegible]

## '1st Time I ... To Get Out

Continued Fron

several abandoned cars looked like boulders in a stream.

Firemen used three boats to remove persons trapped by the high water and were assisted by private citizens who used trucks where possible.

Thomas Campagnone, who operates a service station at Atwells Avenue and Valley Street, said he and his employes had taken more than 100 people out of the flooded area using a truck and a jeep.

Richard Fratiello, 24, of 712 Atwells Ave. spent much of the day wading into flooded streets carrying evacuees on his back or in his arms.

Harold Anderson, director of Red Cross safety services, said the school shelter was equipped to handle 30 families, but few persons spent the night there. The shelter was equipped with cots, blankets and food and was staffed by a nurse, a "first aider" and a shelter manager.

One family was allowed to spend the night in the stricken area, rather than attempt to move an invalid woman through the flooded streets.

Remaining behind at 10 Tuxedo Ave. were Frank J. Rossi and his wife Concetta, both in their 80s, and their son Arthur,

headquarters.

At least five families were

In Johnston, firemen used a rescue boat yesterday morning

Victory Street, a member of the Peace Dale Fire Co., were overcome by carbon monoxide fumes in separate incidents while they were helping to pump water from flooded cellars. Both men were treated at South County Hospital.

Bridges made impassable by flooding streams and rivers included the Boom Bridge on the Boom Bridge Road over the Pawcatuck River, the only link between Westerly and North Stonington; the Burdickville Bridge at the Charlestown-Hopkinton town line, the Martin Street Bridge in Cumberland and the Quinnville Bridge in Lincoln, the Pleasant Street, Wilmarth, and Fairview Avenue Bridges over the Palmer River in Seekonk and Rehoboth, the Angell Avenue Bridge over the Woonasquatucket River between Johnston and North Providence, and the Coles Bridge on Pawtucket Avenue over the Ten Mile River in East Providence.

Sections of roads and highways throughout the state, except in the high ground of Newport County, had to be closed because of flooding.

Several industrial and business companies reported flooding and damage. In Attleboro the L. G. Balfour Co. had to close about noontime yesterday, due to severe flooding. Water of the Ten Mile River rose to four feet in the basement of the company's plant, flooding dye rooms and damaging compressors and other equipment. There was no immediate estimate of the loss. A company executive announced that the plant, which employs 1,200 persons, will not be open today.

Work also has been canceled today at the Greystone plant of the Brown & Sharpe Manufacturing Co., near the banks of the Woonasquatucket River, which was closed yesterday at 11 a.m. because of a power failure caused by flooding.

Screen printing operations at the Cranston Print Works on Cranston Street were closed down yesterday because of flooding, and workmen had to move equipment to higher areas in the plant to prevent damage.

A spokesman at the Lincoln Polymer Laboratories, Inc., in the Sayles Finishing Complex of Lincoln, reported more than $100,000 in damage was caused by flooding of machinery there.

Extensive flooding occurred at the Roger Williams Grocery Co., off Martin Street in Cumberland, where water from the Blackstone River broke through the glass windows of the building and six feet of water filled the building. Merchandise was being moved to higher locations in the building.

Damage of "at least $200,000" was reported at the Machine Specialties Co. in Saylesville by Walter S. Schwaner, vice-president and general manager. He said this estimate included loss of stock and loss of production.

In Hopkinton, a barrier of sandbags was used in an effort to keep the Pawcatuck River out of the Ashaway Line and Twine Co.

One hundred and ten employ-

Many telephone lines were out of service for varying periods yesterday because of water seepage into many cables in the New England Telephone Company system, a spokesman reported. The troubles were scattered throughout the state and there was no single major breakdown. Underground facilities were being watched for flood damage as line crews worked to dry out and seal the leaking cables.

Smithfield schools will be closed today for the second straight day. In Narragansett and South Kingstown, all schools were shut down early yesterday afternoon. Foster and Glocester schools also were closed because of flooding on back roads.

# '1st Time I Ever Had To Get Out' of Home

By ROBERT BALDWIN

"I've lived here since 1913, and this is the first time I've ever had to get out."

