AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## District of Rhode Island

Emhart Industries v. Home Insurance

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA 02-53 S.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Jack Pirozzolo, Gerald Petros, Rick Binder | Mark Nugent, Jim McCormick, Larry Richardson, Jim Murphy, Michael Earley |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/13/06 - | Anne Clayton | John Harding, DPB. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 Robert Cattaneo. |
| 217 | | 9/13/06 | | Full | Charts & graphics to be used during the testimony of Robert Cattaneo |
| 1 | | | | Full | Insurance Company of N/A Policy XBC46961 |
| 2 | | | | Full | Insurance Company of N/A Policy # GPL 36597 |
| 2A | | | | Full | Selected portions of N/A Policy # GA136597 |
| 3 | | | | Full | Employer's Surplus Lines Policy # S-16-01054 |
| 4 | | | | Full | Insurance Company of N/A Policy # XBC64674 |
| 5 | | | | Full | The defender Commercial Comprehensive |
| | | | | Full | Policy # 52331310 99 |
| 6 | | | | | Aetna Casualty Policy # 52GL12365PA |
| | | | | | Jury trial Day 2 - 9/14/06 |
| | | 9/14/06 | | | |
| 89 | | 9/14/06 | ID | Full | Purchase & Sale Agreement |
| | | | | | W-2 Joseph Buonanno |
| 100 | A | | ID | Full | Picture |
| 34 | | | ID | Full | CHART of Sanborn Map of Centredale |
| 100 | | | ID | | Article - Metro Atlantic |
| 136A | | | ID | Full | Picture of Sanborn Map. (Plat) |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

V.

CASE NUMBER: ____________

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 104 | | 9/14/06 | | Full | List of Products sold by Metro-Atlantic |
| 115 | | | ID | | Article Entitled "TANK Explosion Hurls Chemicals". |
| 102 | | | ~~ID~~ | Full | Response of Joseph Buonanno dated 4/30/99 |
| 40 | | 9/26/06 | ~~ID~~ | Full | Minutes, Town Council Special Meeting dated 11/19/56 |
| 101 | | | ID | | Article entitled "State Eng. Disclaims Health Menace" |
| | | | | | W-3 Joseph Nadeau. |
| | | | | | Jury TRIAL Day 3 - 9/15/06 |
| 137 | | 9/15/06 10/4/06 | ~~ID~~ | Full | Sanborn Map of Centredale |
| 137A | | | | Full | Picture of Part of Sanborn Map of Centredale. |
| | | | | | W-4 Raymond Nadeau |
| 337 | | | ID | | Affidavit of Raymond Nadeau |
| | | | | | W-5 Daniel Paterson |
| | | | | | W-6 JACK LANE, JR. |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | DOCKET NO. |
|---|---|
| VS. | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 118 | | 9/18/06 | ID | Full | NPFD Run Report |
| 121 | | | ID | Full | Other Fire department Reports. |
| 137B | | | | Full | Picture. |
| | | | | | W-7 John Murphy |
| 137C | | | | Full | Picture |
| 137D | | | | Full | Picture. |
| 195 | | | | Full | U.S. Department of Commerce U.S. Patent and Trademark Office. |
| | | | | | Jury Trial Day 4 – 9/18/06 |
| 194 | | 9/18/06 | ID | | "Pharmaceutical Products." (Article Entitled) |
| 194A | | | | Full | Picture. |
| 194B | | | | Full | Picture |
| 193 | | | | Full | Document "entitled" ZEP Manufacture" |
| 434 | | | | Full | Draft Memorandum dated 11/26/02. |
| 435 | | | | Full | Letter from Ann P. Gardner. |
| 439 | | | | Full | Letter from Ann L. Gardner. |
| 436 | | | | Full | Handwritten letter to Ms Gardner |
| 544. | | | | Full | Handwritten notes re: TCDD |
| | | | | | W-8 John Turcone |

AO 187A (4/82)

