UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

```
_____
                                 )
EMHART INDUSTRIES, INC.          )
                                 )
          Plaintiff,             )
                                 )
     v.                          )   C.A. No. 02-53S
                                 )
HOME INSURANCE COMPANY,          )
INSURANCE COMPANY OF NORTH       )
AMERICA, LIBERTY MUTUAL INSURANCE)
COMPANY, NORTH RIVER INSURANCE   )
COMPANY, ONEBEACON AMERICA       )
INSURANCE COMPANY and UNITED     )
STATES FIRE INSURANCE COMPANY    )
                                 )
          Defendants.            )
_____)
```

## JURY VERDICT FORM

1. Did Metro-Atlantic expect or intend to cause property damage from dioxin contamination?

   YES or NO: _No._

   **If your answer is YES, do not answer any other Questions.**

   **If your answer is NO, proceed to Question 2.**

2. With respect to the Century Primary, Century Excess, and OneBeacon policies, was dioxin contamination discoverable in the exercise of reasonable diligence during the policy periods?

   YES or NO: _No._

   **If your answer is YES, proceed to Question 3.**

   **If your answer is NO, do not answer Question 3; instead, proceed directly to Question 4.**

3. With respect to the Century Excess policy, does the exclusion in endorsement 6 bar coverage for property damage from dioxin contamination?

    YES or NO: _____

    **Proceed to Question 4.**

4. With respect to the North River policy, did dioxin contamination cause actual property damage at the site during the policy period?

    YES or NO: _Yes._

    **If your answer is YES, proceed to Question 5.**

    **If your answer is NO, do not answer Question 5.**

5. With respect to the North River Policy, does the pollution exclusion bar coverage?

    YES or NO: _Yes._   **END.**


Signature of Foreperson _____

Date: _October 19, 2006_