UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.

Plaintiff,

v.

C.A. No. 02-53S

HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY

Defendants.

**JURY VERDICT FORM**

1. Did Metro-Atlantic expect or intend to cause property damage from dioxin contamination?

YES or NO: No.

**If your answer is YES, do not answer any other Questions.**

**If your answer is NO, proceed to Question 2.**

2. With respect to the Century Primary, Century Excess, and OneBeacon policies, was dioxin contamination discoverable in the exercise of reasonable diligence during the policy periods?

YES or NO: No.

**If your answer is YES, proceed to Question 3.**

**If your answer is NO, do not answer Question 3; instead, proceed directly to Question 4.**

3. With respect to the Century Excess policy, does the exclusion in endorsement 6 bar coverage for property damage from dioxin contamination?

YES or NO: ___________

**Proceed to Question 4.**

4. With respect to the North River policy, did dioxin contamination cause actual property damage at the site during the policy period?

YES or NO: Yes.

**If your answer is YES, proceed to Question 5.**

**If your answer is NO, do not answer Question 5.**

5. With respect to the North River Policy, does the pollution exclusion bar coverage?

YES or NO: Yes. **END.**

Signature of Foreperson ______________________

Date: October 19, 2006