UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br>No. 02-053-S |

JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE REGARDING
DUTY TO DEFEND UNDER CENTURY PRIMARY POLICY

Plaintiff, Emhart Industries, Inc. ("Emhart"), and defendant, Century Indemnity Company ("Century"), jointly move that the Court establish the following schedule for post-verdict briefing regarding whether Century has a duty to defend Emhart under the Century Primary Policy.

| Deadline | Date |
|---|---|
| Emhart Initial Submission | November 20, 2006 |
| Century Responding Submission | December 18, 2006 |
| Emhart Reply | January 5, 2007 |

Prior to the commencement of trial, the Court stated that, after trial, it would rule on whether Century had a duty to defend under the Century Primary Policy. Following the jury verdict, the Court requested that the parties reach agreement

concerning a schedule for submissions concerning that issue. Emhart and Century have reached agreement regarding the schedule set forth in this motion.

By their attorneys,

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Alexandra K. Callam (#5359)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
gpetros@haslaw.com

Jack R. Pirozzolo
Richard L. Binder
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 022109
(617) 832-1000

Attorneys for Emhart Industries, Inc.

/s/ James T. McCormick
James T. McCormick (#2614)
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970
mclaw@choiceonemail.com

Lawrence A. Nathanson
Scott E. Levens
Siegal, Napierkowski& Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054
(856) 380-8900

Attorneys for Century Indemnity Company

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2006 a copy of the foregoing Joint Motion to Establish Briefing Schedule Regarding Duty to Defend Under Century Primary Policy to Enforce Subpoena was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Gerald J. Petros
Gerald J. Petros
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com