UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC., Plaintiff, v. HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY, Defendants. | ) | CIVIL ACTION No. 02-053-S |

**JOINT MOTION TO ESTABLISH SCHEDULE FOR FILINGS REGARDING CLAIM FOR REFORMATION OF ONEBEACON INSURANCE POLICY**

Plaintiff, Emhart Industries, Inc. ("Emhart"), and defendant, OneBeacon America Insurance Company ("OneBeacon"), jointly move that the Court establish the following schedule for filing proposed findings of fact and rulings of law in connection with the claim for reformation of OneBeacon Policy No. S-16-07084.

| Deadline | Date |
|---|---|
| OneBeacon and Emhart Initial Submissions | December 15, 2006 |
| OneBeacon and EmhartResponding Submissions | January 16, 2007 |

In support of this motion the parties state that the OneBeacon claim for reformation was tried to the Court. Emhart and OneBeacon have reached agreement regarding the schedule for filing requests for findings of fact and ruling of law that is set

forth in this motion.

By their attorneys,

/s/ Gerald J. Petros
Gerald J. Petros
Alexandra K. Callam
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
gpetros@haslaw.com

Jack R. Pirozzolo
Richard L. Binder
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Attorneys for Emhart Industries, Inc.

/s/ James R. Murphy
James R. Murphy
Kelly N. Michels
Hanson & Curran LLP
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154
jtm@hansoncurran.com

Kevin J. O'Connor
Peter C. Netburn
Hermes, Netburn, O'Connor & Spearing
265 Franklin Street
Boston, Massachusetts 02110
(617) 728-0050

Attorneys for OneBeacon America Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2006 a copy of the foregoing Joint Motion to Establish Schedule for Filing Regarding Claim For Reformation of OneBeacon Insurance Policy was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Gerald J. Petros
Gerald J. Petros
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com