UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY<br><br>Defendants. | C.A. No. 02-53S |

**SCHEDULING ORDER**

A verdict in this case having been reached, and upon the joint request of Plaintiff Emhart Industries, Inc. ("Emhart"), and Defendant Century Indemnity Company ("Century"), it is ordered that:

(1) On or before **November 20, 2006:**

(A) Emhart shall file an initial submission regarding the issues of corporate successorship and Century's duty to defend under the Century Primary Policy;

(B) Emhart shall file post-trial motions and supporting memoranda, if any;

(2) On or before **December 18, 2006**:

(A) Century shall file a responding submission regarding the issues of corporate successorship and Century's duty to defend under the Century Primary Policy;

(B) Defendants, individually or jointly, shall file responses to Emhart's post-trial motions, if any;

(3) On or before **January 5, 2007**:

(A) Emhart shall file a reply regarding the issues of corporate successorship and Century's duty to defend under the Century Primary Policy;

(B) Emhart shall file a reply to Defendants' responses to Emhart's post-trial motions, if any.

IT IS SO ORDERED.

William E. Smith
United States District Judge

Date: 11/8/06