UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.

Plaintiff,

v. C.A. No. 02-53S

HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY

Defendants.

**SCHEDULING ORDER**

A verdict in this case having been reached, and upon the joint request of Plaintiff Emhart Industries, Inc. ("Emhart"), and Defendant OneBeacon America Insurance Co. ("OneBeacon"), it is ordered that:

(1) On or before **December 15, 2006,** OneBeacon and Emhart shall file initial submissions regarding the issue of reformation;

(2) On or before **January 16, 2007,** OneBeacon and Emhart shall file responding submissions regarding the issue of reformation.

IT IS SO ORDERED.

WESmith
William E. Smith
United States District Judge

Date: 11/9/06