UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v. C.A. No. 02-53S

HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY,

Defendants.

**ORDER**

Before the Court is The North River Insurance Co.'s ("North River") Motion for Entry of Separate and Final Judgment pursuant to Fed. R. Civ. P. 54(b). North River argues that "the process should get underway sooner rather than later" because of the discrete legal issues surrounding its policy, a favorable jury verdict, and the absence of reserved and pending issues vis-a-vis Plaintiff Emhart Industries, Inc.'s claims against North River.

This writer recently observed that "Rule 54(b) 'is designed to be used where the problem and circumstances are of an exceptional nature, . . . in order to avoid some perceptible danger of hardship or injustice through delay which would be alleviated by immediate appeal.'" Walden v. City of Providence, No. 04-304, 2006 WL 2455981, at *1 (D.R.I. Aug. 23, 2006) (quoting Bank of New York v.

Hoyt, 108 F.R.D. 184, 187 (D.R.I. 1985)). Under the circumstances of this case, the Court is at pains to see how the passage of a few short months (perhaps weeks) between verdict and final judgment would pose a "danger of hardship or injustice" to North River. And to the extant that North River would be inconvenienced by this delay, interest in an inclusive and neatly-packaged final judgment for the purposes of appeal outbalance such concerns, see Spiegel v. Trustees of Tufts College, 843 F.2d 38, 42 (1st Cir. 1988); in any event, orders under Rule 54(b) "should not be entered routinely or as a courtesy or accommodation to counsel." Walden, 2006 WL 2455981, at *1 (quoting Bank of New York, 108 F.R.D. at 187).

Consequently, North River's Motion for Entry of Separate and Final Judgment is DENIED.

IT IS SO ORDERED.

William E. Smith
United States District Judge

Date: 11/13/06