**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EMHART INDUSTRIES, INC.<br>Plaintiff,<br>v.<br>HOME INSURANCE COMPANY, CENTURY INDEMNITY COMPANY (as successor to INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and United States FIRE INSURANCE COMPANY<br>Defendants | Civil Action No.: 02-53-S |

**DEFENDANTS' MOTION TO EXTEND BRIEFING DEADLINES:**
**<u>ASSENTED TO BY ALL PARTIES</u>**

Defendants The North River Insurance Company, OneBeacon America Insurance Company and Century Indemnity Company as successor to CIC Insurance Co., as successor to Insurance Company of North America (collectively, the "Insurers") hereby move to modify certain deadlines in connection with Emhart's pending motions and submissions in this case [Docket Entries ##459, 460]. As grounds for this motion, the Insurers state that additional time is required because the relevant portions of the trial transcripts that are necessary to complete the briefing are not expected to be available until on or after December 21, 2006.

The Insurers specifically request that the briefing dates be modified as follows:

> Defendants, individually or jointly, shall file responses to Emhart's motions and submissions; Defendant Century shall file a responding submission regarding the issue of corporate successorship and Century's duty to defend under the Century primary policy; and Plaintiff and Defendant, OneBeacon shall file initial submissions regarding the issue of reformation by 1/12/2007;

> Plaintiff shall file a reply to Defendants' responses to Plaintiff's motions and submissions; Plaintiff shall file a reply regarding the issue of corporate successorship and Century's duty to defend

under the Century primary policy; and Plaintiff and OneBeacon shall file responding submissions regarding the issue of reformation by 2/2/2007.

All parties have assented to the requested modification.

**THE NORTH RIVER INSURANCE COMPANY,**
By its attorneys,

*/s/ Michael T. Farley*

Mark T. Nugent, RI Bar# 2637
Michael T. Farley, RI Bar# 6196
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660

**AND ON BEHALF OF DEFENDANTS ONE BEACON AMERICA INSURANCE COMPANY AND CENTURY INDEMNITY COMPANY**

Dated: December 5, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC.<br>Plaintiff,<br>v.<br>HOME INSURANCE COMPANY, CENTURY INDEMNITY COMPANY (as successor to INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, THE NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and United States FIRE INSURANCE COMPANY<br>Defendants | ) | Civil Action No.: 02-53-S |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND BRIEFING DEADLINES: ASSENTED TO BY ALL PARTIES**

Defendants The North River Insurance Company, OneBeacon America Insurance Company and Century Indemnity Company as successor to CIC Insurance Co., as successor to Insurance Company of North America (collectively, the "Insurers") submit this memorandum in support of their request that the Court extend certain briefing deadlines in this case. This request is based upon counsel's understanding from the official court reporter that the relevant portions of the trial transcripts that are necessary to complete the briefing will not be available until or after December 21, 2006.

There are two specific orders to which this request is addressed. The first Scheduling Order is Docket Entry #459, which provides:

> SCHEDULING ORDER: Plaintiffs Post-trial motions and supporting memoranda [including Emhart's initial submission on the issue of corporate successorship and Century's duty to defend under the Century primary policy] due 11/20/06; Defendants, individually or jointly, shall file responses to Emhart's post-trial motions [including Century's response to Emhart's submission on the issue of corporate successorship and Century's duty to defend



626584v1

> under the Century primary policy] by 12/18/2006; Plaintiff to file a reply to Defendants' responses to Plaintiff's post-trial motion [including Emhart's reply on the issue of corporate successorship and Century's duty to defend under the Century primary policy] by 1/5/2007. So Ordered by Judge William E Smith on 11/8/2006. (Baldinelli, Doreen)

The second scheduling order is Docket Entry # 460:

> SCHEDULING ORDER Plaintiff and Defendant, OneBeacon shall file initial submissions regarding the issue of reformation by 12/15/2006; Plaintiff and OneBeacon shall file responding submissions regarding the issue of reformation by 1/16/2007. So Ordered by Judge William E Smith on 11/9/2006. (Baldinelli, Doreen)

Because the trial transcripts are not expected to be available until after the Insurers' initial briefs are due, the Insurers respectfully request extension of the deadlines and to provide a common date for the filing of these briefs as follows:

> Defendants, individually or jointly, shall file responses to Emhart's motions and submissions;[1] Defendant Century shall file a responding submission regarding the issue of corporate successorship and Century's duty to defend under the Century primary policy; [2] and Plaintiff and Defendant, OneBeacon shall file initial submissions regarding the issue of reformation[3] by 1/12/2007;
>
> Plaintiff shall file a reply to Defendants' responses to Plaintiff's motions and submissions;[4] Plaintiff shall file a reply regarding the issue of corporate successorship and Century's duty to defend under the Century primary policy;[5] and Plaintiff and OneBeacon shall file responding submissions regarding the issue of reformation[6] by 2/2/2007.

The Insurers note that they have ordered only those portions of the trial transcript that they believe are necessary for them to brief adequately the issues that are pending before the

---

[1] Originally due 12/18/2006 per docket entry #459.
[2] Originally due 12/18/2006 per docket entry #459.
[3] Originally due 12/15/2006 per docket entry #460.
[4] Originally due 1/5/2007 per docket entry #459.
[5] Originally due 1/5/2007 per docket entry #459.
[6] Originally due 1/16/2007 per docket entry #460.

Court. Although these transcripts were requested promptly, the Insurers have been informed by the official court reporter that these selected excerpts cannot be completed prior to on or about December 21, 2006. In light of the date when the transcripts will be available and the intervening holidays, the Insurers respectfully submit that there is good cause for the Court to extend the deadlines as requested. The Insurers have conferred with Emhart and Emhart has agreed to the requested modifications of the briefing schedule.

For the foregoing reasons, the Insurers respectfully request that the Court modify the Scheduling Orders as requested.

**THE NORTH RIVER INSURANCE COMPANY,**
By its attorneys,

*/s/ Michael T. Farley*

Mark T. Nugent, RI Bar# 2637
Michael T. Farley, RI Bar# 6196
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660
**AND ON BEHALF OF DEFENDANTS ONE BEACON AMERICA INSURANCE COMPANY AND CENTURY INDEMNITY COMPANY**

Dated: December 5, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this motion and memorandum have been filed through the ECF system, and will be sent electronically to all registered participants. I further certify that paper copies will be sent to any counsel who are not able to receive electronic copies.

*/s/ Michael T. Farley*