UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONE BEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY<br><br>Defendants. | CIVIL ACTION NO. CA 02-053S |

## NOTICE OF MANUAL FILING

Please take notice that Century Indemnity Company and One Beacon America Insurance Company have manually filed the Appendix in support of Defendants' Opposition to Plaintiff's Submission to address Corporate Successorship and the Century Primary Policy.

This document has not been filed electronically because:

- The electronic file size of the document exceeds 2.5mb.

The document has been manually served on all parties.

Respectfully submitted,

/s/ James T. McCormick
James T. McCormick (#2614)
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970

## Certificate of Service

I hereby certify that on January 12, 2007, a copy of foregoing Notice of Manual Filing was filed manually and served by mail.

Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02110

Kevin J. O'Connor, Esq.
Peter C. Netburn, Esq.
Michael S. Batson, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
256 Franklin Street, 7th Floor
Boston, MA 02110

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

John T. Harding, Esq.
Michael F. Aylward, Esq
Morrison, Mahoney LLP
250 Summer Street
Boston, MA 02210

Mark T. Nugent, Esq.
Michael Marcello, Esq.
Michael T. Farley, Esq.
Morrison, Mahoney & Miller, LLP
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

Martin F. Segal, Esq.
Scott E. Levens, Esq.
Larry A. Nathanson, Esq.
Siegal, Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

Gerald J. Petros, Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

/s/ James T. McCormick
James T. McCormick