UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,
Plaintiff,

v.

HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,
Defendants.

CIVIL ACTION NO.: 02-053S

# NOTICE OF MANUAL FILING

Please take notice that OneBeacon America Insurance Company has manually filed the Appendix in Support of OneBeacon America Insurance Company's Request for Findings of Fact and Rulings of Law (Reformation Issues).

The document has been filed manually because the electronic file size of the document exceeds 2.5mb. It has been served on all parties.

**ONEBEACON AMERICA INSURANCE COMPANY**
By its Attorneys,

/s/ Kelly N. Michels
James T. Murphy #1698
Kelly N. Michels #6478
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154

Kevin J. O'Connor
Peter C. Netburn
Michael S. Batson
HERMES, NETBURN, O'CONNOR
& SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110
(617) 728-0050
(617) 728-0052 (f)

Dated: January 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2006, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kelly N. Michels, Esq.
Kelly N. Michels