UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br>Defendants. | CIVIL ACTION NO.: 02-053S |

## NOTICE OF MANUAL FILING

Please take notice that Century Indemnity Company and OneBeacon America Insurance Company have manually filed the Appendix in Support of Century Indemnity Company's and OneBeacon America Insurance Company's Opposition to Emhart's Renewed Motion for Judgment as a Matter of Law.

The document has been filed manually because the electronic file size of the document exceeds 2.5mb. It has been served on all parties.

Dated: January 12, 2007

/s/ Kelly N. Michels
James T. Murphy
Kelly N. Michels
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154
- and -
Kevin J. O'Connor
Peter C. Netburn
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
(617) 728-0050

Attorneys for OneBeacon America Insurance Company

Respectfully submitted,

/s/ James T. McCormick
James T. McCormick
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970

- and –
Lawrence A. Nathanson
Scott E. Levens
Siegal, Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054
(856) 380-8900

Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2006, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kelly N. Michels, Esq.
Kelly N. Michels