UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**ASSENTED-TO MOTION OF EMHART INDUSTRIES, INC.**
**TO EXTEND BRIEFING DEADLINE**

Plaintiff, Emhart Industries, Inc. ("Emhart"), moves to extend by one week, from February 2 until February 9, 2007, the deadline in connection with Emhart's reply to Defendants' responses to Emhart's pending motions and submissions in this case, and with Emhart's and OneBeacon's responsive submissions regarding the reformation issue. As grounds for this motion, Emhart states that it requires one week additional time to prepare these submissions. On December 6, 2006, this Court granted Defendants' Motion to Extend Briefing Deadlines in connection with Emhart's pending motions and submissions in this case [Docket Entry #469]. Emhart requests that the briefing date in this Order for its submissions be modified as follows:

> Plaintiff shall file a reply to Defendants' responses to Plaintiff's motions and submissions; Plaintiff shall file a reply regarding the issue of corporate successorship and Century's duty to defend under the Century primary policy; and Plaintiff and OneBeacon shall file responding submissions regarding the issue of reformation by 2/9/2007.

All parties have assented to this one week extension.

Respectfully submitted,

/s/Alexandra K. Callam

Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
acallam@haslaw.com

Counsel for Plaintiff Emhart Industries, Inc.

Jack R. Pirozzolo
Richard L. Binder
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Dated: January 25, 2007

**AND ON BEHALF OF DEFENDANTS ONE BEACON AMERICA INSURANCE COMPANY AND CENTURY INDEMNITY COMPANY**

**Certificate of Service**

I hereby certify that on January 25, 2007, a copy of foregoing Motion to Extend was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/*Alexandra K. Callam
Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (FAX)
acallam@haslaw.com

778171v1 (55451-115705)