**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EMHART INDUSTRIES, INC.<br>Plaintiff,<br><br>HOME INSURANCE COMPANY, CENTURY INDEMNITY COMPANY (as successor to INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and United States FIRE INSURANCE COMPANY<br>Defendants | Civil Action No.: 02-53-S |

**WITHDRAWAL OF APPEARANCE**

Now comes Michael T. Farley, #6196 and hereby withdraws his appearance for Defendant, The North River Insurance Company in the above-entitled matter.

**THE NORTH RIVER INSURANCE COMPANY,**
By its attorneys,

Mark T. Nugent, RI Bar# 2637
Michael T. Farley, RI Bar# 6196
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-1660

**CERTIFICATE OF SERVICE**

I hereby certify that this motion and memorandum have been filed through the ECF system, and will be sent electronically to all registered participants. I further certify that paper copies will be sent to any counsel who are not able to receive electronic copies.

*/s/ Michael T. Farley*