UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC., )

Plaintiff, )

v. C. A. NO.: CA 02-053S

HOME INSURANCE COMPANY, INSURANCE )
COMPANY OF NORTH AMERICA, LIBERTY )
MUTUAL INSURANCE COMPANY, NORTH )
RIVER INSURANCE COMPANY, ONEBEACON)
AMERICA INSURANCE COMPANY, and )
UNITED STATES FIRE INSURANCE )
COMPANY, )
Defendants. )

**ONEBEACON'S MOTION FOR LEAVE TO FILE A RESPONSE TO EMHART INDUSTRIES, INC.'S POST-TRIAL MEMORANDUM**

The Court's March 27, 2007 Order requested additional briefing on certain limited topics relating to the duty to defend. Instead of responding to the issues raised by the Court, Emhart Industries, Inc. ("Emhart") has filed a forty-two page memorandum and hundreds of pages of additional materials raising issues and making contentions never before raised in this case.

Among the new issues and contentions raised are that (1) OneBeacon has a present duty to defend Emhart, (2) OneBeacon breached its duty to defend and (3) OneBeacon is estopped by that alleged breach from disputing its duty to indemnify Emhart. These issues are beyond the scope of Emhart's claims against OneBeacon. Emhart's Complaint includes only a single declaratory judgment count against OneBeacon, seeking a declaration that "following exhaustion of the underlying primary

insurance coverage, OneBeacon is required to defend and/or indemnify Emhart with respect to the Claim." Complaint, ¶65.

These newly raised issues and contentions represent a thinly veiled and belated attempt by Emhart to recast the case it already has tried and lost. OneBeacon seeks leave to file a response to Emhart's newly raised issues and contentions. If the Court allows this motion, OneBeacon will file its response within seven days.

WHEREFORE, OneBeacon requests that the Court grant (1) leave to file a response to Emhart's memorandum, within seven days of this motion being allowed, and (2) such other and further relief as is just and appropriate.

**ONEBEACON AMERICA INSURANCE COMPANY**
By its Attorneys,

/s/ Kevin J. O'Connor
__________________________________

James T. Murphy #1698
Kelly N. Michels #6478
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154

Kevin J. O'Connor
Peter C. Netburn
Hermes, Netburn, O'Connor
& Spearing, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110
(617) 728-0050
(617) 728-0052 (f)

Dated: April 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 26, 2007.

/s/ Kevin J. O'Connor
Kevin J. O'Connor