UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY<br><br>Defendants. | CIVIL ACTION<br>NO. CA 02-053S<br><br>**DEFENDANT CENTURY INDEMNITY COMPANY'S MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY AND TO ADJOURN THE EVIDENTIARY HEARING** |

Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), by its attorneys, respectfully moves for leave to take limited discovery to prepare for the evidentiary hearing scheduled for May 21, 2007, and further requests that the evidentiary hearing be adjourned 30 days to allow Century to take discovery, prepare for the evidentiary hearing, and to accommodate Century's attorneys and principal witness, who have previously scheduled business and personal commitments that interfere with their preparation for and attendance at the evidentiary hearing. In support of its motion, Century says as follows:

1. On May 1, 2007, the Court entered an Order scheduling an evidentiary hearing for Monday, May 21, 2007 at 9:00 a.m., to address the following issues: (A) Emhart's defense costs as of October 19, 2006; (B) the amount of those costs that Century should bear; (C) whether Century breached its duty to defend Emhart under the Primary Policy or the Excess

Policy, or both; and (D) the appropriate damages that Century should bear if Century has breached its duty to defend Emhart under either policy.

2. Century seeks to take the following limited discovery to prepare for the evidentiary hearing:

A. Century seeks documents relating to Emhart's underlying defense costs through October 19, 2006. Before trial, Emhart only produced documents relating to its underlying defense costs through June 30, 2006. Century has asked Emhart to supplement its production and to produce any additional documents evidencing Emhart's defense costs from July 1, 2006 to October 19, 2006.

B. Century seeks to depose Jerome Muys, who is defending Emhart in the underlying action and is Emhart's expert witness on the reasonableness of Emhart's defense costs. The deposition will be limited to any work Mr. Muys or his firm has done since Mr. Muys was last deposed in February 2006.

C. Century seeks to have an environmental attorney review all of Emhart's defense costs, including any new documents Emhart produces relating to its defense costs from July 1, 2006 through October 19, 2006, to determine whether the costs are reasonable and necessary. Century has already hired such an attorney, and he has begun his review. Based on the outcome of the review, Century may ask the attorney to testify at the evidentiary hearing.

D. Century seeks to depose a designated witness from Black & Decker and a designated witness from Liberty Mutual on (1) the amount assigned to the Centredale Manor Superfund Site in the settlement agreement between Black & Decker and Liberty Mutual, and (2) the allocation of that amount between defense costs and indemnity. This

discovery may be relevant to the amount of defense costs Century should bear if the Court accepts Emhart's position on allocation.

3. Century requests a 30 day extension of the evidentiary hearing to take this discovery and to prepare for the evidentiary hearing.

4. Century also seeks a 30 day extension of the evidentiary hearing to accommodate the following previously scheduled personal and business conflicts of its principal witness and attorneys that interfere with their preparation for and attendance at the evidentiary hearing:

A. Alexandra Zajac, Century's principal witness, is involved in an on-going series of negotiations and a mediation that is scheduled through the week of May 21. A meeting of the principals may be scheduled that week as well.

B. Lawrence Nathanson's daughter's Religious School Confirmation is scheduled for Wednesday, May 23, 2007. In addition, Mr. Nathanson has depositions scheduled for May 8 and May 18, and a brief in opposition to a motion for partial summary judgment due on May 21, in a case pending in state court in North Carolina.

C. Scott Levens' wife is pregnant and is due on May 16, 2007. In addition, Mr. Levens has depositions and a continuing mediation scheduled through June 4, in a case pending in state court in New Jersey.

D. James McCormick has a trial scheduled for May 10 through May 17, a second trial that is presently scheduled to begin on May 16, and is on 48-hour notice for a third trial that is expected to be called during the week of May 21. All three cases are in state court in Providence, Rhode Island.

5. The Court's May 1, 2007 Order refers to a "forthcoming opinion" that will discuss the Court's reasons in depth. Century would like to review that opinion to prepare for the evidentiary hearing.

6. If the Court agrees to adjourn the evidentiary hearing, Century respectfully requests that the Court schedule a conference, in person or by telephone, to discuss a new date for the evidentiary hearing.

WHEREFORE, Century respectfully requests that the Court allow Century to take the limited discovery set forth above, and adjourn the evidentiary hearing 30 days to allow Century to take the limited discovery, prepare for the evidentiary hearing, and accommodate the previously scheduled personal and business prior commitments of Century's principal witness and its attorneys, or, in the alternative, grant any and all other relief that is appropriate.

Dated: May 8, 2007

McKENNA & McCORMICK

By: /s/ James T. McCormick

James T. McCormick (#2614)
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970

- and -

Lawrence A. Nathanson
Scott E. Levens
SIEGAL, NAPIERKOWSKI & PARK
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054
(856) 380-8910

Attorneys for Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2007, a copy of the foregoing Defendant Century Indemnity Company's Motion for Leave to Take Limited Discovery and to Adjourn the Evidentiary Hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ James T. McCormick

James T. McCormick (#2614)
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY<br><br>Defendants. | CIVIL ACTION<br>NO. CA 02-053S<br><br>**MEMORANDUM IN SUPPORT OF DEFENDANT CENTURY INDEMNITY COMPANY'S MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY AND TO ADJOURN THE EVIDENTIARY HEARING** |

Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, relies on the reasons set forth in its motion.

Dated: May 8, 2007

McKENNA & McCORMICK

By: /s/ James T. McCormick
James T. McCormick (#2614)
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970

- and -

Lawrence A. Nathanson
Scott E. Levens
SIEGAL, NAPIERKOWSKI & PARK
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054
(856) 380-8910

Attorneys for Defendant Century

EMHART\050407BR.ADJ

Indemnity Company, as successor to CCI
Insurance Company, as successor to Insurance
Company of North America

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2007, a copy of the foregoing Memorandum in Support of Defendant Century Indemnity Company's Motion For Leave to Take Limited Discovery and to Adjourn the Evidentiary Hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ James T. McCormick
James T. McCormick (#2614)
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970