**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EMHART INDUSTRIES, INC.,
Plaintiff,

v. C.A. No. 02-053-S

HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,
Defendants.

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Emhart Industries, Inc. hereby moves that Adam M. Weisberger be admitted pro hac vice in the above case as counsel with local counsel identified below on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes:
  Insurance Coverage Litigation

- Pro hac vice counsel's firm's long-standing representation of the client:
  Emhart Industries, Inc.

- The local trial bar lacks experience in the field of:
  __________

- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically:
  __________

- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows:
  __________

- It is a criminal case and pro hac vice counsel is defendant's counsel of choice.

______________________________________________

- Other: ______________________________________________

______________________________________________

I hereby represent that I am a member in good standing of the bar of the State of Rhode Island and that I am actively engaged in the practice of law out of an office located in this state.

/s/ Gerald J. Petros
Gerald J. Petros, RI Bar ID #2931
Attorney for: Emhart Industries, Inc.

Dated: June 1, 2007

Adam Weisberger
Pro Hac Vice Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on ~~May~~ June 1st, 2007, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Gerald J. Petros
Gerald J. Petros (#2931)

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Massachusetts , the Federal District Court and the First Circuit Court of Appeals of Massachusetts, and my eligibility to practice before these courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided.)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case, I have associated with local counsel identified below and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Adam Weisberger

Adam M. Weisberger (BBO#646844)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
617.832.1740
617.832.7000
aweisberger@foleyhoag.com

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
401.274.2000
401.277.9600
gpetros@haslaw.com

---

**ORDER:** This motion is hereby ______________________________.

______________________________
U.S. District Judge

Date:______________________________