UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053 S |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Local Rule Gen 206(e), Kirk Hanson of the law firm of Foley Hoag LLP hereby withdraws his appearance on behalf of plaintiff, Emhart Industries, Inc. ("Emhart"), in the above-referenced matter. Mr. Hanson previously entered his appearance *pro hac vice*. Emhart continues to be represented in this matter by Jack R. Pirozzolo of the law firm of Foley Hoag LLP and by Gerald J. Petros, Mitchell R. Edwards and Alexandra K. Callam of the law firm of Hinckley, Allen & Snyder LLP. These counsel are familiar with the facts of the case and are fully prepared to address any pending matters without delaying the case.

Respectfully submitted,

Kirk Hanson
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
tel: 617.832.1000
fax: 617.832.7000
khanson@foleyhoag.com

Dated: May 30, 2007

Counsel for Plaintiff, Emhart Industries, Inc.

803185

**CERTIFICATION**

To:

James T. Murphy, Esquire
Kelly N. Michels, Esquire
Hanson Curran LLP
146 Westminster Street
Providence, Rhode Island 02903

Peter C. Netburn, Esquire
Kevin J. O'Connor, Esquire
Michael S. Batson, Esquire
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street, 7th Floor
Boston, Massachusetts 02110

Mark T. Nugent, Esquire
Michael Marcello, Esquire
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, Rhode Island 02903-7141

Michael F. Aylward, Esquire
John T. Harding, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210

James T. McCormick, Esquire
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, Rhode Island 02903

Kimball Ann Lane, Esquire
Duane Morris LLP
380 Lexington Avenue
New York, New York 10168-0002

Martin F. Siegal, Esquire
Scott E. Levens, Esquire
Lawrence A. Nathanson, Esquire
Siegal Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, New Jersey 08054

I hereby certify that on the 31st day of May, 2007, a copy of the within Notice of Withdrawal of Appearance was served by first class mail, postage prepaid, upon counsel of record as listed above.

Joanne L Mansell

803185