UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

HOME INSURANCE COMPANY,
INSURANCE COMPANY OF NORTH AMERICA,
LIBERTY MUTUAL INSURANCE COMPANY,
NORTH RIVER INSURANCE COMPANY,
ONEBEACON AMERICA INSURANCE COMPANY
and UNITED STATES FIRE INSURANCE COMPANY,

Defendants.

Civil Action No. 02-053-S

**ONE BEACON AMERICA INSURANCE COMPANY'S REQUEST FOR RULINGS OF LAW AND FINDINGS OF FACT**

OneBeacon America Insurance Company ("OneBeacon") hereby requests that the Court make the following findings of fact and rulings of law regarding the claims of Emhart Industries, Inc. ("Emhart") that OneBeacon has a duty to defend Emhart.

**A. Requested Findings of Fact**

1. Through October 19, 2006, Emhart had not incurred indemnification costs exceeding $1.0 million.

2. The limits of liability of the policies underlying the OneBeacon Excess Policy (the Century Primary Policy and the Century Excess Policy) are $1.1 million.

3. As of October 19, 2006, the limit of liability of the policies underlying the OneBeacon Excess Policy had not been exhausted.

4. OneBeacon incorporates herein the proposed findings of fact requested in paragraphs 3, 4, 5, 6, 7, 8 and 9 of Defendant Century Indemnity Company's Proposed Findings of Fact and Conclusions of Law.

**B. Requested Rulings of Law**

1. OneBeacon has no duty to defend Emhart because Emhart's indemnification costs have not exhausted underlying coverage. (Order, May 1, 2007).[1]

2. OneBeacon has not breached any duty to defend Emhart.

3. OneBeacon incorporates herein the proposed conclusions of law requested in paragraphs 3, 6, 8, 9, 10, 11, 12 and 13 of Defendant Century Indemnity Company's Proposed Findings of Fact and Conclusions of Law.

Respectfully submitted,

/s/ Kevin J. O'Connor
James T. Murphy (#1698)
Kelly N. Michels (#6478)
HANSON CURRAN LLP
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154

Kevin J. O'Connor *(pro hac vice)*
Peter C. Netburn *(pro hac vice)*
HERMES, NETBURN,
O'CONNOR & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, Massachusetts 02110
(617) 728-0050

Counsel for ONEBEACON AMERICA INSURANCE COMPANY

[1] OneBeacon reserves and does not waive any and all rights of appeal arising out of the Court's Order dated May 1, 2007.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 20, 2007.

/s/ Kevin J. O'Connor
Kevin J. O'Connor