UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053-S |

**STIPULATION OF FACTS**

Emhart Industries, Inc. ("Emhart" or "Plaintiff"), Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), and OneBeacon America Insurance Company (collectively, "the Parties"), by their respective attorneys, hereby submit the following stipulation of facts in connection with the evidentiary hearing scheduled for June 25, 2007 in the above-captioned matter.

1. With respect to the following documents listed on Plaintiff's Exhibit List, filed as an exhibit to its Proposed Findings of Fact and Conclusions of Law, the Parties stipulate as follows:

a. Exhibits 1, 2, 3, 8, 9, 10, 11, 12, 13A through 13L, 15 (to the extent of the documents encompassed in bates range PTL-EMH 0001-0112), 17B, 20, 22, 24, 25 and 26 are admissible in evidence.

b. Exhibits 17A, 19, 21 and 23 may be used as demonstrative exhibits.

c. Exhibit 18A may be used as a demonstrative exhibit, subject to the Court's ruling on relevance.

2. With respect to the documents Century seeks to offer, the Parties stipulate as follows:

a. The documents marked at trial as Plaintiff's Exhibits 1, 2, 12, 13, 15 and 16 have already been admitted.

b. The documents marked at trial as Plaintiff's Exhibits 14, 17, 18A, 20, 21A, 22A, 23, 24A, 26, 27, 28, 29, 30B, 31, 32, 33, 35, 128A, 167, 167A, 168, 169 and 170 are admissible in evidence.

c. The documents marked at trial as Defendants' Exhibits 3, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 221, 248, 273, 278, 284, 288, 304, 322, 329, 331, 332, 335, 339, 340, 348, 351, 359, 360, 361, 362, 364; 365, 366, 367, 374, 375 377, 394, 396, 408, 429, 431, 432, 441, 442, 446, 452, 460, 462, 474, 475, 481, 501, 504, 505, and 508 are admissible in evidence.

d. The documents marked at trial as Defendants' Exhibits 241, 246, 295, 298, 300, 304, 378 and 396 are admissible in evidence, subject to the Court's ruling on relevance.

3. Century will not challenge Emhart's defense costs on the grounds that they were not paid by Emhart or its parent company, Black & Decker.

4. Through October 19, 2006, Emhart has incurred defense costs for legal services and consultants in connection with the Centredale Manor Superfund Site in North Providence, Rhode Island (the "Site") in the amount of $4,408,958.80 that are reflected on invoices from Swidler Berlin Shereff Friedman, LLP and Bingham McCutchen LLP.

5. Through October 19, 2006, the indemnification costs incurred by Emhart did not exceed $1.0 million.

6. This Stipulation is admissible in evidence.

Respectfully submitted,

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000

Jack R. Pirozzolo (*pro hac vice*)
Adam M. Weisberger (*pro hac vice*)
Elisa K. Nethercott (*pro hac vice*)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Counsel for EMHART INDUSTRIES, INC.

/s/ Lawrence A. Nathanson
Lawrence A. Nathanson (*pro hac vice*)
Scott E. Levens (*pro hac vice*)
SIEGAL, NAPIERKOWSKI & PARK
533 Fellowship Road, Suite 120
Mt. Laurel, New Jersey 08054
(856) 380-8910

James T. McCormick (#2614)
MCKENNA & MCCORMICK
128 Dorrance Street, Suite 330
Providence, Rhode Island 02903
(401) 831-2970

Counsel for CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA

/s/ Kevin J. O'Connor
Kevin J. O'Connor (*pro hac vice*)
Peter C. Netburn (*pro hac vice*)
HERMES, NETBURN,
O'CONNOR & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, Massachusetts 02110
(617) 728-0500

James T. Murphy (#1698)
Kelly N. Michels (#6478)
HANSON CURRAN LLP
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154

Counsel for ONEBEACON AMERICA INSURANCE COMPANY

Dated: June 22, 2007

**CERTIFICATE OF SERVICE**

To:

James T. Murphy, Esquire
Kelly N. Michels, Esquire
Hanson Curran LLP
146 Westminster Street
Providence, Rhode Island 02903

Peter C. Netburn, Esquire
Kevin J. O'Connor, Esquire
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street, 7th Floor
Boston, Massachusetts 02110

Mark T. Nugent, Esquire
Michael Marcello, Esquire
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, Rhode Island 02903-7141

Michael F. Aylward, Esquire
John T. Harding, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210

James T. McCormick, Esquire
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, Rhode Island 02903

Kimball Ann Lane, Esquire
Duane Morris LLP
380 Lexington Avenue
New York, New York 10168-0002

Scott E. Levens, Esquire
Lawrence A. Nathanson, Esquire
Siegal Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, New Jersey 08054

I hereby certify that I caused a copy of the foregoing to be filed with the Court's CM/ECF system and sent electronically to the parties identified as registered participants on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties not registered as participants.

/s/ Gerald J. Petros__________________

811914v1