AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## District of Rhode Island

Emhart Industries v. Home Insurance Company, et Al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA06-53S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Adam Weisberger, Jack Pirozzolo, Alexanda Callam | Lawrence Nathanson, Ralph Lepore, James McCormick |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| June 25 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/25/07 | | | W-1 Jerome C. Muys Jr. |
| P 22 | | " | ID | FULL | Centerdale Manor Site Event |
| P 13g | | " | ID | FULL | Map of Centerdale Site |
| P 17A | | 6/26/07 | ID | FULL | Summary Chart for Legal Invoices |
| P 20 | | 6/25/07 | | FULL | Summary of invoices |
| P 18A | | 6/25/07 | ID | | Summary Chart for non-legal consultant invoices |
| P 19 | | 6/26/07 | ID | FULL | Summary Chart of legal disbursements |
| P 15 | | 6/25/07 | | FULL | Bingham McCutchen bills from 7/5/06 - 10/30/06 |
| P 17B | | 6/26/07 | ID | FULL | Supporting Documents for exhibit 17A |
| P 9 | | 6/25/07 | | FULL | Kastrinos Slide: Area Map |
| P 10 | | ↑ | | FULL | Kastrinos Slide: Topographic detail |
| P 11 | | | | FULL | Kastrinos Slide: Site profile |
| P 12 | | | | FULL | Kastrinos Slide: Dioxins in soil |
| P 24 | | | | FULL | Summary of Invoices |
| P 25 | | | | FULL | Summary of Invoices |
| P 21 | | | ID | FULL | Summary Chart of legal hours worked by time Keeper |
| P 26 | | | | FULL | Summary of Invoices \| checks comprising Emharts payment to PRP |
| P 1 | | | | FULL | Unilateral Administrative Order for Removal Action |
| P 2 | | | | FULL | Second Administrative Order for Removal Action |
| P 3 | | | | FULL | Third Administrative Order On Consent for Removal |
| P 8 | | ↓ | | FULL | EPA Power Point Presentation |
| P 13A-13F | | 6/25/07 | | FULL | Map of Centerdale Site |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Emhart Industries v. Home Insurance Co., et al CASE NUMBER: CA02-53S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| P13h | - 13L | 6/25/07 | | Full | Map of Centerdale Site |
| | | | | | |
| | | 6/26/07 | | | DAY 2 |
| P 18B | | ↑ | | Full | Supporting documents for Exhibit 18A |
| P 37 | | | | Full | Stipulation filed 6/22/07 |
| P 38 | | | | Full | Stipulation filed 9/8/06 |
| P 36B | | ↓ | | Full | Technical Consultant Cost |
| | | 6/26/07 | | | W-2 Jeffrey J. Loureiro |
| | | ↑ | | | W-3 Christopher P. Davis |
| P 36A | | | | Full | AMEC's invoice |
| P 28 | | ↓ | ~~ID~~ | Full | Summary Chart of Emhart legal fees adjustments |
| P 23 | | 6/26/07 | ~~ID~~ | Full | Summary Chart indicating a comparison of legal rates |
| | | | | | W-4 Alexandra Zajac |
| T P 20 | | | | Full | Letter dated August 10, 1999 |
| | D 273 | | | Full | Letter dated 2/9/2000 |
| T P 21A | | | | Full | Letter dated March 14, 2000 |
| T P 22A | | | | Full | Letter dated 4/21/2000 |
| | D 322 | | | Full | Letter dated 10/17/2000 |
| T P 23 | | | | Full | Letter dated 10/23/2000 |
| | D 329 | | | Full | Letter dated 10/31/2000 |
| | D 331 | | | Full | Letter dated 11/6/2000 |
| T P 24A | | | | Full | Letter dated 11/22/2000 |
| | D 340 | | | Full | Internal Memo |
| T P 26 | | | | Full | Letter dated 12/12/2000 |
| T P 27 | | | | Full | Letter dated January 23, 2001 |
| | D 365 | | | Full | Checklist created by a policy search |
| T P 28 | | | | Full | Letter dated 1/11/2001 |

AO 187A (Rev. 7/87)

EXHIBIT AND WITNESS LIST - CONTINUATION

Emhart Industries v. Home Insurance Co. et al CASE NUMBER: CA02-535

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| TP 29 | | 6/26/07 | | Full | Letter dated April 9, 2001 |
| | D 431 | " | | Full | Request for a policy search |
| | D 508 | " | | Full | Policy search check list |
| | D 446 | | | Full | Fax Cover Sheet |
| TP 18A | | | | Full | Letter dated July 21, 1999 |
| | D 460 | | | Full | Letter dated Sept 11, 2003 |
| | D 35 | | | Full | Letter dated July 10, 2003 |
| | D 475 | | | Full | Letter dated 1/29/04 |
| | D 501 | | | Full | Letter dated April 20, 2005 |
| | | | | | Day 3 |
| | | 6/27/07 | | | W-4 - Alexandra Zajac Δ 1st wit. |
| | | | | | W-5. Larry Silver Δ 2nd wit. |
| | 602 | | ID. | obj / Full | Chart - Billing rate |
| | 603 | | ID | Full | docs - Centredale Manor Restoration - letters. |
| | 604 | | ID | obj / Full | flow chart. |
| | 605 | | ID. | Full. | docs - worksheets - supplemented 3 worksheets. |
| | 606 | | ID | obj / Full | Adjusted estimates of Emhart over-billing. |
| | | | | | Day 4. |
| | | 7/2/07 | | | W-5 Larry Silver - cross continued. |
| 39 | | | ID | Full. | Court doc CA05-1955 Submission by Emhart |
| | 602a | | | obj / Full | Surveys related to 602 |
| | | | | | |
| | | | | | π Rebuttal witness - Muys. |
| | | | | | |
| 40 | | | ID | obj / Full | Brook Village Consent Decree |
| 41 | | | ID | obj / Full | Centredale Consent Decree |
| 42 | | | ID | Full | Settlement agreement. |



— End —