UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053-S |

**PLAINTIFF'S MEMORANDUM**
**IN SUPPORT OF ITS PROPOSED JUDGMENT**

Pursuant to this Court's September 25, 2007 opinion and order ("Order"), Plaintiff Emhart Industries, Inc. ("Emhart") hereby submits this memorandum setting forth its calculation of the amount of prejudgment interest that is owed to Emhart by Defendant Century Indemnity Company ("Century")[1] based on the Court's award of defense costs in the amount of $4,211,186.66. Pursuant to R.I. Gen. Laws § 9-21-10, and as set forth below, Century owes Emhart $1,598,867.29 in prejudgment interest. Thus the total of defense costs and prejudgment interest owed Emhart by Century is $5,810,053.95. Attached hereto as Exhibit A is a spreadsheet reflecting the steps performed in calculating the prejudgment interest. Attached hereto as Exhibit B is Emhart's proposed Judgment.

[1] Century is successor to Defendant Insurance Company of North America.

As an initial matter, because of stipulations previously entered in this case, Emhart divided the defense costs on which it calculated prejudgment interest into two categories: (1) legal fees, and (2) technical consultant costs.

1. Interest on Emhart's Legal Defense Costs. Pursuant to the Order, Emhart is entitled to reimbursement of its defense costs incurred from November 22, 2000 to the date of jury verdict in October 2006 (the "Applicable Period"). Order at 45, 48 n.23. Accordingly, Emhart calculated the prejudgment interest from the period of time beginning with the first day of the month of the invoice's due date and ending on September 30, 2007 on each legal invoice covering work performed during the Applicable Period, based on simple interest at an annual rate of 12%. The sum of these amounts is $1,578,160.38.

2. Interest on Emhart's Technical Consultant Defense Costs. The parties stipulated to the amount of Emhart's technical consultant defense costs in two separate exhibits entered into evidence: Plaintiff's Exhibit Nos. 36B and 37. The total of these two amounts equals $331,659.12. The total was then evenly distributed over the months making up the Applicable Period and the interest on each amount was calculated based on simple interest at an annual rate of 12%.[2] The sum of these amounts is $125,679.62.

3. Deduction for Interest Related to the Court's 3% Attorneys' Fee Discount. The Court ordered a reduction of 3% of Emhart's attorneys' fees. Order at 57, 65. This reduction, which totals $127,717.35, was evenly distributed over the months comprising the Applicable Period and the interest on each amount was calculated based on simple interest at an annual rate

[2] Unlike the per-invoice calculation of interest on the attorneys' fees, the interest on the technical consultant invoices was calculated by evenly spreading these costs over the Applicable Method. This method was more efficient than retrieving each consultant invoice and calculating interest due thereon, in light of the relatively small principal amount and the stipulations that would have required various adjustments to be made on each invoice.

of 12%. The sum of these amounts is $57,472.72 and is deducted the sum of the prejudgment interest set forth in paragraphs 1 and 2 above.

4. Deduction for Interest Related to the Court's Settlement Offset. The Court ordered that $250,000 allocated to defense costs incurred by Emhart in connection with the Centredale Manor Site under Emhart's settlement agreement with another insurer be set off against Emhart's total defense costs. Order at 63–65. Accordingly, prejudgment interest due on this amount should not be included in the award to Emhart. Emhart has calculated the prejudgment interest on the $250,000 settlement amount by (1) evenly spreading this amount across the months from March 2005, when the settlement was executed, until the end of October 2006, the month when the jury verdict in this action was returned, and (2) computing the interest on each monthly amount based on simple interest at an annual rate of 12%. The sum of these amounts is $47,499.99 and is also deducted from the prejudgment interest calculated as the sum of paragraphs 1 and 2 above.

The per diem amount of $1,384.50 in prejudgment interest is based on a annual rate of simple interest of 12% on the Court's award of $4,211,186.66.

