UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | C.A. No. 02-53 S |

**ORDER**

In its opinion and order ("Order") dated September 25, 2007, this Court directed Plaintiff Emhart Industries, Inc. ("Emhart")to submit a proposed Judgment as well as an accompanying memorandum setting forth Emhart's calculation of prejudgment interest owed by Century on the $4,211,186.66 judgment rendered against it. In opposition, Defendant Century Indemnity Company ("Century") objected on ten (10) grounds, seven of which were agreed with by Emhart, and are not at issue here. As to the disputed objections, this Court agrees with the reasoning put forward by Century, and orders the following:

(1) Century asserts, and this Court agrees, that interest should be calculated from the dates invoices were paid rather than from the date upon which invoices were due.

As such, this Court orders Emhart to provide all information relevant to the actual payment dates of all invoices at issue here.

(2) Interest on the technical consultant fees should be based on invoices from May through August 2006, as fully described in Century's memorandum, and in the manner described in Section (1) of this Order. As such, this Court orders Emhart to provide all information relevant to the actual payment dates of invoices relating to technical consultant fees.

(3) Interest on the $250,000.00 settlement entered into by Emhart with another insurer should be calculated on the entire amount from the day it was actually received rather than in the manner offered by Emhart.

Emhart shall provide to Century the requested information within ten (10) days of the date of this Order. Ten (10) days thereafter, Century shall submit to this Court a Judgment reflecting the agreed upon revisions to the interest calculations and the newly obtained information.

It is so ordered.

WESmith

William E. Smith
United States District Judge

Date: 10/23/07