UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,

Defendants.

CIVIL ACTION
NO. CA 02-053S

**NOTICE OF APPEAL**

Notice is given that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, defendant in the above-named case, appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 16th day of November, 2007, and all interlocutory orders in the case, including, but not limited to the: (1) Memorandum and Order, entered on May 17, 2005; (2) Order, entered on August 4, 2006; (3) Order, entered on August 23, 2006; (4) Order, entered on September 7, 2006; (5) Order, entered on May 1, 2007; and (6) Decision and Order, entered on September 25, 2007.

Dated: December 4, 2007

McKENNA & McCORMICK

By: James T. McCormick (#2614)
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970

- and -

Lawrence A. Nathanson
Scott E. Levens
SIEGAL, NAPIERKOWSKI & PARK
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054
(856) 380-8910

Attorneys for Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America

# CERTIFICATION

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorneys on the 5th of December 2007:

Jack R. Pirozzolo, Esq.
Richard L. Binder, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02110

Kevin J. O'Connor, Esq.
Peter C. Netburn, Esq.
Michael S. Batson, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
256 Franklin Street, 7th Floor
Boston, MA 02110

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

John T. Harding, Esq.
Michael F. Aylward, Esq
Morrison, Mahoney LLP
250 Summer Street
Boston, MA 02210

Mark T. Nugent, Esq.
Michael Marcello, Esq.
Michael T. Farley, Esq.
Morrison, Mahoney & Miller, LLP
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

Martin F. Segal, Esq.
Scott E. Levens, Esq.
Larry A. Nathanson, Esq.
Siegal, Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

Gerald J. Petros, Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

__________________________

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.<br><br>Plaintiff<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY<br><br>Defendants | Civil Action No. 02-053-S |

Bond No. K07579445

**KNOW ALL MEN BY THESE PRESENTS** that **Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America,** as Principal, and **Westchester Fire Insurance Company** as Surety are held and firmly bound unto **Emhart Industries, Inc.** in the principal sum of **Six Million Three Hundred Twenty-nine Thousand Six Hundred Eight and 12/100** Dollars (**$6,329,608.12**) for the payment of which we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**WHEREAS,** on the 16th day of November, 2007, in the above named Court, the above named Emhart Industries, Inc. the plaintiff herein recovered a judgment against the above named Century Indemnity Company, the defendant herein, for the sum of Five Million Seven Hundred Forty-five Thousand Ninety-eight and 29/100 Dollars ($5,745,098.29).

**WHEREAS,** the above named Principal has entered an appeal to the United States Court of Appeals for the First Circuit to review the Judgment entered in the above case on November 16, 2007.

**NOW THEREFORE,** if the Principal shall satisfy any money judgment obtained in the Judgment in full, including any costs and damages which may be awarded against defendant then this obligation shall be null and void; otherwise to remain in full force and effect. It is provided that the Surety shall not be liable in the aggregate for more than the penal sum of **Six Million Three Hundred Twenty-nine Thousand Six Hundred Eight and 12/100** Dollars (**$6,329,608.12**).

Signed, sealed and dated this 3rd day of December, 2007.

Principal: Century Indemnity Company

By: ____________________

Surety: Westchester Fire Insurance Company

By: ____________________
Marina A. Kenney, Attorney-In Fact

# Power of Attorney

164195

**WESTCHESTER FIRE INSURANCE COMPANY**

1227201

**Know all men by these presents:** That **WESTCHESTER FIRE INSURANCE COMPANY** , a corporation of the State of New York , having its principal office in the City of Atlanta , Georgia , pursuant to the following Resolution, adopted by the Board of Directors of the said Company on December 11, 2006, to wit:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into the ordinary course of business(each a "Written Commitment"):

(1) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such persons written appointment as such attorney-in-fact.

(3) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairman, the President and Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing to any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested.

FURTHER RESOLVED, that the Resolution of the Board of Directors of the Company adopted at the meeting held on November 8, 1999 relating to the authorization of certain persons to execute, for and on behalf of the Company, Written Commitments and appointments and delegations, is hereby rescinded.

Does hereby nominate, constitute and appoint FRANCIS J. CURRAN, MARINA A. KENNEY and SALLY PHILLIPS all of the City of Philadelphia, Commonwealth of Pennsylvania , each individually if there be more than one named, its true and lawful attorney-in-fact, to make, execute, seal and deliver on its behalf, and as its act and deed any and all bonds, undertakings, recognizances, contracts and other writings in the nature thereof in penalties not exceeding Twenty Million Dollars ($20,000,000) and the execution of such writings in pursuance of these presents shall be as binding upon said Company, as fully and amply as if they had been duly executed and ackowledged by the regularly elected officers of the Company at its principal office.

IN WITNESS WHEREOF, the said Stephen M. Haney , Vice-President, has hereunto subscribed his name and affixed the corporate seal of the said **WESTCHESTER FIRE INSURANCE COMPANY** this 25th day of September 2007 .

**WESTCHESTER FIRE INSURANCE COMPANY**

WESTCHESTER FIRE INSURANCE CO.

Stephen M. Haney

Stephen M. Haney , Vice President

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA ss.

On this 25th day of September , A.D. 2007 , before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came Stephen M. Haney , Vice-President of the **WESTCHESTER FIRE INSURANCE COMPANY** to me personally known to be the individual and officer who executed the preceding instrument, and he acknowledged that he executed the same, and that the seal affixed to the preceding instrument is the corporate seal of said Company; that the said corporate seal and his signature were duly affixed by the authority and direction of the said corporation, and that Resolution, adopted by the Board of Directors of said Company, referred to in the preceding instrument, is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Philadelphia the day and year first above written.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN E. BRANDT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 26, 2010

Karen E Brandt

Notary Public

I, the undersigned Assistant Secretary of **WESTCHESTER FIRE INSURANCE COMPANY** , do hereby certify that the original POWER OF ATTORNEY, of which the foregoing is a substantially true and correct copy, is in full force and effect.

In witness whereof, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of the Corporation, this 3rd day of December 2007

WESTCHESTER FIRE INSURANCE CO.

William L. Kelly

William L. Kelly , Assistant Secretary

THIS POWER OF ATTORNEY MAY NOT BE USED TO EXECUTE ANY BOND WITH AN INCEPTION DATE AFTER September 25, 2009 .

FORM NO. 8800S

THE BACK OF THIS DOCUMENT LISTS VARIOUS SECURITY FEATURES THAT WILL PROTECT AGAINST COPY COUNTERFEIT AND ALTERATION.