UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC.,

Plaintiff,

v.

HOME INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, ONEBEACON AMERICA INSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,

Defendants.

CIVIL ACTION
NO. CA 02-053S

**AMENDED NOTICE OF APPEAL**

Notice is given that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, defendant in the above-named case, appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 16th day of November, 2007, and all interlocutory orders in the case, including, but not limited to the: (1) Memorandum and Order, entered on May 17, 2005 [Docket No. 238]; (2) Order, entered on August 4, 2006 [Docket No. 333]; (3) Order, entered on August 23, 2006 [Docket No. 384]; (4) Order, entered on September 7, 2006 [Docket No. 420]; (5) Order, entered on May 1, 2007 [Docket No. 500]; and (6) Decision and Order, entered on September 25, 2007 [Docket No. 541].

Dated: December 7, 2007

McKENNA & McCORMICK

By: /s/ James T. McCormick
James T. McCormick (#2614)
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970

\- and -

Lawrence A. Nathanson
Scott E. Levens
SIEGAL, NAPIERKOWSKI & PARK
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054
(856) 380-8910

Attorneys for Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2007, a copy of the foregoing Defendant Century Indemnity Company's Amended Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ James T. McCormick
James T. McCormick (#2614)
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970