UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. CA02-53**S**

2. TITLE OF CASE: Emhart Industries v. Home Ins. Co., et al.

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

**James T. McCormick**
McKenna & McCormick
128 Dorrance Stret
Suite 330
Providence, RI 02903

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

**Alexandra K. Callam**
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

5. NAME OF JUDGE: **William E. Smith**

| | | | | | |
|---|---|---|---|---|---|
| 6. | COURT-APPOINTED COUNSEL | | YES | x | NO |
| | FEE PAID | X | YES | | NO |
| | | RECEIPT | 67440 | | |
| 8. | IN FORMA PAUPERIS | | YES | x | NO |
| 9. | GUIDELINES CASE | | YES | X | NO |
| 10. | RELATED CASE ON APPEAL | | YES | x | NO |
| | C.C.A. # (IF AVAILABLE) | | | | |
| | DATE OF LAST N.O.F.A. FILED | | | | |

11. SPECIAL COMMENTS: Enclosed please find original pleading file as well as certified copy of docket sheet.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

December 7, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **Emhart Industries v. Home Insurance Co., et al.**
**CA02-53S**

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Wendy Geile
DEPUTY CLERK

ENC: Notice of Appeal, Certified Docket, (Original court file) Documents # 1-240, 281, 282, 326, 467, (Copy of Court File) Documents #241-280, 283-325, 327-466, 468-551, All Transcripts (see attachment for dates)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, on the 7th day of December 2007.

David A. DiMarzio, CLERK

Wendy Geile

BY: Wendy Geile
DEPUTY CLERK

Emhart

| **Document Number #** | **Transcript(s) Dated** |
|---|---|
| 44 | 6/13/2002 |
| 218 | 7/15/2004 |
| 239 | 5/13/2005 |
| 252 | 10/18/2005 |
| 259 | 10/18/2005 |
| 387 | 8/3/2006 |
| 415 | 8/31/2006 |
| 511 | 9/25/2006 |
| 512 | 9/21/2006 & 9/25/2006 |
| 518 | 9/13/2006 & 9/14/2006 |
| | 9/14/2006 |
| | 9/14/2006 & 9/15/2006 |
| | 9/18/2006 |
| | 9/19/2006 & 9/20/2006 |
| | 9/21/2006 |
| | 9/21/2006 & 9/25/2006 |
| | 9/25/2006 |
| | 9/26/2006 |
| | 9/27/2006 |
| | 10/3/2006 |
| | 10/4/2006 |
| | 10/6/2006 |
| | 10/10/2006 |
| | 10/12/2006 |
| | 10/16/2006 |
| 519 | 10/11/2006 |
| | 10/13/2006 |
| | 10/17/2006 |
| | 10/19/2006 |
| 530 | 6/25/2007 & 6/26/2007 |
| 531 | 6/27/2007 |
| 532 | 7/2/2007 |