UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

December 11, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **Emhart Ind. V. Home Insurance Company, et al.**
**CA02-53S**

Dear Mr. Donovan:

Please be advised that Documents #2-39 in the above entitled case have not been sent to the USCA as previously docketed. Documents #2-39 will be forwarded to the USCA as a supplement.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Wendy Geile
Wendy Geile
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**