UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMHART INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSURANCE COMPANY,<br>INSURANCE COMPANY OF NORTH AMERICA,<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>NORTH RIVER INSURANCE COMPANY,<br>ONEBEACON AMERICA INSURANCE COMPANY<br>and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 02-053-S |

**NOTICE OF APPEAL OF EMHART INDUSTRIES, INC.**
**TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Pursuant to Fed. R. App. Pro. 3 and 4, notice is hereby given that Plaintiff Emhart Industries, Inc. ("Emhart") hereby appeals to the United States Court of Appeals for the First Circuit from the following judgments, memoranda, opinions, and rulings entered in the above-captioned matter:

1. The Final Judgment entered in this case, dated November 14, 2007 (Dkt. # 549), including but not limited to the jury verdict returned October 19, 2006 and all orders disposing of Emhart's post-verdict motions including the Court's Opinion and Order dated September 25, 2007 (Dkt. # 541) and the Court's May 5, 2007 Order (Dkt. # 500);

2. The Court's August 29, 2006 Order denying Emhart's Motion for Reconsideration Regarding the Court's August 4, 2006 Order denying Emhart's Motion for Summary Judgment concerning the Duty to Defend (Dkt. # 390);

3. The Court's August 4, 2006 Order denying Emhart's Motion for Summary Judgment concerning the Duty to Defend (Dkt. # 333);

4. The Court's May 17, 2005 Order accepting and adopting Magistrate Judge Lovegreen's February 15, 2004 Report and Recommendation in total (Dkt. # 238);

5. All interlocutory orders and rulings that have merged into these orders and judgments; and

6. All other orders, decisions and rulings adverse to Emhart.

Respectfully submitted,

EMHART INDUSTRIES, INC.

By its attorneys,

/s/ Gerald J. Petros

HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000

Jack R. Pirozzolo (*pro hac vice*)
Adam M. Weisberger (*pro hac vice*)
Elisa K. Nethercott (*pro hac vice*)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 20010
(617) 832-1000

Dated: December 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be filed with the Court's CM/ECF system and sent electronically to the parties identified as registered participants on the Notice of Electronic Filing (NEW) and paper copies will be sent to those parties not registered as participants as well as those so registered by first class U.S. mail, postage pre-paid:

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Peter C. Netburn, Esq.
Kevin J. O'Connor, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street, 7th Floor
Boston, MA 02110

Mark T. Nugent, Esq.
Michael Marcello, Esq.
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI

Michael F. Aylward, Esq.
John T. Harding, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

James T. McCormack, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Kimball Ann Lane, Esq.
Duane Morris LLP
380 Lexington Avenue
New York, NY 10168

Lawrence A. Nathanson, Esq.
Scott E. Levins, Esq.
Siegal Napierkowski & Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

/s/ Gerald J. Petros