--Robert Montgomery of 48 Tuxedo Ave. had just arrived at a Red Cross evacuation shelter yesterday and was still finding it difficult to believe that he was a refugee — forced from his home by the raging Woonasquatucket River.

The river, swollen by heavy rain, took a rampaging shortcut yesterday through part of the Olneyville section of Providence, forcing Mr. Montgomery and about 60 other families from their homes.

Mr. Montgomery and his housekeeper, Dorothy Wood, were the first arrivals at the Red Cross shelter, hastily set up at the Oliver Hazard Perry Junior High School.

Most of the evacuees found room for the night with friends or relatives, not knowing when they would be allowed to return to their homes.

Chief James T. Killilea of the Providence Fire Department said he had given the order to evacuate the families after it was discovered that the foundations of some houses in the area were crumbling as floodwaters filled cellars.

"Our cellar wall just caved right in," said Mrs. Marie Biondi of 49 Tuxedo Ave.

Mrs. Biondi, who was at home with her five children when the wall collapsed, said she sought shelter with friends at 43 Tuxedo Ave. until the fire department ordered the entire street evacuated.

"They came and got us in a boat," said her neighbor, Mrs. Antonio Ritacco. Both families spent the night with relatives.

Battalion Chief John E. McDonald, who headed the evacuation operation, said families were ordered from their homes on Tuxedo Avenue and Tippecanoe Street and parts of DeSoto, Valley, Helme and Amherst Streets.

Tuxedo Avenue, at its intersection with Atwells Avenue, became a roaring torrent of muddy water as the river continued to rise during the day.

On Valley Street, the tops of

Continued on Page 18, Col. 5

# '1st Time I Ever Had To Get Out' of Home

Continued From Page One

several abandoned cars looked like boulders in a stream.

Firemen used three boats to remove persons trapped by the high water and were assisted by private citizens who used trucks where possible.

Thomas Campagnone, who operates a service station at Atwells Avenue and Valley Street, said he and his employes had taken more than 100 people out of the flooded area, using a truck and a jeep.

Richard Fratiello, 24, of 712 Atwells Ave. spent much of the day wading into flooded streets carrying evacuees on his back or in his arms.

Harold Anderson, director of Red Cross safety services, said the school shelter was equipped to handle 30 families, but few persons spent the night there. The shelter was equipped with cots, blankets and food and was staffed by a nurse, a "first aider" and a shelter manager.

One family was allowed to spend the night in the stricken area, rather than attempt to move an invalid woman through the flooded streets.

Remaining behind at 10 Tuxedo Ave. were Frank J. Rossi and his wife Concetta, both in their 80s, and their son Arthur, 45.

The younger Mr. Rossi told a reporter the family was comfortable but without heat since gas service to the street had been shut off.

Chief McDonald said he had been directing operations at the scene since 7 a.m. and at one point had been forced to swim through the intersection of Amherst and Valley Streets when he suddenly found himself in water over his head.

He said he knew of at least two house foundations that had crumbled and added, "There's at least six feet of water in all these cellars."

Firemen using rescue boats on Tuxedo Avenue had to navigate a "rapids" formed by the swift-running waters at Atwells Avenue. The rescuers strung a rope diagonally across Tuxedo Avenue to keep themselves and evacuees from being swept downstream.

Residents of the area agreed that the water had been rising in the area gradually throughout the day before the evacuation began.

The evacuation area included Valley Street from Amherst to Helme Street, all of Tippecanoe Street, Helme Street between Valley and DeSoto Streets, the even-numbered side of DeSoto Street between Helme Street and the river, all of Tuxedo Avenue and the lower part of Amherst Street.

The evacuation was completed at about 6:30 p.m.



The state house looks down [illegible] Charles Street.



# The Big Rain: March 18, 1968

JOURNAL-BULLETIN PHOTOS BY LEE ROMERO, THOMAS D. STEVENS, LAWRENCE S. MILLARD, MICHAEL J. B. KELLY AND EDWARD C. HANSON

LIBRARY
APR - 5 2006

Water department employe in Providence helps a boy across the water on Tuxedo Avenue, while below, the Pocasset River in Johnston was a stormy scene.