## EXHIBIT AND WITNESS LIST – CONTINUATION

VS. DOCKET NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/18/06 | | | |
| 222A | | | | Full | Sanborn Map of Centredale Marked Picture |
| 222 | | | ~~ID~~ | Full | Sanborn Map of Centredale |
| | | | | | W9 – William Roy |
| 114 | | | ~~ID~~ | Full | Centredale Fire Dept Fire Report. |
| | | | | | Deposition of Vincent J. Buonamo READ into the record. |
| 221 | | | ~~ID~~ | Full | Sanborn Map of Centredale |
| | | | | | Jury Trial Day 5 – 9/19/06 |
| | | 9/19/06 | | | |
| 105 | | | | Full | Town of NP Town Council minutes. |
| 106 | | | | Full | Town of N.P. Town Council minutes |
| 107 | | | | Full | Town of N.P. Town Council minutes. |
| 108 | | | ID | | Location Plan dated 10/27/66 |
| 109 | | 10/3/06 | ~~ID~~ | Full | Location Plan 10/27/66 |
| 110 | | 10/3/06 | ~~ID~~ | Full | Location Plan 10/27/66 |
| | | | | | W-10 John Kastrinos. |
| 236 | | | | Full | MAP |
| 237 | | | ~~ID~~ | Full | Detail Showing Surface-Runoff Directions. |

Page ____ of ____ Pages

AO 187A (4/82)

## EXHIBIT AND WITNESS LIST – CONTINUATION

VS. | DOCKET NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 228 | | 9/19/06 | ~~ID~~ | Full | Detail Showing Surface-Runoff directions w/Red Arrows. |
| 229 | | | ~~ID~~ | Full | Site Profile Showing Runoff directions |
| 230 | | | ~~ID~~ | Full | Site Profile Showing Runoff directions w/red arrows. |
| 231 | | | ~~ID~~ | Full | Location of River Gage |
| 122 | | | ~~ID~~ | Full | Streamflow data of River. |
| 125 | | | ID | | Rhode Island Floods and Droughts. |
| 226A | | | | Full | Picture of Map of Markings. |
| 232 | | | | Full | Pictures of All Slides (4) |
| | | | | | Jury Trial Day 6 – 9/20/06 |
| | | 9/20/06 | | | |
| 233 | | | | Full | Significant Flood of Events 1968 through 1989 |
| 234 | | | | Full | Stream Velocity |
| 183 | | | ~~ID~~ | Full | Final Site Investigation Report |
| 183A | | | | Full | Photo. w/markings. |
| 235 | | | | Full | Photo of Stream Velocity Allendale Pond. |
| 236 | | | ~~ID~~ | Full | Photograph of Dioxins in Soil |

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

VS. DOCKET NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 552 | | 9/20/06 | ID | Full | MAP |
| 237 | | | | Full | Other Flood Events - photograph |
| | | | | | W-11 Michael Bonchonski |
| | | | | | Jury Trial Day 7 – 9/21/06 |
| | 553 | 9/21/06 | ID | Full | statue (re-dacted) |
| | | | | | W-12 Jerome Muys |
| | | | | | Jury Trial Day 8 – 9/25/06 |
| 10 | | 9/25/06 | ID | Full | Request for Information |
| 11 | | | ID | Full | Response of Emhart Industries to E.P.A. |
| 12 | | | ID | Full | Notice of Potential Liability |
| 13 | | | ID | Full | Unilateral Administrative Order for Removal |
| 150 | | | ID | Full | Completion of Work Report |
| 151 | | | ID | Full | Letter from Ted Bazenas dated 8/14/2000 |

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Emhart vs. Home Ins. DOCKET NO. CA02-53S.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 15 | | 9/25/06 | | Full | Second Administrative Order. |
| 153 | | 10/3/06 | ~~ID~~ | Full | Completion of Work Report. |
| 154 | | | | Full | ~~Comp~~ Letter from Anna Krasko dated 4/7/95 |
| 16 | | 10/3/06 | ~~ID~~ | Full | Third Administrative Order on Consent. |
| 152 | | 10/3/06 | ~~ID~~ | Full | Completion of Work Report |
| 65 | | | ~~ID~~ | Full | Supplemental 104(E) Response |
| 174 | | | ID | | Agreement for Consulting Services |
| 173 | | | ID | | Escrow Agreement |
| 317 | | | ID | | Memorandum from Jerome C. Muys, J. |
| | 26C | 10/10/06 | ~~ID~~ | Full | Final Hazard Ranking System. |
| | 350 | | ID | | Memorandum from Anna F. Krasko |
| | 488 | 9/26/06 | ~~ID~~ | Full | Interim-Final Baseline |
| | 490 | 9/26/06 | ~~ID~~ | Full | Interim Final Baseline |
| | 509 | 9/26/06 | ~~ID~~ | Full | Interim Final Remedial Investigation |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | W-13 Jeff Loureiro |
| | 507B | | | Full | Picture Figure 1-2 Source Area Features |
| | 507C | | | Full | Picture of Figure 1-10 Excavation Areas |
| | 507D | | | Full | Picture of Figure 1-9 NTCRA |
| | 507A | | | Full | Picture |
| | | | | | |
| | | | | | Jury Trial Day 9 – 9/26/06 |
| 66 | | 9/26/06 | ID | 10/13 | Volume I ~~Appendices Supplemental Response~~ |
| 67 | | | ID | | Volume II Appendices Supplemental Response |
| 68 | | | ID | | Volume III Appendices Supplemental Response |