Emhart submits that the foregoing calculation of prejudgment interest is accurate and reasonable under the circumstances of this case.

Respectfully submitted,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000

Jack R. Pirozzolo (*pro hac vice*)
Adam M. Weisberger (*pro hac vice*)
Elisa K. Nethercott (*pro hac vice*)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Counsel for EMHART INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

To:

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Peter C. Netburn, Esq.
Kevin J. O'Connor, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street, 7th Floor
Boston, MA 02110

Mark T. Nugent, Esq.
Michael Marcello, Esq.
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI

Michael F. Aylward, Esq.
John T. Harding, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

James T. McCormack, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Kimball Ann Lane, Esq.
Duane Morris LLP
380 Lexington Avenue
New York, NY 10168

Lawrence A. Nathanson, Esq.
Scott E. Levins, Esq.
Siegal Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

I hereby certify that I caused a copy of Emhart's Memorandum in Support of its Proposed Judgment Dated October 5, 2007 to be filed with the Court's CM/ECF system and sent electronically to the parties identified as registered participants on the Notice of Electronic Filing (NEW) and paper copies will be sent to those parties not registered as participants on October 5, 2007.

/s/ Gerald J. Petros

# EXHIBIT A

Prejudgment Interest on Legal Fees

| Invoice Date | Due Date | Amount | Total Months | Prejudgment Interest |
|---|---|---|---|---|
| 11/21/2000 | 12/21/2000 | $7,133.62 | 81 | $5,778.23 |
| 12/21/2000 | 1/21/2001 | $2,368.75 | 80 | $1,895.00 |
| 1/23/2001 | 2/23/2001 | $4,601.00 | 79 | $3,634.79 |
| 2/22/2001 | 3/22/2001 | $9,154.78 | 78 | $7,140.73 |
| 3/13/2001 | 4/13/2001 | $32,085.48 | 77 | $24,705.82 |
| 4/23/2001 | 5/23/2001 | $64,630.43 | 76 | $49,119.13 |
| 5/17/2001 | 6/17/2001 | $42,663.94 | 75 | $31,997.96 |
| 6/20/2001 | 7/20/2001 | $23,004.71 | 74 | $17,023.49 |
| 7/31/2001 | 8/31/2001 | $55,365.77 | 73 | $40,417.01 |
| 8/17/2001 | 9/17/2001 | $97,497.50 | 72 | $70,198.20 |
| 9/20/2001 | 10/20/2001 | $32,295.02 | 71 | $22,929.46 |