Children look out of a window on flooded Valley Street in Providence. At left, a sign on Tuxedo Avenue reminded motorists of drier days.



Back on Tuxedo Avenue, (below left) the electric company was called in to work when basements flooded. Flood water threatened Greenville Dam, so state officials Henry Ise, right, and Kenneth Kinghede inspect it.



The Providence Journal, Tuesday, March 19, 1968 37

Greater Providence

# Flooding Closes Many Roads in Two Towns

Eight roadways were closed to traffic and numerous others barely passable in Johnston and North Providence yesterday as a record-breaking rainfall swelled streams and ponds to flood levels.

Johnston firefighters were called upon twice to make boat rescues as seven persons were trapped in a River Avenue home and a youth was rescued from a tree which he had climbed to escape rising waters off Hartford Avenue.

North Providence officials advised three Wentworth Street families to evacuate their homes when rising water inundated the roadway and threatened to reach their living quarters. The families remained, although children were taken from the scene.

Seven persons and three dogs were rescued from a house at 31 River St., Johnson, as the home was surrounded by about two feet of water shortly before 9 a.m. They were not injured.

Taken from the scene by firefighters were Mrs. Lucy Bacon, 42, Mrs. Florence Walsh, 49; Mrs. Phoebe Campanini, 64, Henry McDonald, 46, and Mrs. Bacon's sons, Ronald, 15, Russell, 13, and Randy, 6.

David King, 20, of 1148 Central Ave., Johnston, was walking near Hartford Avenue, near the Atwood Avenue intersection, when he suddenly became trapped in up to five to six feet of water. He climbed a tree and remained there until an onlooker called rescuers.

The youth was treated at Roger Williams General Hospital for exposure.

Fire officials estimated they answered at least 30 calls from property owners complaining of flooded basements. In one case, the water reached above the boiler of the home, reported Clayton Quick of the fire prevention bureau.

Two roadways in the town were closed, although passage on many others was risky. A police spokesman at one point yesterday said that "it seems like every road in town is out, judging from the number of calls we've received."

John DonFrancisco, public works director, said the Department of Public Works closed the Angell Avenue bridge between that town and North Providence as a precautionary measure. Milk Street was also closed as it became inundated.

There was considerable flooding on Atwood Avenue, south of Hartford Avenue, and at spots along George Waterman Road, where the state Department of Public Works reported what it termed one of the biggest state highway washouts.

Joseph M. Barbarita, North Providence public works director, said the department also was plagued with reports of sewer system failures in the Lymansville section. Work crews were attempting to correct problems last night before any backing up occurred in homes.

Six town roads were closed to traffic due to flooding. Besides Wentworth Street, they were sections of Douglas Avenue and Evergreen Parkway, a bridge along Waterman Avenue, Cranberry Street, and the West River Parkway. There was also flooding along Mineral Spring Avenue.

More than 200 telephone customers were without service in Centredale and Smithfield because of fallen lines and water seeping into underground conduits. Scattered electricity failures were also reported.

The town purchased about 500 sandbags as it kept an eye on developments in Smithfield, where officials feared dam collapses which could spill more water into the Woonasquatucket River, which was reported to be at a record level already.

Several firms had to suspend operations early as the river climbed to factory basements or because of electrical failure. Public school classes were held in both towns.

The Providence Journal, Tuesday, June 8, 1982

# Emergency declared in R.I. after once-in-century deluge

By LINDA MEGATHLIN
Journal-Bulletin Staff Writer

Rhode Island yesterday began mopping up and bailing out after a weekend of unrelenting rains that the National Weather Service says has a statistical probability of occurring once each 100 years.

The rainstorms, which dumped nearly eight inches of rain in Rhode Island and Massachusetts and up to 11 inches in some parts of Connecticut, left 22 people either dead or missing throughout New England.

Governor Garrahy declared a state of emergency late yesterday afternoon, after receiving preliminary reports of about $3.3 million in damage to 132 homes and 75 businesses.

He also asked the federal government to officially recognize the disaster, thus qualifying owners of flood-damaged homes and businesses, in most cases, for Small Business Administration loans covering at least part of their loss.