Page ____ of ____ Pages

AO 187A (4/82)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Emhart vs. Home Insurance — DOCKET NO. CA02-53S

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 407 | 9/26/06 | | Full | The Providence Journal |
| | | | | | W-14 DR. Ronald Hass. |
| 238 | | 9/27/06 | ~~ID~~ | Full | Patent Specification |
| 239 | | 10/3/06 | ~~ID~~ | Full | Publication Article |
| 240 | | 9/27/06 | ~~ID~~ | Full | Timeline Dioxin Awareness |
| | | 9/27/06 | | | Jury trial Day 10 9/27/06 |
| 241 | | | ~~ID~~ | Full | Hexachlorophene Process |
| | | | | | Jury TRIAL Day 11 9/28/06 |
| | | | | | TRIAL canceled |
| | | | | | Jury TRIAL Day 12 10/3/06 |
| | 554 | 10/3/06 | | Full | Hass Report 260-272 |
| 242 | | | | Full | Dioxin Analysis Procedure |
| | ~~555~~ | | | Full | Article |
| | 373 | | ID | | Tennel Steel Company letter to Mr Hillm. |
| | 556 | | ~~ID~~ | Full | Draft – September 9, 2005 |
| | 243 | | | Full | Article |
| 244 | ~~244~~ | | | Full | Article |
| | | | | | W-15 Linda Biagioni |
| 242A | | | | Full | CD |

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Emhart vs. Home Insurance DOCKET NO. CA02-535

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Jury TRIAL Day 13 – 10/4/06 |
| | | | | | W-16 David Cabral. |
| 378 | | | | Full | Photograph |
| | | | | | W-17 John P. Leo. |
| | 564 | | ID. | Full | Photograph & drawing |
| | 567 | | | Full | Photograph |
| | 568 | | ID | Full | Letter dated 12/10/1980 |
| | 571 | | ID | Full | Inventory of exposed barrels. |
| | 576 | | | Full | Report dated 3/17/1981 |
| | 131 | | | Full | Photograph & Map of Site |
| | 572 | | | Full | Report dated 10/14/81 |
| | 575 | | | Full | Memo |
| | 580 | | | Full | Letter dated 2/17/82 |
| | 560 | | | Full | Photographs |
| | 559 | | | Full | Photograph. |
| | 563 | | | Full | Photograph |
| | 562 | | | Full | Photograph |
| | 561 | | | Full | Photograph |
| | 577 | | | Full | Memo |
| | 583 | | ID | Full | Memo dated 4/4/82 |
| | 582 | | | Full | Letter dated 4/16/1982 |
| | 584 | | | Full | Letter dated 4/21/1982 |
| | 585 | | | Full | Memo dated July 1982. |
| | 587 | | ID. | | SEPA |

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Emhart vs. Home Ins. DOCKET NO. CA 02-535