| 10/16/2001 | 11/16/2001 | $60,061.68 | 70 | $42,043.18 |
| 10/16/2001 | 11/16/2001 | $62.45 | 70 | $43.72 |
| 11/20/2001 | 12/20/2001 | $43,512.21 | 69 | $30,023.42 |
| 11/20/2001 | 12/20/2001 | $8,448.05 | 69 | $5,829.15 |
| 12/18/2001 | 1/18/2002 | $32,225.01 | 68 | $21,913.01 |
| 12/18/2001 | 1/18/2002 | $3,614.31 | 68 | $2,457.73 |
| 1/18/2002 | 2/18/2002 | $42,593.97 | 67 | $28,537.96 |
| 1/18/2002 | 2/18/2002 | $2,051.63 | 67 | $1,374.59 |
| 2/21/2002 | 3/21/2002 | $43,396.09 | 66 | $28,641.42 |
| 2/21/2002 | 3/21/2002 | $9,167.83 | 66 | $6,050.77 |
| 3/27/2002 | 4/27/2002 | $33,365.03 | 65 | $21,687.27 |
| 3/27/2002 | 4/27/2002 | $28,524.33 | 65 | $18,540.81 |
| 4/17/2002 | 5/17/2002 | $1,942.88 | 64 | $1,243.44 |
| 4/17/2002 | 5/17/2002 | $28,659.55 | 64 | $18,342.11 |
| 5/20/2002 | 6/20/2002 | $41,510.33 | 63 | $26,151.51 |
| 5/20/2002 | 6/20/2002 | $2,659.21 | 63 | $1,675.30 |
| 6/20/2002 | 7/20/2002 | $52,975.67 | 62 | $32,844.92 |
| 6/20/2002 | 7/20/2002 | $8,445.05 | 62 | $5,235.93 |
| 7/18/2002 | 8/18/2002 | $48,766.63 | 61 | $29,747.64 |
| 7/18/2002 | 8/18/2002 | $16,595.36 | 61 | $10,123.17 |
| 8/15/2002 | 9/15/2002 | $12,200.52 | 60 | $7,320.31 |
| 8/15/2002 | 9/15/2002 | $1,965.49 | 60 | $1,179.29 |
| 9/18/2002 | 10/18/2002 | $18,033.02 | 59 | $10,639.48 |
| 9/18/2002 | 10/18/2002 | $231.32 | 59 | $136.48 |
| 10/15/2002 | 11/15/2002 | $29,487.62 | 58 | $17,102.82 |
| 10/15/2002 | 11/15/2002 | $12,010.46 | 58 | $6,966.07 |
| 11/14/2002 | 12/14/2002 | $48,745.76 | 57 | $27,785.08 |
| 11/14/2002 | 12/14/2002 | $10,162.36 | 57 | $5,792.55 |
| 12/17/2002 | 1/17/2003 | $36,792.95 | 56 | $20,604.05 |
| 12/17/2002 | 1/17/2003 | $4,924.96 | 56 | $2,757.98 |
| 1/17/2003 | 2/17/2003 | $2,740.94 | 55 | $1,507.52 |
| 1/17/2003 | 2/17/2003 | $57,587.67 | 55 | $31,673.22 |
| 2/21/2003 | 3/21/2003 | $59,235.90 | 54 | $31,987.39 |
| 2/21/2003 | 3/21/2003 | $27,759.36 | 54 | $14,990.05 |
| 3/26/2003 | 4/26/2003 | $27,447.35 | 53 | $14,547.10 |
| 3/26/2003 | 4/26/2003 | $3,371.25 | 53 | $1,786.76 |
| 4/16/2003 | 5/16/2003 | $22,865.58 | 52 | $11,890.10 |
| 4/16/2003 | 5/16/2003 | $3,572.71 | 52 | $1,857.81 |
| 5/20/2003 | 6/20/2003 | $37,732.09 | 51 | $19,243.37 |
| 5/20/2003 | 6/20/2003 | $9,726.27 | 51 | $4,960.40 |

Prejudgment Interest on Legal Fees

| Invoice Date | Due Date | Amount | Total Months | Prejudgment Interest |
|---|---|---|---|---|
| 6/19/2003 | 7/19/2003 | $34,340.65 | 50 | $17,170.33 |
| 6/19/2003 | 7/19/2003 | $26,462.34 | 50 | $13,231.17 |
| 7/21/2003 | 8/21/2003 | $19,816.14 | 49 | $9,709.91 |
| 7/21/2003 | 8/21/2003 | $24,926.25 | 49 | $12,213.86 |
| 8/14/2003 | 9/14/2003 | $34,370.03 | 48 | $16,497.61 |
| 8/14/2003 | 9/14/2003 | $11,763.81 | 48 | $5,646.63 |
| 9/25/2003 | 10/25/2003 | $44,977.94 | 47 | $21,139.63 |
| 9/25/2003 | 10/25/2003 | $16,239.95 | 47 | $7,632.78 |
| 10/27/2003 | 11/27/2003 | $21,563.20 | 46 | $9,919.07 |
| 10/27/2003 | 11/27/2003 | $8,826.74 | 46 | $4,060.30 |
| 11/14/2003 | 12/14/2003 | $13,505.52 | 45 | $6,077.48 |
| 11/14/2003 | 12/14/2003 | $13,208.94 | 45 | $5,944.02 |
| 12/12/2003 | 1/12/2004 | $17,159.26 | 44 | $7,550.07 |
| 12/12/2003 | 1/12/2004 | $11,509.00 | 44 | $5,063.96 |
| 1/27/2004 | 2/27/2004 | $19,975.77 | 43 | $8,589.58 |
| 1/27/2004 | 2/27/2004 | $26,038.30 | 43 | $11,196.47 |
| 2/12/2004 | 3/12/2004 | $33,377.47 | 42 | $14,018.54 |
| 2/12/2004 | 3/12/2004 | $38,699.92 | 42 | $16,253.97 |
| 3/12/2004 | 4/12/2004 | $18,114.38 | 41 | $7,426.90 |
| 3/12/2004 | 4/12/2004 | $35,712.35 | 41 | $14,642.06 |
| 4/16/2004 | 5/16/2004 | $16,002.02 | 40 | $6,400.81 |
| 4/16/2004 | 5/16/2004 | $18,278.99 | 40 | $7,311.60 |
| 5/19/2004 | 6/19/2004 | $21,125.57 | 39 | $8,238.97 |
| 5/19/2004 | 6/19/2004 | $17,105.12 | 39 | $6,671.00 |
| 6/11/2004 | 7/11/2004 | $16,299.15 | 38 | $6,193.68 |
| 6/11/2004 | 7/11/2004 | $15,685.46 | 38 | $5,960.47 |
| 7/22/2004 | 8/22/2004 | $38,969.73 | 37 | $14,418.80 |
| 7/22/2004 | 8/22/2004 | $15,431.09 | 37 | $5,709.50 |
| 8/12/2004 | 9/12/2004 | $33,086.15 | 36 | $11,911.01 |
| 8/12/2004 | 9/12/2004 | $42,934.88 | 36 | $15,456.56 |
| 9/13/2004 | 10/13/2004 | $11,537.43 | 35 | $4,038.10 |
| 9/13/2004 | 10/13/2004 | $2,398.63 | 35 | $839.52 |
| 10/14/2004 | 11/14/2004 | $22,911.46 | 34 | $7,789.90 |
| 10/14/2004 | 11/14/2004 | $2,689.33 | 34 | $914.37 |
| 11/30/2004 | 12/30/2004 | $31,465.58 | 33 | $10,383.64 |
| 12/28/2004 | 1/28/2004 | $7,355.23 | 32 | $2,353.67 |
| 12/28/2004 | 1/28/2005 | $14,225.77 | 32 | $4,552.25 |
| 1/14/2005 | 2/14/2005 | $16,949.25 | 31 | $5,254.27 |
| 1/14/2005 | 2/14/2005 | $14,995.72 | 31 | $4,648.67 |
| 2/22/2005 | 3/22/2005 | $27,669.63 | 30 | $8,300.89 |
| 2/22/2005 | 3/22/2005 | $11,246.04 | 30 | $3,373.81 |
| 3/18/2005 | 4/18/2005 | $23,955.00 | 29 | $6,946.95 |
| 3/18/2005 | 4/18/2005 | $7,682.45 | 29 | $2,227.91 |
| 4/30/2005 | 5/30/2005 | $37,031.44 | 28 | $10,368.80 |
| 4/30/2005 | 5/30/2005 | $9,885.31 | 28 | $2,767.89 |
| 5/23/2005 | 6/23/2005 | $3,278.84 | 27 | $885.29 |
| 5/23/2005 | 6/23/2005 | $9,784.54 | 27 | $2,641.83 |
| 6/30/2005 | 7/30/2005 | $24,479.33 | 26 | $6,364.63 |
| 6/30/2005 | 7/30/2005 | $209.93 | 26 | $54.58 |
| 7/28/2005 | 7/28/2005 | $36,022.09 | 25 | $9,005.52 |
| 8/15/2005 | 9/15/2005 | $17,985.51 | 24 | $4,316.52 |

Prejudgment Interest on Legal Fees

| Invoice Date | Due Date | Amount | Total Months | Prejudgment Interest |
|---|---|---|---|---|
| 8/15/2005 | 9/15/2005 | $894.80 | 24 | $214.75 |
| 9/13/2005 | 10/13/2005 | $16,456.21 | 23 | $3,784.93 |
| 10/25/2005 | 11/25/2005 | $46,964.66 | 22 | $10,332.23 |
| 10/25/2005 | 11/25/2005 | $113,705.57 | 22 | $25,015.23 |
| 11/30/2005 | 12/30/2005 | $75,535.72 | 21 | $15,862.50 |
| 11/30/2005 | 12/30/2005 | $281,844.20 | 21 | $59,187.28 |
| 12/15/2005 | 1/15/2006 | $67,405.37 | 20 | $13,481.07 |
| 12/15/2005 | 1/15/2006 | $27,215.66 | 20 | $5,443.13 |
| 1/12/2006 | 2/12/2006 | $55,714.45 | 19 | $10,585.75 |
| 1/12/2006 | 2/12/2006 | $43,231.72 | 19 | $8,214.03 |
| 2/23/2006 | 3/23/2006 | $83,555.64 | 18 | $15,040.02 |
| 2/23/2006 | 3/23/2006 | $61,030.23 | 18 | $10,985.44 |
| 3/24/2006 | 4/24/2006 | $79,007.46 | 17 | $13,431.27 |
| 3/24/2006 | 4/24/2006 | $59,365.54 | 17 | $10,092.14 |
| 4/27/2026 | 5/27/2006 | $61,747.76 | 16 | $9,879.64 |
| 4/27/2006 | 5/27/2006 | $43,477.86 | 16 | $6,956.46 |
| 5/17/2006 | 6/17/2006 | $47,513.98 | 15 | $7,127.10 |
| 5/17/2006 | 6/17/2006 | $50,796.03 | 15 | $7,619.40 |
| 6/30/2006 | 7/30/2006 | $73,072.58 | 14 | $10,230.16 |
| 6/30/2006 | 7/30/2006 | $107,604.55 | 14 | $15,064.64 |
| 7/28/2006 | 8/28/2006 | $46,847.69 | 13 | $6,090.20 |
| 7/28/2006 | 8/28/2006 | $106,831.71 | 13 | $13,888.12 |
| 8/31/2006 | 9/31/06 | $76,657.45 | 12 | $9,198.89 |
| 8/31/2006 | 9/31/06 | $63,061.91 | 12 | $7,567.43 |
| 8/31/2006 | 9/31/06 | $12,647.25 | 12 | $1,517.67 |
| 9/29/2006 | 10/29/2006 | $61,020.88 | 11 | $6,712.30 |
| 9/29/2006 | 10/29/2006 | $46,739.83 | 11 | $5,141.38 |
| 9/29/2006 | 10/29/2006 | $20,576.28 | 11 | $2,263.39 |
| 10/27/2006 | 11/27/2006 | $96,613.68 | 10 | $9,661.37 |
| 10/27/2006 | 11/27/2006 | $28,788.38 | 10 | $2,878.84 |
| 10/27/2006 | 11/27/2006 | $31,279.84 | 10 | $3,127.98 |
| 11/17/2006 | 12/17/2006 | $86,095.43 | 9 | $7,748.59 |
| 11/17/2006 | 12/17/2006 | $16,184.68 | 9 | $1,456.62 |
| | | | **Total** | **$1,578,160.38** |

Prejudgment Interest on Technical Consultant Fees

| | Total Months | Amount | Prejudgment Interest |
|---|---|---|---|
| Nov-00 | 81 | $3,598.11 | $2,914.47 |
| | 80 | $3,598.11 | $2,878.49 |
| | 79 | $3,598.11 | $2,842.51 |
| | 78 | $3,598.11 | $2,806.53 |
| | 77 | $3,598.11 | $2,770.54 |
| | 76 | $3,598.11 | $2,734.56 |
| | 75 | $3,598.11 | $2,698.58 |
| | 74 | $3,598.11 | $2,662.60 |
| | 73 | $3,598.11 | $2,626.62 |
| | 72 | $3,598.11 | $2,590.64 |
| | 71 | $3,598.11 | $2,554.66 |
| | 70 | $3,598.11 | $2,518.68 |
| | 69 | $3,598.11 | $2,482.70 |
| | 68 | $3,598.11 | $2,446.71 |
| | 67 | $3,598.11 | $2,410.73 |
| | 66 | $3,598.11 | $2,374.75 |
| | 65 | $3,598.11 | $2,338.77 |
| | 64 | $3,598.11 | $2,302.79 |
| | 63 | $3,598.11 | $2,266.81 |
| | 62 | $3,598.11 | $2,230.83 |
| | 61 | $3,598.11 | $2,194.85 |
| | 60 | $3,598.11 | $2,158.87 |
| | 59 | $3,598.11 | $2,122.88 |
| | 58 | $3,598.11 | $2,086.90 |
| | 57 | $3,598.11 | $2,050.92 |
| | 56 | $3,598.11 | $2,014.94 |
| | 55 | $3,598.11 | $1,978.96 |
| | 54 | $3,598.11 | $1,942.98 |
| | 53 | $3,598.11 | $1,907.00 |
| | 52 | $3,598.11 | $1,871.02 |
| | 51 | $3,598.11 | $1,835.04 |
| | 50 | $3,598.11 | $1,799.06 |
| | 49 | $3,598.11 | $1,763.07 |
| | 48 | $3,598.11 | $1,727.09 |
| | 47 | $3,598.11 | $1,691.11 |
| | 46 | $3,598.11 | $1,655.13 |
| | 45 | $3,598.11 | $1,619.15 |
| | 44 | $3,598.11 | $1,583.17 |
| | 43 | $3,598.11 | $1,547.19 |
| | 42 | $3,598.11 | $1,511.21 |
| | 41 | $3,598.11 | $1,475.23 |
| | 40 | $3,598.11 | $1,439.24 |
| | 39 | $3,598.11 | $1,403.26 |
| | 38 | $3,598.11 | $1,367.28 |
| | 37 | $3,598.11 | $1,331.30 |
| | 36 | $3,598.11 | $1,295.32 |
| | 35 | $3,598.11 | $1,259.34 |
| | 34 | $3,598.11 | $1,223.36 |
| | 33 | $3,598.11 | $1,187.38 |
| | 32 | $3,598.11 | $1,151.40 |
| | 31 | $3,598.11 | $1,115.41 |

Prejudgment Interest on Technical Consultant Fees

| | Total Months | Amount | Prejudgment Interest |
|---|---|---|---|
| | 30 | $3,598.11 | $1,079.43 |
| | 29 | $3,598.11 | $1,043.45 |
| | 28 | $3,598.11 | $1,007.47 |
| | 27 | $3,598.11 | $971.49 |
| | 26 | $3,598.11 | $935.51 |
| | 25 | $3,598.11 | $899.53 |
| | 24 | $3,598.11 | $863.55 |
| | 23 | $3,598.11 | $827.57 |
| | 22 | $3,598.11 | $791.58 |
| | 21 | $3,598.11 | $755.60 |
| | 20 | $3,598.11 | $719.62 |
| | 19 | $3,598.11 | $683.64 |
| | 18 | $3,598.11 | $647.66 |
| | 17 | $3,598.11 | $611.68 |
| | 16 | $3,598.11 | $575.70 |
| May-06 | 15 | $3,598.11 | $539.72 |
| | | **Total** | **$115,715.22** |

Prejudgment Interest on Technical Consultant Fees

| | Total Months | Amount | Prejudgment Interest |
|---|---|---|---|
| Aug-06 | 13 | $18,117.09 | $2,355.22 |
| | 12 | $18,117.09 | $2,174.05 |
| | 11 | $18,117.09 | $1,992.88 |
| | 10 | $18,117.09 | $1,811.71 |
| Dec-06 | 9 | $18,117.09 | $1,630.54 |
| | | **Total** | **$9,964.40** |

Interest on 3% Reduction

| | Amount | Total Months | Prejudgment Interest |
|---|---|---|---|
| Nov-00 | $1,749.55 | 81 | $1,417.14 |
| | $1,749.55 | 80 | $1,399.64 |
| | $1,749.55 | 79 | $1,382.14 |
| | $1,749.55 | 78 | $1,364.65 |
| | $1,749.55 | 77 | $1,347.15 |
| | $1,749.55 | 76 | $1,329.66 |
| | $1,749.55 | 75 | $1,312.16 |
| | $1,749.55 | 74 | $1,294.67 |
| | $1,749.55 | 73 | $1,277.17 |
| | $1,749.55 | 72 | $1,259.68 |
| | $1,749.55 | 71 | $1,242.18 |
| | $1,749.55 | 70 | $1,224.69 |
| | $1,749.55 | 69 | $1,207.19 |
| | $1,749.55 | 68 | $1,189.69 |
| | $1,749.55 | 67 | $1,172.20 |
| | $1,749.55 | 66 | $1,154.70 |
| | $1,749.55 | 65 | $1,137.21 |
| | $1,749.55 | 64 | $1,119.71 |
| | $1,749.55 | 63 | $1,102.22 |
| | $1,749.55 | 62 | $1,084.72 |
| | $1,749.55 | 61 | $1,067.23 |
| | $1,749.55 | 60 | $1,049.73 |
| | $1,749.55 | 59 | $1,032.23 |
| | $1,749.55 | 58 | $1,014.74 |
| | $1,749.55 | 57 | $997.24 |
| | $1,749.55 | 56 | $979.75 |
| | $1,749.55 | 55 | $962.25 |
| | $1,749.55 | 54 | $944.76 |
| | $1,749.55 | 53 | $927.26 |
| | $1,749.55 | 52 | $909.77 |
| | $1,749.55 | 51 | $892.27 |
| | $1,749.55 | 50 | $874.78 |
| | $1,749.55 | 49 | $857.28 |
| | $1,749.55 | 48 | $839.78 |
| | $1,749.55 | 47 | $822.29 |
| | $1,749.55 | 46 | $804.79 |
| | $1,749.55 | 45 | $787.30 |
| | $1,749.55 | 44 | $769.80 |
| | $1,749.55 | 43 | $752.31 |
| | $1,749.55 | 42 | $734.81 |
| | $1,749.55 | 41 | $717.32 |
| | $1,749.55 | 40 | $699.82 |
| | $1,749.55 | 39 | $682.32 |
| | $1,749.55 | 38 | $664.83 |
| | $1,749.55 | 37 | $647.33 |
| | $1,749.55 | 36 | $629.84 |
| | $1,749.55 | 35 | $612.34 |
| | $1,749.55 | 34 | $594.85 |
| | $1,749.55 | 33 | $577.35 |
| | $1,749.55 | 32 | $559.86 |
| | $1,749.55 | 31 | $542.36 |

Interest on 3% Reduction

| | Amount | Total Months | Prejudgment Interest |
|---|---|---|---|
| | $1,749.55 | 30 | $524.87 |
| | $1,749.55 | 29 | $507.37 |
| | $1,749.55 | 28 | $489.87 |
| | $1,749.55 | 27 | $472.38 |
| | $1,749.55 | 26 | $454.88 |
| | $1,749.55 | 25 | $437.39 |
| | $1,749.55 | 24 | $419.89 |
| | $1,749.55 | 23 | $402.40 |
| | $1,749.55 | 22 | $384.90 |
| | $1,749.55 | 21 | $367.41 |
| | $1,749.55 | 20 | $349.91 |
| | $1,749.55 | 19 | $332.41 |
| | $1,749.55 | 18 | $314.92 |
| | $1,749.55 | 17 | $297.42 |
| | $1,749.55 | 16 | $279.93 |
| | $1,749.55 | 15 | $262.43 |
| | $1,749.55 | 14 | $244.94 |
| | $1,749.55 | 13 | $227.44 |
| | $1,749.55 | 12 | $209.95 |
| | $1,749.55 | 11 | $192.45 |
| | $1,749.55 | 10 | $174.96 |
| Nov-06 | $1,749.55 | 9 | $157.46 |
| | | **Total** | **$57,472.72** |

Interest on $250,000 Settlement with Other Insurer

| | Amount | Total Months | Prejudgment Interest |
|---|---|---|---|
| Mar-05 | $11,904.76 | 29 | $3,452.38 |
| | $11,904.76 | 28 | $3,333.33 |
| | $11,904.76 | 27 | $3,214.29 |
| | $11,904.76 | 26 | $3,095.24 |
| | $11,904.76 | 25 | $2,976.19 |
| | $11,904.76 | 24 | $2,857.14 |
| | $11,904.76 | 23 | $2,738.09 |
| | $11,904.76 | 22 | $2,619.05 |
| | $11,904.76 | 21 | $2,500.00 |
| | $11,904.76 | 20 | $2,380.95 |
| | $11,904.76 | 19 | $2,261.90 |
| | $11,904.76 | 18 | $2,142.86 |
| | $11,904.76 | 17 | $2,023.81 |
| | $11,904.76 | 16 | $1,904.76 |
| | $11,904.76 | 15 | $1,785.71 |
| | $11,904.76 | 14 | $1,666.67 |
| | $11,904.76 | 13 | $1,547.62 |
| | $11,904.76 | 12 | $1,428.57 |
| | $11,904.76 | 11 | $1,309.52 |
| | $11,904.76 | 10 | $1,190.48 |
| Nov-06 | $11,904.76 | 9 | $1,071.43 |
| | | **Total** | **$47,499.99** |

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053-S |

**JUDGMENT**

This action came on for trial before the Court and a jury, and the issues having been duly tried and the jury having returned its verdict on October 19, 2006, and the Court having duly conducted an evidentiary hearing, and having duly heard and considered the parties' post-trial motions, and a having duly entered an opinion and order rendered on September 25, 2007 thereon, it is hereby ORDERED and ADJUDGED that:

1. On Count II of the Complaint, the Court declares that Century Indemnity Company ("Century")[1] owed a duty to defend Emhart Industries, Inc. ("Emhart") with respect to the claim that the Environmental Protection Agency has asserted against Emhart concerning the Centredale Manor Superfund Site in North Providence, Rhode Island.

2. On Count I of the Complaint, Century breached its duty to defend Emhart under General Liability-Automobile Policy GAL 36597 (the Primary Policy) and Excess Blanket Catastrophe Liability Policy XBC 46961 (the Excess Policy), and judgment is hereby entered for Emhart.

[1] Century is successor to Defendant Insurance Company of North America.

3. Judgment enters for the Defendants on all remaining counts.

4. Emhart shall recover of Century defense costs in the amount of $4,211,186.66.

5. Emhart shall recover of Century pre-judgment interest on its defense costs, pursuant to R.I. Gen. Laws § 9-21-10, in the amount of $1,598,867.29 (plus daily interest in the amount of $1,384.50 from October 1, 2007, until the date of entry of this judgment).

6. Post-judgment interest shall accrue on the unpaid portion of this judgment at a rate calculated in accordance with 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: October ___, 2007

________________________________

William E. Smith
United States District Judge