* * *

THE RAIN washed out bridges, closed roads and businesses along the region's rivers, sent residents scurrying to higher ground and disrupted train and ferry service, stranding weekend travelers.

Temperatures that fell to the low 50s and high 40s and winds that gusted to 39 miles an hour added insult to injury as flood-ravaged residents and officials surveyed the damage, trying to salvage what they could.

Homeowners, public works employees and fire and rescue squads sloshed their way into basements to mop up, pump out and shovel away the remains of the storm.

Massachusetts was not hit quite as hard as its southern neighbors.

The loss of life and property was heaviest in Connecticut where at least nine storm-related deaths were reported and several people were missing. Estimates of damage

*Turn to AFTERMATH, Page A-12*

Plaintiff's
Exhibit
124A

The Providence Journal, Tuesday, June 8, 1982

# Aftermath

*Continued from Page A-1*

there ranged in excess of $100 million.

A body was discovered late yesterday afternoon in the Pawtuxet River in Coventry. The man, who carried no identification, was presumed by police to be a drowning victim. His identity was unknown last night. An autopsy was scheduled today.

Two women have been missing and presumed dead since they took a canoe into the bay from Colt State Park in Bristol Saturday afternoon. Five Burrillville teenagers died late Friday when their car went off a rain-slicked road.

★ ★ ★

**THE WORST** Rhode Island property damage occurred along the Pawtuxet River on the Cranston-Warwick border, where most residents of the Belmont Park section of Warwick abandoned their homes as the floodwaters rose in places to four or five feet deep. Governor Garrahy and Warwick Mayor Joseph W. Walsh surveyed the area yesterday afternoon.

Serious flooding problems were also reported in Lincoln, where the Blackstone River overflowed into an industrial area, and in Westerly, where the Pawcatuck River crept into low-lying areas on the Connecticut border.

Eight rivers in Rhode Islands, including the Pawtuxet, Blackstone, Pocasset, Woonasquatucket, Wood, Pawcatuck, Branch and Saugatucket overflowed their banks late Sunday and yesterday.

The biggest river, the Blackstone, crested at its dam in Woonsocket at 7 a.m. yesterday, 3½ feet above its nine-foot flood stage level.

The Pawtuxet crested about noon yesterday, according to Warren Silverzahn, a hydrologist with the Northeast River Forecast Center in Bloomfield, Conn.

Most of the smaller rivers in the region crested within one or two hours after the heavy rain ended Sunday, Silverzahn said.

★ ★ ★

**THE RAINFALL** over the four-day period set new records and caused the National Weather Bureau to label the storm a "100-year" storm. The designation means that, statistically, the chances of getting that much rain in a single day occur only once in a hundred years.

The most rainfall occurred Saturday when Providence got 2.97

ported washed out. The East Avenue Bridge connecting the Natick section of Warwick remained closed to traffic after officials noticed a crack Sunday and decided to shut the bridge. A bridge near the Rockville Post Office washed out as did one on Klondike Road in Charlestown.

late Sunday and yesterday.

The biggest river, the Blackstone, crested at its dam in Woonsocket at 7 a.m. yesterday, 3½ feet above its nine-foot flood stage level. The Pawtuxet crested about noon yesterday, according to Warren Silverzahn, a hydrologist with the Northeast River Forecast Center in Bloomfield, Conn.

Most of the smaller rivers in the region crested within one or two hours after the heavy rain ended Sunday, Silverzahn said.

★ ★ ★

**THE RAINFALL** over the four-day period set new records and caused the National Weather Bureau to label the storm a "100-year" storm. The designation means that, statistically, the chances of getting that much rain in a single day occur only once in a hundred years.

The most rainfall occurred Saturday when Providence got 2.97 inches, setting a new 24-hour precipitation record for June. The old record was 2.09 inches set in 1972.

Precipitation in Providence since the month began has totaled 8.05 inches, which is a record rainfall for the entire month. The old record of 6.83 inches was set in June, 1972, according to the U.S. Weather Service in Warwick. Normal rainfall for the month is 2.65 inches.

The weekend rainfall completely "wiped out" the Warwick sewer plant, according to Leonard Maynard, superintendent of the Warwick Sewer Authority. Yesterday water was three feet over the filtration tanks and raw sewage was coming into the plant and going out untreated into the Pawtuxet River.

The Providence sewage treatment plant was operating under emergency procedures that reduced treatment to the removal of solids only, but prevented untreated waste from overflowing into the bay, said an official of the state commission that runs the plant.

"We have a procedure for bypassing which protects us from overflowing," but "it will take us a week to 10 days to recover and get back to providing full treatment," director Eric Jankel said.

**SEVERAL BRIDGES** were re-

The Providence Sunday Journal

May 30, 1965

# Pharmaceutical Products Added

By ARTHUR S. RESEIGH
Journal-Bulletin Business Writer

**An entrance into the pharmaceutical field has been achieved by Metro-Atlantic, Inc. of Centredale as a result of a product development program in which it has been active for the past three years.**

The chemicals manufacturer, originally a producer of chemical products for the textile industry, has erected a new 2,000 square foot plant for the production of its newest product—hexachlorophene.

The new facility, erected at a reported cost of a quarter of a million dollars, provides Metro-Atlantic with the equipment necessary to produce the new product by means of its newly patented process.

Joseph E. Buonanno, president, said the facility contains enough equipment to produce a complete line of chemical products. It could produce the equivalent of 15 million pounds per year if used for general chemicals production, he said.

The many different pieces of equipment in the new plant, however, are performing single steps in the production of hexachlorophene. The final product, according to George C. Huse, the firm's chemical director, involves a number of highly complicated chemical reactions. The process starts with raw materials and includes such chemical processes as purification, crystallization, recovery of the reactor media, drying, grinding and packaging.

Raw materials are fed from large storage tanks outside the plant. Process equipment includes a dozen different stainless steel, glass-lined low and high temperature reactors—each of them limited to one step of the production cycle.

**Product Is Bactericide**

Hexachlorophene is a bactericide used in soaps, shaving creams, tooth paste, medical soaps and all kinds of creams and salves for hospital use.

Making the production of hexachlorophene particularly interesting to Metro-Atlantic was the large number of preparations in which it is used and the fact that its production was limited to one manufacturer.

Mr. Huse reports that in one section of a drugstore he visited he counted 34 different products containing hexachlorophene.

"We are not setting out to capture the market for this product, but only to acquire a share of it," Mr. Buonanno said. He expressed the opinion that the use of hexachlorophene is on the increase and that another manufacturer will be able to find ample market for his output.

Metro-Atlantic was led into the pharmaceutical chemicals field as a result of a project on which it worked with Eli Lilly Co. of Indianapolis.

The big pharmaceuticals manufacturer needed a large-scale manufacturer for trifluralin, designated in chemical terms as "a,a,a-trifloro-2,6-di-nitro-N,N-di-proply-y-toluidine," while it was building its own production facility for the product.

**Signed for Production**

They contacted Metro-Atlantic and set up an arrangement for carrying on the required research and also for producing close to half a million pounds of the product.

The Centredale company worked on the project in collaboration with Eli Lilly Co. for about a year. In that time research was completed, a pilot plant set up and production started. Patents on the product—a post emergence weed killer—were procured and later turned over to the Lilly company.

With the completion of a multi-million-dollar plant, Lilly took over the production of the product. It is designed for specific use on cotton and soybean plantations.

The research and subsequent manufacture of about 500,000 pounds of the product served to interest Metro-Atlantic in the pharmaceutical side of the chemical business.

The facilities used for the trifluralin project became the beginning of the new facility now being used exclusively for the production of hexachlorophene.

Two other programs are currently in progress at the Centredale plant. When completed, the operation there will be about 25 per cent pharmaceuticals, Mr. Buonanno said. It is our intention, he added, to increase the line of new products

Continued on Next Page

Plaintiff's Exhibit [redacted] 1940



Large perforate centrifuge located in new plant provides company a means of crystal recovery.

CONTINUED from preceding page

# Proposed Line of Metro-Atlantic To Be Half Non-Textile Products

until the operation is 50 per cent non-textile.

During the development of non-textile products, the company's volume in its normal textile chemicals has been holding up well, management reported. New products also have been added. These include several textile finishing products, including wash and wear, permanent crease and water repellency items.

The company also is active in chemicals for the metals field. It is making products used for metal finishing and stripping. On some of these, Metro-Atlantic is one of the first two suppliers in the country, Mr. Buonanno said. The line is made in bulk and sold to manufacturers of metal finishes who package and distribute them.

The company also has developed a chrome complex type of water repellent used chiefly in the paper trade. It is expected to be one of Metro's big items.

The company has become one of the first firms of its size to produce mallamine resins—used in textiles to give stiffness and crispness to a fabric.

### New Facility Planned

Earlier this month, Metro-Atlantic announced plans to build a $400,000 plant at Donaldson Center, Greenville, S.C., for production of a complete line of textile and paper chemicals. Also planned for this facility, scheduled for completion in the fall, is a line of printing inks for use in the paper trade, a new operation for the company.

Metro also has facilities abroad. One of these is a compounding plant in Brussels, designed to serve the European Common Market. It presently uses chemicals produced in this country, but plans are being considered for the addition of some manufacturing there.

One of its other foreign operations is an interest in the Virgin Islands Chemical Co., St. Croix, Christiansted, V.I. Its interest in the firm, dating back about five years, has recently been increased to 50 per cent.

The facility is operated jointly with a Swiss firm and produces die stuffs. The plant supplies the Centerdale operation, the value of the imported product being 50 per cent American and 50 per cent European.

Operated for about 18 years is a Canadian facility, utilized chiefly for selling, but including some textile chemicals manufacture.

Metro-Atlantic additionally is working currently under license arrangements with manufacturing companies for the packing and distribution of some of the products the firm produces in bulk. A household bleach, spot remover and spray glue are among these items.

The varied programs of the 25-year-old company are working together to bring expansion to the firm, Mr. Buonanno said. Employment has climbed to 130 throughout the organization with about 80 affiliated with the Centredale operation.

"We are looking forward to growth, especially from our entrance into the manufacture of products for the pharmaceutical trade, but we are striving also for a continuation of our employment stability record," Mr. Buonanno said. He reported that throughout its 25 years of operation the company has never laid off anyone.

## Military Surplus Sales

Inspection may be made and bids submitted up to dates indicated for useable surplus property and scrap for sale at New England military installations. Further information, including location, free sales catalogs and bid instructions, may be obtained from the Defense Surplus Sales Office, Dept. P, P.O. Box 440, Bldg. 113, Newport; telephone [illegible]. Requests should specify sales catalog number for prompt response.

Steel Scrap, June 4—(1 p.m.)—16-5-65-97 Steel scrap unprepared, galvanized (not punch).

Electronics and Aeronautical, June 9—(1 p.m.)—16-5-65-98. Current regulators, magnetron tubes, receivers transmitters, amplifiers, fuel tanks, spinner, stabilizer and strut assemblies, valves, shafts, hydraulic pumps, aircraft heaters, water separators, cylinders, linear actuators, accumulators and lighting fixtures. Original cost: [illegible].

Platinum Tipped Spark Plugs, June 9—(1 p.m.)—16-5-65-99. Platinum tipped spark plugs. Original cost: $11,779.

Varied Material, June 10—(1 p.m.)—16-5-65-100. Engine, turret and woodworking lathes, milling machine, wood surfacer, titanium bars, boring bars, cutters, lube oil, sealing compound, leather dressing, clothing and laundry and restaurant equipment. Original cost: [illegible].

## NEW CREDIT CARDS

Ft. Lauderdale, Fla. — (UPI) — A new all-purpose credit card is being launched by Credit Card Acceptance Corporation, according to J. C. Behringer, president. The Gold Medal credit cards will be honored initially by approximately 3,000 member establishments in more than 40 states.

Behringer believes that these feature will revolutionize the credit card industry.



Large perforate centrifuge located in new plant provides company a means of crystal recovery.



—Journal-Bulletin Photos by H. RAYMOND BALL

Upper level of new hexachlorophene plant at Metro-Atlantic, Inc., Centredale, showing a number of its stainless steel low and high temperature reactors.