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 236F | | | Full | Photograph |
| | | | | | W-18 Dr. Franklin D. Woodard |
| | | | | | |
| | | | | | Jury Trial Day 14 - 10/6/06 |
| | | | | | |
| | | | | | W-19 Kenneth Neri |
| 236B | | 10/6/06 | | Full | Photograph |
| | 588 | | | Full | Photograph of Slides |
| | 589 | | | Full | Chart (1) page |
| | 590 | | | Full | Diagram Chart (4 Charts) |
| | 145 | | ID | | Aerial Photographic Analysis |
| | 306 | | | Full | Aerial Photographic Analysis |
| | 306A | 10/11/06 | ID | Full | Aerial Photographic Analysis |
| | | | | | |
| | | | | | Jury trial Day 15 - 10/10/06 |
| | 245 | | | Full | Toxicologic Information on 245 |
| | 246 | | | Full | Warning Labels |
| | | | | | |
| | | | | | W-19 Dr. Michael Wade |
| 591 | | | ID | | Letter |
| 592 | | | ID | Full | Initial Stat |
| 592A | | | | Full | Initial Stat / w/ marking |
| 593 | | | ID | Full | Anotation Movie - Relationship among dioxins |
| 593A | | | | Full | Anotation w/ Marking |
| | | | | | |

(Margin note beside 145/306/306A: "Same as")

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Erhart vs. Home Ins. DOCKET NO. CA02-53S

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Jury Trial Day 16 10/11/06 |
| | | | | | W-20 Vincent Buccis |
| | 557 | 10/11/06 | ~~ID~~ | | Letter dated 7/3/69 |
| | 47A | | ~~ID~~ | Full | Letter dated 3/7/01 |
| | | | | | |
| | | | | | Jury Trial Day 17 10/12/06 |
| | | | | | |
| 347 | | 10/12/06 | ID | | Extraction Efficiencies of Polychlorinated Dibenzo-p-dioxins |
| 348 | | | ID | | Analysis of Table 1 |
| 607A | | | ID | | EPA Testing Method 8280 |
| | | | | | |
| | | | | | W-21 - Dr. Richard Hughto. |
| 598 | | | | Full | Slides (Centredale Questions) |
| 594 | | | | Full | Press Release dated 10/15/96 |
| | 150 | | | Full | EPA Press Release |
| | 191 | | ~~ID~~ | Full | EPA Press Release. |
| | 188 | | ~~ID~~ | Full | Memo from Peter Golonka. |
| | 130 | | ~~ID~~ | Full | Final SI Inspection Report. (1st page) |
| | 105 | | ~~ID~~ | Full | Draft Toxicological Profile |
| | 596 | | ~~ID~~ | Full | Methods for Organic Chemical Appendix A to Part 136 |
| | 599. | | | Full | Dioxin Discovery Time Line |
| | | ~~10~~/13/06 | | | |

Page ____ of ____ Pages

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Emhart vs. Home Ins. DOCKET NO. CA02-53 S

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/13/06 | | | Jury Trial - Day 19 10/13/06 |
| ✓ 63 | | | | 10/13 | 1/8/53 Articles of Incorporation |
| ✓ 64 | | | | 10/13 | 3/19/99 Response of NE Container |
| 66 | | | | 10/13 | 8/22/02 NE Container Supplemental Response Volume I |
| 67 | | | | 10/13 | 8/22/02 " " Volume II |
| 68 | | | | 10/13 | 8/22/02 " " Volume III |
| ✓ 133 | | | | 10/13 | Sanborn map of Centredale - 1956 |
| ✓ 135 | | | | 10/13 | " " - 1965 |
| ✓ 82 | | | | 10/13 | 11/29/68 Agreement Crown Chemical + Metro |
| | 59 | | | 10/13 | 8/1/67 Agreement Metro + Buonanno |
| ✓ 99 | | | | 10/13 | 9/25/87 Certificate of Merger |
| ✓ 55 | | | | 10/13 | 4/12/43 Warranty Deed, DB 40, Page 445 |
| ✓ 56 | | | | 10/13 | " " ; DB 40, Page 452 |
| ✓ | 78 | | | 10/13 | 5/4/71 Quitclaim Deed |
| ✓ 103 | | | | 10/13 | 7/21/99 Response of Buonanno |
| ✓ 196 | | | | 10/13 | 3/3/1970 U.S. patent Letter 3,499,045 |
| ✓ 249 | | | | 10/13 | Poster Board - 4 Boards |
| ✓ 250 | | | | 10/13 | Poster Board |
| ✓ 251 | | | | 10/13 | TCP Solubility |
| ✓ 200 | | | ✓ | 10/13 | Response of Diamond Shamrock 6/10/83 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |